UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Joseph H. Rodriguez |
| v. | : | |
| JOHN GRIER, III | : | Crim. No. 21-524 (JHR) |

To:  Stuart J. Alterman, Esq.
Alterman & Associates, LLC
8 South Maple Avenue
Marlton, New Jersey 08053

PLEASE TAKE NOTICE that Philip R. Sellinger, United States Attorney for the District of New Jersey (Jason M. Richardson and Lindsey Harteis, Assistant U.S. Attorneys) will move September 28, 2022 at 11:00 a.m. or on a date to be a date to be determined by the Court, for an order regarding certain evidence and for reciprocal discovery. In support of its motion, the United States relies on the accompanying Government's Memorandum of Law in Support of its Motion *In Limine* and Motion for Reciprocal Discovery.

Respectfully submitted,

PHILIP R. SELLINGER
United States Attorney

By: JASON M. RICHARDSON
LINDSEY HARTEIS
Assistant U.S. Attorneys

Case 1:21-cr-00524-JHR   Document 22   Filed 08/19/22   Page 2 of 2 PageID: 53

**CERTIFICATE OF SERVICE**

I, Jason M. Richardson, Assistant United States Attorney, do hereby certify that on this date, I served the foregoing Notice of Motion and Government's Memorandum of Law in Support of Its Motion <u>In Limine</u> and Motion for Reciprocal Discovery as follows:

<u>VIA ELECTRONIC FILING</u>

Stuart J. Alterman, Esq.
Alterman & Associates, LLC
8 South Maple Avenue
Marlton, New Jersey 08053

Attorneys for Defendant John Grier, III

_____
JASON M. RICHARDSON
Assistant United States Attorney

Dated: August 19, 2022