# *ALTERMAN & ASSOCIATES, LLC*

8 South Maple Avenue
Marlton, New Jersey 08053
(856)334-5737 - Phone
(856)334-5731 – Fax
Please forward all correspondence to the Marlton office

*Stuart J. Alterman*                                                           North Jersey Office
*Arthur J. Murray*                                                  11 Muller Place
*Timothy J. Prol*                                                   Little Falls, New Jersey  07424
                                                                           (973)956-1621 - Phone
                                                                           (973)956-1421 – Fax

September 9, 2022

**Via E-FILING**
Honorable Joseph H. Rodrigues
Senior United State District Judge
Mitchell H. Cohen Courthouse
One John F. Gerry Plaza
Camden, New Jersey 08101

       **RE:**   **United States v. Grier**
                **Criminal No. 21-524 (JHR)**
                **Our File No. 5053**

Dear Judge Rodriguez:

    As you are aware, I represent John Grier in the above referenced matter. Please note that I am in receipt of the Motion in Limine to Admit Certain Evidence and Motion For Reciprocal Discovery filed by Assistant U. S. Attorney Jason M. Richardson.

    My opposition to these Motions are due today, Sepetmebr 9, 2022.  Request is respectfully made that Your Honor please grant a one week extension for same.  This would change the due date to September 16, 2022.

    Please note that Assistant U.S. Attorney Richardson has consented to this extension.

    Thank youfor your professional courty in this important matter.

                                              Very truly yours,
                                              Alterman and Associates LLC

                                              *Stuart J. Alterman/s/*

                                              Stuart J. Alterman, Esquire
                                              salterman@alterman-law.com

SJA/cm

cc: John Grier (Via Email)
    Jason M. Richardson, Assistant U.S. Attorney