# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 22-524 (JHR) |
| v. | **ORDER** |
| JOHN GRIER, III, | |

This matter having come before the Court on the *In Limine* Motion of the United States of America (the "Government") seeking a ruling on several issues related to the trial in this matter, currently scheduled for October 17, 2022; and the Court having considered the written submissions of the parties and having conducted a hearing on October 6, 2022; and Stuart J. Alterman, Esquire, appearing on behalf of Defendant John Grier, III, having stated on the record that his personal circumstances prevent him from going forward with the hearing on the *in limine* motions and the trial as currently scheduled; and the Court having considered counsel's statements and the Government's response thereto, therefore,

IT IS on this 11th day of October 2022 hereby

ORDERED that the Government's Motion *in Limine* [Dkt. No. 22] is continued; and it is further

ORDERED that the trial scheduled for October 17, 2022 is **adjourned** to a date to be determined; and it is further

ORDERED that an in-person Status Conference is scheduled for **November 9, 2022, at 2:00 p.m.** and that Mr. Grier shall be in attendance; and it is further

ORDERED that Mr. Alterman shall endeavor to find substitute counsel for Mr. Grier so this matter can proceed without undue delay and Mr. Alterman should be prepared to present a contingency plan with respect to new counsel at the Status Conference.

JOSEPH H. RODRIGUEZ
UNITED STATES DISTRICT JUDGE