

U.S. Department of Justice

*United States Attorney*
*District of New Jersey*

| | | |
|---|---|---|
| PHILIP R. SELLINGER<br>*United States Attorney*<br><br>JASON M. RICHARDSON<br>*Assistant United States Attorney* | CAMDEN FEDERAL BUILDING & U.S. COURTHOUSE<br>*401 Market Street, 4th Floor*<br>*Post Office Box 2098*<br>*Camden, New Jersey 08101-2098* | 856/757-5026<br>Fax: 856/968-4917<br>Direct Dial: 856/968-4869 |

April 7, 2023

Honorable Joseph H. Rodriguez
Senior United States District Judge
Mitchell H. Cohen Courthouse
One John F. Gerry Plaza
Camden, New Jersey 08101

   Re:  <u>United States v. John Grier</u>
      Criminal No. 21-524 (JHR)

Dear Judge Rodriguez:

  On April 5, 2023, the Government received an email from Ms. Biancamo indicating, that based on health reasons, she would not be in a position to move forward with the trial on May 8, 2023. On April 7, 2023, Ms. Biancamo filed a letter with the Court formally requesting an adjournment of the trial. DE 32.

  In light of that request, the Government requests an adjournment of the deadline to file Motions *in Limine* until the Court rules on Defendant's request for an adjournment of the trial.

  If you have any questions, please do not hesitate to contact me. Thank you for your assistance with this matter.

               Respectfully,

               PHILIP R. SELLINGER
               United States Attorney

           By:  JASON M. RICHARDSON
               LINDSEY R. HARTEIS
               Assistant United States Attorneys

cc: Stuart Alterman, Esq. (via email)
    Stacy Biancamano, Esq. (via email)
    Dan Holzapfel, Esq. (via email)

IT IS SO ORDERED
This ___ day of April 2023 that
The Government's request is Granted.

_____
HONORABLE JOSEPH H. RODRIGUEZ
United States District Judge