UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Honorable Joseph H. Rodriguez |
| v. | : | |
| | : | Criminal No. 21-524 (JHR) |
| JOHN GRIER, III | : | |

---

# WRITTEN JUROR QUESTIONNAIRE

---

Juror No. _____

# **JURY QUESTIONNAIRE**

*United States v. John Grier, III* – Criminal No. 21-524 (JHR)

**Instructions:**

You are being considered for jury service in a criminal case involving charges against defendant John Grier.  The indictment in this matter ("the Indictment") charges the Defendant, John Grier, with the following offenses:

- deprivation of rights under color of law
- falsification of records in a federal investigation

The Government alleges that John Grier, III committed the criminal offenses listed above by using mechanical force (Oleoresin Capsicum ("OC") spray, also referred to as "mace" or "pepper spray") on a victim who was in handcuffs and under the control of another police officer without cause, and assaulting the victim by shoving him in the chest. The Government also alleges that John Grier authored and submitted a fraudulent Bridgeton Police Department Supplemental Police Report to falsely justify the use of force against the victim and obstruct any investigation into the incident.

It is important to remember that the Defendant has denied these charges and pleaded not guilty. The Defendant, like all defendants in this country, is presumed to be innocent of all charges made against him unless and until the Government proves his guilt beyond a reasonable doubt. Furthermore, it is the law of this country that no defendant needs to testify at trial.

The Court has decided to submit certain questions to you in the form of a questionnaire, rather than asking you these questions in open court.  The questions are designed only to aid the Court and the lawyers in selecting a fair and impartial jury and not to pry unnecessarily into your personal life.  Your answers must be true and complete and will be used only for purposes of selecting a jury in this action.

Do not discuss the questions or answers to these questions with your fellow jurors—it is very important that your answers be your own individual answers.  Do not discuss this case with any of your fellow jurors or with anyone else.  That means that you should not talk about this case with your friends, family, and co-workers; nor should you communicate about this case through social media, such as Facebook, LinkedIn, Twitter, Snapchat, Tumblr, Instagram, or any other communication source.  Do not read anything about the case, watch anything on television about the case, or listen to anything on the radio about the case should it be covered by any media.  Do not conduct any research about this case or the participants in this trial, including through the use of the internet.  What you learn about the case you will learn in Court only.

1

Juror No. _____

Where indicated, check the line for "Yes" or "No."  Provide answers, explanations, or details in the spaces provided.  If you need additional space to answer any of the question, use the last page of the questionnaire, and state the question number.  Do not write on the back of any page.

## I.  <u>BACKGROUND</u>

1.  Name: _____

2.  Age: _____

3.  Gender: _____

4.  Place of birth: _____

5.  County of residence: _____

6.  Your town or neighborhood: _____

7.  Which of the following applies to your primary residence?

  ☐ Own   ☐ Rent   ☐ Live in parents'/family home  ☐ Other

8.  Prior to your current residence, where did you live: _____

9.  What is your current employment status?

  ☐ Working full-time

  ☐ Working part-time

  ☐ Unemployed

  ☐ Homemaker

  ☐ Retired

  ☐ Disabled

  ☐ Student

10.  If employed, what is your primary occupation or employment? _____

_____

11.  What is the name of your employer? _____

2

Juror No. _____

12.  How long have you worked for that employer or been in that occupation? _____

13.  What are your job responsibilities? _____

14.  Please list any other jobs you have held in the past 10 years: _____

_____

_____

15.  Please indicate your level of education (check all that apply)

☐ Did not graduate from high school (highest grade completed: _____ )

☐ High school diploma or GED

☐ Vocational or trade school

☐ Some college classes

☐ Two-year (Associate) degree

☐ College graduate (Bachelor degree)

☐ Some graduate school

☐ Graduate degree

16.  If you attended school beyond high school (college, graduate school, technical education),

what school did you attend and what did you study? _____

_____

17.  Have you ever served in the military?   _____ YES   _____ NO

If YES:

a.   When? _____

b.   In what branch did you serve? _____

c.   What was your rank? _____

d.   Were you honorably discharged?   _____ YES   _____ NO

Juror No. _____

18.  Are you married, living with a partner, or in a relationship?  _____ YES  _____ NO

If YES, please answer:

a.   What is their name? _____

b.   What is his/her primary occupation or employment? _____

c.   What is the name of his/her employer? _____

d.   How long has he/she worked for that employer or been in that occupation? _____

_____

e.   What are his/her job responsibilities? _____

_____

19.  Do you have any children? _____ YES  _____ NO

If YES, please provide the number of children you have, their ages, schools, and/or

employers: _____

_____

_____

20.  Are you now, or have you recently been, under a doctor's care for mental, emotional, or

substance abuse problems?  _____ YES  _____ NO

If YES, please explain:_____

_____

_____

21.  Are you now taking, or do you anticipate taking, any medication that might in any way affect

your attention or your ability to concentrate, understand, consider, and weigh the evidence in

this case? _____ YES  _____ NO

If YES, please explain: _____

Juror No. _____

_____

_____

22.  Do you have any difficulty with your sight or hearing that could affect your perception of the

proceedings?  _____ YES   _____ NO

If YES, please explain: _____

_____

_____

23.  Do you have any religious, philosophical, or other beliefs that would make you unable to render

a verdict for reasons unrelated to the law or evidence? _____ YES   _____ NO

If YES, please explain: _____

_____

_____

24.  It is expected that this trial will require approximately 1-2 weeks to complete, although one

can never be precise as to how long a trial will take.  The Court recognizes that jury service for

this period of time places a burden on those called to serve as jurors.  Nonetheless, the right to

a jury trial is an important constitutional right that does require the Court to call upon citizens

such as yourselves to make personal sacrifice.  Bearing in mind the importance of a trial by

jury, do any of you have any reason why you feel that jury service for this period of time would

pose a particularly severe burden requiring that you be excused from consideration as a juror?

If YES, please explain: _____

_____

_____

5

Juror No. _____

25. Please list any civic, social, religious, political, or professional organizations, clubs, or associations to which you belong or volunteer your time: _____

_____

_____

26. What are your hobbies or interests outside of work and family? _____

_____

_____

27. Please provide the names of any newspapers, magazine, online news services, websites, or other publications that you read regularly: _____

_____

_____

28. Please provide the names of any radio, television, or internet programs, including podcasts, that you listen to or view regularly: _____

_____

_____

29. Do you regularly watch, listen to, or read legal dramas/thrillers?  _____ YES   _____ NO

**General Background**

30. An indictment is a document that charges an individual with a crime after having been considered by a federal grand jury.  An indictment is the means by which the Government gives him notice of the charges against him and brings him before the Court.  An indictment is an accusation, and nothing more.  An indictment is not evidence and the jury may give it no weight in arriving at its verdict.  Will you accept and apply this rule of law?

_____ YES   _____ NO

6

Juror No. _____

If NO, please explain: _____

_____

_____

31. The indictment in this matter ("the Indictment") charges the Defendant, John Grier, with violating an individual's Constitutional Rights and falsifying records in a federal investigation as a police officer with the City of Bridgeton Police Department. Do you have any reason to believe that the charges in this case that I have just described to you will affect your ability to fairly and impartially evaluate the evidence and apply the law?

_____ YES   _____ NO

If YES, please explain:_____

_____

_____

**Presumption of Innocence and Impartiality**

32. The Defendant is presumed innocent. He cannot be convicted unless the jury, unanimously and based solely on the evidence in this case and the law as the Court instructs, decides his guilt has been proven beyond a reasonable doubt. The burden of proving the guilt rests entirely with the Government. The Defendant has no burden of proof at all. Will you accept and apply this rule of law?  _____ YES   _____ NO

If NO, please explain:_____

_____

_____

33. Can you accept that the Defendant is at this moment presumed to be innocent of any and all crimes charged in the Indictment and that he is presumed to be innocent of these charges throughout the course of the trial? _____ YES   _____ NO

Juror No. _____

If NO, please explain: _____

_____

_____

34. Under the law, a defendant need not testify or offer any evidence on his or her behalf.  If a

defendant does neither, the jury is not permitted to consider that fact in any way in reaching a

decision as to whether a defendant is guilty or not guilty.  Will you accept and apply this rule

of law? _____ YES _____ NO

If NO, please explain: _____

_____

_____

35. Do you understand that although each side may put forth evidence that they believe supports

why something happened; the Government retains the burden of proving the Defendant guilty

beyond a reasonable doubt, it is for the jury to determine if a criminal offense happened and

not why it happened? _____ YES _____ NO

If NO, please explain:_____

_____

_____

36. If you are selected to sit as a juror on this case, would you be willing and able to render a

verdict based solely on the facts, exhibits, and documents in evidence, and the law as the Court

will give it to you in its instructions, disregarding any other ideas, notions, or beliefs about the

law that you previously may have encountered? _____ YES _____ NO

If NO, please explain: _____

_____

_____

Juror No. _____

37. The law does not permit you to consider any emotions such as sympathy, prejudice, vengeance, fear, or hostility in reaching your verdict. Can you put these emotions out of your mind when you listen to the evidence in this case and while you are deliberating toward reaching a verdict? _____ YES _____ NO

If NO, please explain: _____

_____

_____

38. The law does not permit you to consider the issue of sentencing or punishment in reaching your verdict. Do you feel that you would be able to deliberate as a juror on the Defendant's guilt or non-guilt without knowing what punishment he might receive if he was found guilty?

_____ YES _____ NO

If NO, please explain: _____

_____

_____

39. Can you render a verdict, whether guilty or not, without considering the question of punishment? _____ YES _____ NO

If NO, please explain: _____

_____

_____

40. Do you have any beliefs or life experiences that would prevent you from sitting in judgment of another? _____ YES _____ NO

If YES, please explain: _____

_____

_____

9

Juror No. _____

41. Do you believe that the fact that someone has been arrested means that the person must be guilty? _____ YES _____ NO

If YES, please explain: _____

_____

_____

42. Would you believe or disbelieve the testimony of a defendant, simply because he has been accused of a crime? _____ YES _____ NO

If YES, please explain:_____

_____

_____

## II.  **PRIOR EXPERIENCE WITH LEGAL SYSTEM AND LAW ENFORCEMENT**

43. Have you ever served on a trial jury or a grand jury? _____ YES _____ NO

a.   If YES, please give details of which court: _____

_____

_____

b.   If YES, what type of case? _____

_____

_____

c.   If YES, did the jury deliberate to a final verdict? ___ YES ___ NO

44. Have you ever had your home, office, or any other premises be the subject of a search and seizure by any federal, state, or local agency or law enforcement department?

___ YES ___ NO

If YES, please explain: _____

Juror No. _____

_____

_____

45. Have you, any member of your family, close relatives, or friends ever been subjected to service

of a grand jury subpoena by any federal, state, or local agency or law enforcement department

whatsoever? ___ YES   ___ NO

If YES, please explain: _____

_____

_____

46. Have you ever provided information to, been a cooperating informant or witness for, or

provided testimony for any federal, state, or local agency or law enforcement department?

___ YES   ___ NO

If YES, please explain: _____

_____

_____

47. Have you ever contacted the United States Attorney's Office, County Prosecutor's Office, the

police department, or any court, local, county, state or federal law enforcement agency to report

a crime? ___ YES   ___ NO

If YES, please explain: _____

_____

_____

48. Have you, any member of your family, or any close friend ever been the subject of an

investigation by any agency of the United States government, or any state, county, or local

government? ___ YES   ___ NO

11

Juror No. _____

If YES, please explain: _____

_____

_____

49.   Have you, any member of your family, or any close friend been arrested or convicted of a

crime or offense?\_\_\_ YES  \_\_\_ NO

If YES, please explain: _____

_____

_____

50. Have you, any member of your family, or any close friend ever been a defendant in a suit

brought by the federal government or any state, county, or local government?

\_\_\_ YES  \_\_\_ NO

If YES, please explain: _____

_____

_____

51. Have you, anyone in your family, or any close friend ever been the victim of a crime or

participated in a criminal case (other than a traffic violation) as a victim, a defendant, or a

witness where the case went to court? \_\_\_ YES  \_\_\_ NO

      a.     If YES, do you believe that the case was handled appropriately?

          \_\_\_\_\_ YES  \_\_\_\_\_ NO

          If NO, please explain: _____

          _____

          _____

Juror No. _____

    b.    Was there anything about that experience that would affect your ability to fairly and impartially evaluate the evidence in <u>this</u> case?

    _____ YES   _____ NO

    If YES, please explain: _____

_____

_____

52. Do you have any opinions or beliefs concerning the criminal justice system, defendants, or criminal defense attorneys that would affect your ability to evaluate the evidence in this case fairly and impartially? ___ YES ___ NO

If YES, please explain: _____

_____

_____

53. Do you have any opinions or beliefs concerning the police, law enforcement officers or prosecutors that would affect your ability to evaluate the evidence in this case fairly and impartially? ___ YES ___ NO

If YES, please explain: _____

_____

_____

54. Are you or have you ever been an officer or employee of the United States government or any state, county, or local government? _____ YES _____ NO

    a.    If YES, would the fact that the United States government is a party to this action in any way influence your judgment in regard to this case?

    _____ YES _____ NO

Juror No. _____

If YES, please explain: _____

_____

_____

55. Have you, a family member, or a close friend ever studied or practiced law or worked in a law

office? ___ YES    ___ NO

If YES, please explain: _____

_____

_____

56. You may hear testimony in this case from law enforcement officers, such as federal agents and

current and former police officers.  Would you give the testimony of a law enforcement officer

or official greater or lesser weight simply because of that person's position?

_____ YES    _____ NO

If YES, please explain: _____

_____

_____

57. The Defendant and other potential witnesses were law enforcement officers at the time of the

acts alleged in the Indictment.

a.  Have you, any member of your family, or any close friend ever been employed by a

law enforcement agency? ___ YES    ___ NO

If YES, please explain: _____

_____

_____

14

Juror No. _____

b.  Would your experience (or that of a relative or friend) cause you to sympathize with the Defendant or potential witnesses?  ___ YES   ___ NO

If YES, please explain: _____

_____

_____

c.  Would your experience (or that of a relative or friend) cause you to have bias against the Defendant or potential witnesses in this case because the Defendant and some of the potential witnesses were members of law enforcement? ___ YES   ___ NO

If YES, please explain: _____

_____

_____

58. The Defendant was a police officer at the time of the acts alleged in the Indictment. Do you have positive or negative feelings that would make it difficult for you to evaluate such a police officer's testimony fairly and impartially? ___ YES   ___ NO

If YES, please explain: _____

_____

_____

59. In this case, you may hear testimony from current or former law enforcement officers from the City of Bridgeton Police Department and the FBI.

a.  Have you ever had any personal experiences with these agencies, or with any other law enforcement agency? ___ YES   ___ NO

If YES, please explain the nature and extent of your personal experiences with that agency: _____

15

Juror No. _____

_____

_____

b.  Do you think that your experience with that agency will affect the way you view the evidence in this case? \_\_\_ YES \_\_\_ NO

If YES, please explain the nature and extent of your personal experiences with that agency: _____

_____

_____

60. Have you, a family member, or a close friend ever had any negative experiences involving police officers or been the subject of any adverse action taken by police officers?

\_\_\_\_ YES \_\_\_\_ NO

If YES, please explain: _____

_____

_____

61. Have your feelings or opinions about police officers changed in any way in light of recent events reported in the media involving police officers? \_\_\_\_ YES \_\_\_\_ NO

If YES, please explain: _____

_____

_____

62. Are you, any member of your family, or any close friend affiliated, connected with, or a member of any crime commission or organization engaged in similar work or organizations that support or provide services for law enforcement agencies or officers?

\_\_\_\_ YES \_\_\_\_ NO

16

Juror No. _____

If YES, please explain: _____

_____

_____

63. Are you or is any member of your family or any close friend affiliated, connected with, or a member of any organizations that advocate police reform? _____ YES _____ NO

    If YES, please explain: _____

    _____

    _____

64. Have you, or has any family member or close friend, been a member of any group that lobbies or takes public positions on law enforcement issues? _____ YES _____ NO

    If YES, please explain: _____

    _____

    _____

65. Would the fact that the federal government is a party to this action in any way influence your judgment in regard to this case? _____ YES _____ NO

    If YES, please explain: _____

    _____

    _____

66. Have you, anyone in your family, or any close friend ever had any interaction or experience with the federal government or with state or local law enforcement officials that might affect your ability to be fair and impartial in this case? _____ YES _____ NO

    If YES, please explain: _____

Juror No. _____

_____

_____

## III.  CASE BACKGROUND AND UNDERLYING CHARGES

67.  Do you know, or have you had any dealings, personal or business, with John Grier, or with

any relative or close friend of John Grier?

____ YES ____ NO

If YES, please explain: _____

_____

_____

68.  Defendant John Grier is represented by attorney Stuart Alterman of the law firm of Alterman

& Associates, LLC and attorney Stacy Ann Biancamano of the law firm of Biancamano Law,

LLC.  The Government is represented by the United States Attorney for the United States

Attorney's Office for the District of New Jersey, who is Philip R. Sellinger.  The conduct of

the trial will be in the immediate charge of Assistant United States Attorneys Jason Richardson

and Lindsey Harties. Also, at the Government's table or seated behind them during the trial

will be their paralegal, Anne Defay and Shaunda McQueen, and Special Agent Brittney Ketler

of the FBI.

    a.  Do you know or have you had any dealings, personal or business, with any of these

       individuals? ____ YES ____ NO

    b.  Have you or any relative or close friend ever been employed by or had dealings with

       any of the parties, entities, or individuals listed above? _____ YES _____ NO

    If YES to either of the above questions, please explain: _____

18

Juror No. _____

_____

_____

69. Have you, a family member, or a close friend had any experience with the following governmental entities, agencies, or law firms?

  ☐ United States Federal Government

  ☐ United States Department of Justice

  ☐ United States Attorney's Office

  ☐ Federal Bureau of Investigation ("FBI")

  ☐ Alterman & Associates, LLC

  ☐ Biancamano Law, LLC

If YES, please explain: _____

_____

_____

70. The following individuals or entities may be called as witnesses at trial or their names may come up during the trial.  Please identify any name if you know, or if you have had any dealings, personal or business, with that person or entity.

  ☐ Michael Elton

  ☐ Brittney Ketler

  ☐ Anthony Bertolini

  ☐ Ronald Broomall

  ☐ Heittel Mora

  ☐ Rich Morris

  ☐ Donald Young

19

Juror No. _____

☐ Jason Hovermann

☐ Paul Genovese

☐ Thomas Speranza

☐ Richard Zanni

☐ Michael Gaimari

☐ Lisa Ford

☐ Alan Campbell

☐ Marty Drummond

☐ Emmanuel Kapelsohn

**If you identified any names**, please explain your knowledge of or dealings with that person(s)

or entity(ies): _____

_____

_____

_____

71. This case involves alleged events occurring in and around the city of Bridgeton, New Jersey.

Have you ever lived or worked in Bridgeton? ___ YES    ___ NO

If YES, please explain: _____

_____

_____

72. This case involves allegations that the Defendant authored and submitted a false police report

in an attempt to cover up an instance of excessive force.  Do you have such strong views on

the subject of excessive force or police conduct that you could not render a fair verdict in this

case? ___ YES    ___ NO

20

Juror No. _____

If YES, please explain: _____

_____

_____

73. Do you have such strong views on the subject of honesty that you could not render a fair verdict in this case? ___ YES ___ NO

If YES, please explain: _____

_____

_____

74. Are you familiar with any newspaper, television, radio, Internet or other forms of news coverage regarding this case? ___ YES ___ NO

If YES, please explain:_____

_____

_____

## IV. **CIVIL RIGHTS**

75. In recent months, you may have seen or heard media accounts concerning the federal government's involvement in state or local civil rights cases. Do you have any strong feelings or opinions about the federal government's involvement in state or local civil right cases?

___ YES ___ NO

If YES, please explain: _____

_____

_____

76. Do you feel that the federal government goes too far in protecting civil rights?

___ YES ___ NO

Juror No. _____

If YES, please explain: _____

_____

_____

77. Do you feel that the federal government does not go far enough in protecting civil rights?

____ YES    ____ NO

If YES, please explain: _____

_____

_____

78. If the Government fails to prove its case against the Defendant beyond a reasonable doubt, would you have any difficulty returning a not guilty verdict because the Defendant allegedly violated the Victim's civil rights? ____ YES    ____ NO

If YES, please explain: _____

_____

_____

## V. <u>EXCESSIVE FORCE</u>

79. This case also involves allegations of violence, specifically, a physical assault where the Defendant, a police officer, allegedly sprayed the Victim with pepper spray several times and physically assaulted the Victim by shoving him in the chest while the Victim was handcuffed.

    a.  Will the fact that this case involves violence impact on your ability to fairly and impartially judge the facts in this case? ____ YES    ____ NO

If YES, please explain: _____

_____

22

Juror No. _____

b.  Have you, any member of your family, or any close friend ever been a victim of a
violent crime? ___ YES ___ NO

    i.  If YES, has your experience, or the experience of your family member or close
friend, of being a victim of a violent crime caused you to have a particular
opinion about people charged with committing violent crimes?

       ___ YES ___ NO

       If YES, please explain: _____

       _____

       _____

    ii.  If YES, will you be able to fairly and impartially judge the facts in this case in
spite of your experience, or the experience of your family member or close
friend, as a victim of a violent crime? ___ YES ___ NO

       If NO, please explain: _____

       _____

       _____

80. Have you or has a close family member or close friend ever been the victim of excessive force
or police brutality? ___ YES ___ NO

If YES, please explain: _____

_____

_____

81. Have you had any encounters with law enforcement officers that left you with a strong positive
or negative opinion of law enforcement? ___ YES ___ NO

23

Juror No. _____

If YES, please explain: _____

_____

_____

82. Do you think that law enforcement officers do such a difficult job that it is unfair for their actions to be judged? ___ YES    ___ NO

If YES, please explain: _____

_____

_____

83. Are there any circumstances that would justify a police officer using excessive force?

___ YES    ___ NO

If YES, please explain: _____

_____

_____

84. Do you believe that there are circumstances under which police officers do not have to obey the law like everyone else? ___ YES    ___ NO

If YES, please explain: _____

_____

_____

85. Would you have any reluctance to judge the actions of a police officer accused of using excessive force or obstructing justice? ___ YES    ___ NO

If YES, please explain: _____

_____

_____

24

Juror No. _____

86. Do you understand that even if a person has been arrested, that they still have certain rights—including the right to not have law enforcement officers use excessive physical force against them?  ___ YES  ___ NO

    a.  If YES, do you have strong feelings about that? ___ YES  ___ NO

    If YES, please explain: _____

    _____

    _____

87. You will hear evidence that the Victim was under the influence of alcohol at the time that the Defendant sprayed him with mace. Would the knowledge of this fact impact your ability to be a fair and impartial judge of the facts in this case? ___ YES  ___ NO

If YES, please explain: _____

_____

_____

88. Do you have any strong feeling about individuals that drive a vehicle while under the influence of alcohol that would effect your ability to be a fair and impartial judge of the facts in this case? ___ YES  ___ NO

If YES, please explain: _____

_____

_____

89. Do you think law enforcement officers should be allowed to use force against an individual simply because they operated a motor vehicle under the influence of alcohol?  ___ YES __ NO

Juror No. _____

If YES, please explain: _____

_____

_____

90. Do you understand that even if a person is intoxicated and not threatening, that they still have

certain rights—including the right to not have law enforcement officers use excessive physical

force against them? ___ YES    ___ NO

    a.   If YES, do you have strong feelings about that? ___ YES    ___ NO

      If YES, please explain: _____

_____

_____

91. Do you think that law enforcement officers should be allowed to use force against a person

who either is not a threat or is no longer posing a threat? ___ YES    ___ NO

If YES, please explain: _____

_____

_____

92. If the Government proves its case against the Defendant beyond a reasonable doubt, would

you have any difficulty returning a guilty verdict because the Defendant was a law enforcement

officer at the time of the offense? ___ YES    ___ NO

If YES, please explain: _____

_____

_____

26

Juror No. _____

## VI. **PERSONAL CIRCUMSTANCES**

93. Would you tend to believe someone or not believe someone because of that person's ethnic

background, race, sex, religion, occupation, or economic status? ___ YES    ___ NO

If YES, please explain: _____

_____

_____

94.  Do you feel any greater degree of sympathy with either side of this criminal case?

___ YES    ___ NO

If YES, please explain: _____

_____

_____

95. Is there any extraordinary personal or business situation, or other distinct hardship, which

makes it impossible for you to sit on this jury? ___ YES    ___ NO

If YES, please explain: _____

_____

_____

96. Do you have any medical condition that would make it impossible for you to sit on this jury?

___ YES    ___ NO

If YES, please explain: _____

_____

_____

97. Do you have any difficulty reading, speaking, or understanding English?

___ YES    ___ NO

27

Juror No. _____

If YES, please explain: _____

_____

_____

98. Do you think you may know or be familiar with this Defendant or his family or friends?

___ YES    ___ NO

If YES, please explain: _____

_____

_____

99. Can you think of any reason, even if we have not covered it in these questions, why you would

not be able to render a fair and impartial verdict in this case?___ YES    ___ NO

If YES, please explain: _____

_____

_____

PLEASE MAKE CERTAIN THAT YOUR JUROR NUMBER IS PRINTED AT THE TOP OF
EACH PAGE AND PLEASE SIGN YOUR NAME BELOW:

_____    _____
SIGNATURE                                            DATE

Juror No. _____

**EXPLANATION SHEET**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

29

Juror No. _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____