

## The Peregrine Corporation

Specialists in Defense Dynamics

August 18, 2022

Stuart J. Alterman, Esq.
Alterman & Associates, LLC
8 South Maple Avenue
Marlton, New Jersey 08053

**Re:**   **United States of America v. John Grier, III**

Dear Attorney Alterman:

I am writing to provide my report in the above-referenced matter.

**Preparation for Rendering Opinions.**  In preparation, I have reviewed the materials you provided, including Bridgeton Police Department ("BPD") files including the Incident Report,  Use of Force Report, Investigation Report, Supplementary Investigation Report; Property Report; Pretrial Services Report; FBI Federal Grand Jury Information; FBI 302's; Government Exhibits 50A, 50B, 50C and others; Grand Jury Testimony of Marty Drummond; Grand Jury Testimony of Brittney Ketler; BPD Internal Affairs Division Records; Indictment; BPD Use of Force Policy (Eff. 9/30/2015); NCIC records and criminal history of Marty Drummond; New Jersey Attorney General's Use of Force Policy (Rev. 6/2000 and subsequent revisions); BPD 2017 Use of Force In-Service Training Powerpoint; BPD Training Units Pepper Spray Training Powerpoint; and BPD MVR and BWC videos of the incident.

In addition, I spoke by telephone with Mitchell Johnson of Security Equipment Corporation, the manufacturer of the Sabre OC ("pepper spray") units I am advised Officer Grier used during the subject incident.

**Qualifications for Rendering Opinions.**  I am of course also relying on my education, training, experience and qualifications with regard to firearms and ballistics, shooting scene reconstruction, force science and use of force.  In this regard, I note that I have been using firearms for the last sixty-five (65) years, since my father first taught me to shoot a rifle at the age of five.  I have been a professional firearms and use of force instructor for roughly 42 years, during which time I have trained what I conservatively estimate to be over 17,000 individuals, including police officers, federal agents, security officers, military personnel, and private citizens.  During that time I have trained and certified thousands of police and security firearms and use of force instructors and armorers.  I have also been certified as an instructor in the use of pepper spray, more properly described as "OC" (oleoresin capsicum) spray, and I have for many years conducted training classes in the use of various OC products.

I have been certified by the FBI, NRA, and others as a law enforcement handgun instructor, shotgun instructor, patrol rifle instructor, counter-sniper rifle instructor, submachine gun instructor, and tactical weapons instructor, among other instructor ratings. In addition to my training with firearms, I have been trained and certified as an instructor in defensive tactics (unarmed self-defense and subject control techniques), baton (with two styles of police batons), OC ("pepper") spray, as a Taser Master Instructor, as a less lethal impact munitions instructor, weapon retention instructor (weapon retention being one's ability to retain or regain control of their weapon when an attacker is attempting to disarm them), and trained in

2

emergency vehicle operation, pursuit and counterterrorist driving by three nationally-recognized training schools. I am also certified as a Practical De-escalation Instructor. I thus have a background in the full range of use of force modalities. I believes this gives me the perspective to evaluate the level of force used by Officer Grier, in the context of the other force options that might have been used in the subject incident.

Agencies for which I have trained and certified law enforcement firearms and use of force instructors include the New York State Police, Oregon State Police, Louisiana State Police, Missouri Highway Patrol, Washington D.C. Metropolitan Police, Massachusetts Metropolitan Police, North Carolina Justice Academy, Pennsylvania Municipal Police Officers Education & Training Commission ("MPOETC"), and the police departments of Philadelphia, Baltimore, Miami, Jacksonville, St. Petersburg, Dallas, Trenton, Jersey City, Atlantic City, Phoenix, Seattle, Spokane, Tacoma, Salt Lake City and County, the New Jersey Department of Corrections, the Nevada State Fire Marshal's Office, Tennessee Bureau of Investigation, Metropolitan Toronto Police Service (Emergency Task Force and Dignitary Protection Unit), Calgary Police Service Tactical Unit, and many others.

I have successfully completed firearms and tactics courses taught by agencies including the FBI, the U.S. Marshals Service, the U.S. Department of Defense Police, and the U.S Army Marksmanship Training Unit (Instructor Group) at Fort Benning, as well as by the NRA Law Enforcement Activities Division, Glock, H&K and many others.

For the past 23 years I have been a sworn, armed reserve deputy sheriff for sheriff's departments in the two states where I have lived, during which time I have performed a wide variety of law enforcement tasks, ranging from routine patrol and traffic enforcement, prisoner security and transports, and service of search warrants and arrest warrants, to response to a wide variety of calls for service, including response to crimes in progress. I have been involved in traffic stops and DUI stops of vehicles, and in foot pursuits and vehicular pursuits, including a vehicular pursuit that went on for some 20 minutes, culminating in the arrest at gunpoint of a physically assaultive suspect armed with a handgun, after a fellow deputy broke the window of the subject's locked car to unlock the door and drag the suspect from the vehicle while I covered the situation at gunpoint. In my service for my sheriff's departments I have carried pepper spray, batons, Tasers, handguns, shotguns, and patrol rifles.

I have been a regular presenter at regional, national and international conferences of law enforcement instructors, including ASLET, IALEFI, and ILEETA. I taught classes at last year's IALEFI Annual Training Conference in Melbourne, Florida and at the ILEETA Conference in St. Louis, Missouri, where I was a panelist on both the ILEEETA Deadly Force Panel of Experts and the ILEETA Active Shooter Panel of Experts. Three weeks ago, I attended and helped to conduct the IALEFI Annual Training Conference, held this year in Las Vegas, where it was hosted by the Las Vegas Metropolitan Police.

I have authored over 120 published articles in the firearms and tactics field, was Technical Editor of <u>The Police Marksman</u> magazine for several years, am the principal author of <u>Firearms Training Standards for Law Enforcement Personnel.</u> I am Associate Editor of <u>Standards & Practices Guide for Law Enforcement</u>

4

Firearms Instructors, a 350-page long IALEFI publication that has been purchased in quantity by the federal government for inclusion in federal court law libraries nationwide.  I am principal author of the IALEFI Guidelines for Simulation Training Safety, and principal author of IALEFI's Firearms Instructor Criteria which is about to be published.

For roughly the past thirty-five (35) years, I have served on the Board of Directors of the International Association of Law Enforcement Firearms Instructors (IALEFI).  I am currently that organization's First Vice President, and am Chairman of its Instructor Criteria Committee. I have formerly chaired its Safety Committee and its Firearms Training Standards Committee.

I assisted the Commonwealth of Pennsylvania in developing and writing the firearms and use of force curriculum used at all of Pennsylvania's 22 municipal police academies for a period of over 15 years, and assisted in the updating of that curriculum.  I was one of the authors of the Pennsylvania MPOETC's Patrol Rifle Guidelines distributed to law enforcement agencies throughout the state.  I was one of the four subject matter experts who developed the MPOETC's mandatory in-service "Police Use of Force" training program presented in 2016 to some 24,000 police officers statewide, including assisting in teaching the pilot program and instructor training programs for that course.  I taught the curriculum segment entitled "Use of Force in Law Enforcement" in the recruit training program at the Allentown (PA) Police Academy for about seven years.

I developed and taught a senior seminar entitled "Police Use of Force" in the Criminal Justice Department of Indiana University at Bloomington, Indiana, for two years while I lived in Indiana.  I taught use of force tactics in a two-and-one-

half-year long series of classes for Senior Firearms Instructors of the Federal Bureau of Alcohol, Tobacco & Firearms, presented at various locations on the East and West Coasts including San Diego, Orlando, San Francisco, and Los Angeles. I was an instructor at the Burlington County (NJ) Police Academy for about eight years while I lived in New Jersey, at which time I was certified as a Police Firearms Instructor by the New Jersey Police Training Commission.

I have taught a variety of firearms and use of force topics at regional, national, and international law enforcement training conferences nationwide for some 35 years, and have attended numerous training classes and courses on firearms, analysis of shooting incidents, shooting scene reconstruction and the use of force, ranging in length from an hour, to week-long courses, to one course that involved on-site and remote videoconference training sessions, with written assignments, oral presentations, and testing over a five-month period. I assisted the Commonwealth of Pennsylvania in a program to purchase seven electronic video shooting/decision making simulator systems, which were put in place in seven locations throughout the state; my work included training use of force instructors to run these simulators, and conducting the pilot training program. When I lived in Indiana and was a reserve deputy sheriff there, I obtained the use of an electronic video shooting simulator, trained an instructor cadre, and ran shooting simulations not only for our sheriff's department, but for all other law enforcement agencies in the county, two years in a row. Our County Prosecutor's Office also had me conduct classroom in-service training in use of force, attended by officers and deputies from all law enforcement agencies county-wide. In my home state of Pennsylvania, our District Attorney's Office has on three occasions had me conduct firearms, tactics and use of force training for assistant district attorneys (and for the elected District Attorneys themselves) to better enable them

to analyze and properly deal with use of force incidents. I have conducted several Pennsylvania Continuing Legal Education ("CLE") programs on use of force and law enforcement training and tactics for attorneys, prosecutors, and judges. I have conducted and assisted in conducting man-on-man "reality-based training" ("RBT") use of force simulations for law enforcement officers and others using Simunitions FX paint marking cartridges, Airsoft guns, and other non-lethal training weapon technologies, have authored a published and widely-used set of safety guidelines for such training (see above), and am currently chairing a committee that is updating and enlarging these standards.

I have written and assisted in writing firearms and use of force policies for my sheriff's department and other agencies, and have for some 20 years chaired our sheriff's department's shooting review boards, reviewing and making determinations following officer-involved shootings.

I am also certified in Shooting Scene Reconstruction, and I have testified in courts for many years on issues of shooting scene reconstruction. The field of shooting scene reconstruction makes use of physical evidence, scientific knowledge and investigation to reconstruct how a shooting likely occurred, including the directions and locations from which the shots were fired, the trajectories of the projectiles, the order of the shots when this can be determined, ricochets, the effects of intervening barriers such as window glass or automotive glass, clothing, or partitions in buildings, the speed with which the shots were or could have been fired, movement of the involved individuals during the shooting, whether a shooting appears to have been accidental or intentional, the causation of the shooting if accidental, etc. The physical evidence used includes such things as the location, direction and characteristics of bullet damage to physical objects, the

location, direction and characteristics of bullet wounds to people, the location of ejected cartridge cases and other ballistic evidence, the inspection and characteristics of the firearms used, the known ballistics of the firearms and cartridges, chronographing the velocity of the projectiles used, the location and condition of recovered projectiles, cartridge cases and other ballistic evidence, ejection pattern testing of the incident firearm(s), proximity-to-muzzle testing, testing for lead and gunshot residue, analysis of video and audio evidence when available, witness interviews and testimony when available and to the extent it may be reliable, etc.

I am also certified as a Force Science Analyst, and as an Advanced Specialist in Force Science. I have regularly testified in courts on force science issues. In fact, I testified on such issues for many years before there was such a training course or any certification in the field that, by then, had been named "force science." The field of force science is the application of scientific principles, research and testing to confrontations in which force has been used by police officers or others. Force science involves human factors such as reaction time, the speed with which one can cover a certain distance on foot, turn, draw and/or fire a gun, the speed at which multiple shots can be fired, the relative speed of one individual's action compared to another individual's reaction to it (so called "action vs. reaction" – one aspect of so-called "reaction time"), and an individual's perception and evaluation of deadly threats. Force science also includes the study of the perceptual and physical changes commonly experienced by individuals during high-stress use of force confrontations, sometimes described as part of the "fight or flight syndrome" or Body Alarm Reaction ("BAR"). These stress-caused reactions, including such things as increased rates of respiration and heart rate, loss of fine motor ability and coordination, tunnel vision, and auditory exclusion, have

8

been well researched for years, are the subject of numerous articles in scholarly, scientific and professional journals and books, and have been part of the curriculum taught to law enforcement officers, instructors, and criminal justice students nationwide for decades, some of which curriculum I have helped to write and teach. In many respects, these well-recognized stress effects also form the basis for the firearms and tactics techniques in which law enforcement officers are trained, as the officer's abilities – and disabilities – under stress must be taken into account in designing and selecting techniques in which the officer is trained, and which the officer is expected to use, in the stress of life-and-death confrontations. I also note that in addition to studying these stress effects in academic settings, I have experienced some of them myself, have observed them in trainees, and have observed them in law enforcement officers and others I have debriefed or interviewed following shootings and other high-stress incidents.

This case involves Officer Grier's use of OC spray, commonly called "pepper spray." I have received multiple certifications in the use of various chemical agents, so-called "aerosol chemical restraints" (pepper spray), and OC instructor certification dating back as far as 1988 to the mid-1990's. I have carried OC spray in both of the sheriff's departments for which I have served, and have carried OC spray on a daily basis for roughly the past 35 years. I have conducted many training programs in the use of OC spray for industrial and corporate security teams, school and house-of-worship security personnel, and others over the past several decades. I have provided guidance to military units in the use of OC spray for crowd control. I carry pepper gel regularly in my work with one such protective team. I myself have pepper sprayed dozens of trainees in training programs, and two individuals "on the street." My exposing trainees to OC in training programs has included managing, assisting and observing their recovery from the effects of

9

the OC.  I have participated in law enforcement actions where suspects have been pepper sprayed by other officers.  I have reviewed numerous studies and articles on the effect of OC spray, and its proper place in the law enforcement use of force continuum.  I have taught on that subject in many classes, from the police academy level through the police instructor level through the university level.  I have had working relationships with several leading manufacturers of OC products, and several of those manufacturers provide samples or prototypes of their products to me for my test, evaluation, and comment.  I have worked as an expert in cases where OC spray has been used against non-compliant or combative subjects, both by police and by private individuals.  Finally, as part of my training and certification as an instructor, I myself have been "pepper sprayed" with several brands and types of OC, including aerosol mist, stream, foam and gel.  And in my work in a pepper spray case in Boston I worked on about three years ago, I was videotaped being sprayed in the face with a large volume of pepper spray, then standing there for about 25 seconds subject to the effects of the OC, before walking off camera to rinse the OC off my face.  My extensive experience with the full range of OC products, their use in law enforcement and security, and their effects, allows me to offer opinions that may assist the jury regarding OC spray and its use in this case.

I have served as an expert witness in both civil and criminal cases involving use of force for the past 38 years on a nationwide basis.  In total, I have served as an expert in over 400 cases, including cases in which the force used was by means of firearms of all common types (and some uncommon types), batons, knives and other edged and pointed weapons, pepper spray, Taser, moving vehicles, a shovel, a medical device used as a weapon in a hospital, rocks and landscaping blocks used as impact weapons, a 5-gallon plastic bucket, a shard of broken glass, and in some

instances an individual's "personal weapons," which is the term police use for a person's fists, hands, elbows, feet, knees, teeth, and other body parts used as weapons.

In total I have testified approximately ninety (90) times at trials in state and federal courts throughout the United States, in addition to testimony before grand juries, Police Boards, arbitration panels, administrative tribunals, state legislative committees, and by invitation before committees of both Houses of the United States Congress. I have been qualified as an expert by state courts in Connecticut, New York, New Jersey, Pennsylvania, Delaware, Maryland, Tennessee, Kentucky, Georgia, Florida, Louisiana, Arizona, California, Wisconsin, Michigan, Minnesota, Ohio, and Iowa, and by federal courts in California, Connecticut, New York, New Jersey, Pennsylvania, Maryland, Tennessee, Louisiana, Arkansas, Florida, Montana and Oregon. In total, I have been qualified and have testified as an expert in some 14 federal courts in 12 states, and in 45 state courts in 18 states, as well as in the District of Columbia. In some jurisdictions I have testified in multiple cases before the same court. I have also served as an expert in cases that have been dismissed, settled, plea bargained, or for some other reason have not gone to trial or otherwise have not required my trial testimony, in at least 23 other states, Puerto Rico, the U.S. Virgin Islands and Canada.

Here in New Jersey, I have been qualified and have testified as an expert in the U.S. District Court, and in Superior Courts in Essex, Atlantic (multiple cases), Burlington (multiple cases), Camden, Cape May, Union, Middlesex, and possibly other counties, as well as in cases before the New Jersey Office of Administrative Law involving police and corrections officers, and in the Camden Municipal Court.

In addition to serving as an expert on behalf of law enforcement agencies, police and security officers, I have also testified many times <u>against</u> law enforcement officers and agencies, including in cases resulting in jury verdicts or settlements for plaintiffs wrongfully injured by police. By the same token, I have often served as an expert witness for defendants in criminal cases, and have also often served as a state's witness (prosecution witness) in criminal prosecutions.  In other words, my testimony is not "one sided." Because of this, I have many times been asked by prosecutors to perform independent evaluations of shooting cases, to assist them in determining whether or not the police officers or other individuals involved should be criminally charged. I have several times worked in the criminal prosecution of police officers.  I have taken engagements of that sort for prosecutors in several states, including New Jersey, Pennsylvania, and the Milwaukee District Attorney's Office.

Further details of my education, training, experience and qualifications are contained in my curriculum vitae, provided along with this report.

**<u>Summary of the Incident.</u>**  The following summary of the incident is taken primarily from the BPD Investigation Report of Ptl. Donald Young, and from my review of the dashcam and body worn camera videos/audios of the incident. The summary is not intended to be comprehensive as to all details, but is meant simply to provide a general description of the event, sufficient for the reader of this report to place the discussion that follows in an understandable context. To the extent there are discrepancies, contradictions, or conflicting accounts or perceptions of what occurred, it is of course the province of the finder of fact to decide which proffered version of events, if any, to believe.

The incident that gives rise to this prosecution occurred at or about 5:22 a.m. on June 18, 2017 in Bridgeton, New Jersey.  Patrolman Donald Young of the Bridgeton City Police Department ("BPD") was dispatched to the Riggins Gas Station at 69 West Broad Street for a report of two while males sitting in a blue vehicle yelling profanities at people who were walking by.  Upon arrival at the gas station, which was closed at that time. Ptl. Young observed a blue Buick sitting at one of the gas pumps.  He pulled his marked patrol car in facing the vehicle, and illuminated the passenger compartment with his spot light.  Upon approaching the vehicle he immediately smelled a strong odor of an alcoholic beverage coming from the passenger compartment.  The vehicle's driver, Marty Drummond, told Ptl. Young that he had run out of gas, and was waiting for Riggins to open.  Ptl. Young's report indicates he could smell a strong odor of alcoholic beverage on Drummond's breath, that Drummond's eyes were bloodshot and watery, and his speech was slurred.  In addition, Ptl. Young could see an almost empty bottle of Johnny Walker on the front passenger side floor of the car. When asked if he had been drinking, Drummond stated "no." Ptl. Young's report notes that "Drummond was very hostile towards me and kept making comments to me about having more important things to be doing other than bothering him and his passenger Alan Campbell."  The investigation report states that Ptl. Young "advised Drummond not to drive and that he needed to call someone to come and pick him up." Drummond told the officer that someone was coming to give him a gallon of gas. Ptl. Young told Drummond he knew he had been consuming alcohol and that he could not drive.  He told Drummond and Campbell that he was going to issue them summonses for having an open container of alcoholic beverage in the vehicle.

As Ptl. Young was issuing the summonses, Patrolman Grier stood by with Drummond and Campbell. During this time and after the summonses were issued,

for a period of perhaps 20 minutes, Grier continually harassed Ptl. Grier, saying things like "You run your fucking outfit like shit," "Who is the fucking sergeant? Where's the sergeant?," "I want you to go away," using the "n----- word" and making numerous references to "nig-nogs," saying that Bridgeton is a "whole town of fucking n---ers," and yelling other profanities. Drummond was told by the police that he had to stop yelling profanities. Drummond was told by Officer Grier, "Go have a seat in your car, sir." At one point when it appeared Drummond, contrary to the officer's instructions, was going to come back toward the officer, Grier told him "If you come back here I'm locking you up – that's the end of the story." Drummond also stated that he had been in both the Army and the Navy, was "an underwater certified welder" and a Navy SEAL, and threatening the officer that "You're luck I'm not out of the car." Drummond also waved his arms and pointed his finger aggressively at the police officers. Throughout all of this abusive tirade by Drummond, Ptl. Grier remained calm, polite, gentlemanly and professional in his demeanor.

Ptl. Young's investigation report states that about 30 seconds after he had issued the summonses, gotten back into his police car and started to leave the gas station, Ptl. Broomall, who was still at the gas station, requested that he return because both Drummond and Campbell had left their vehicle and were approaching his police car. When he returned to the gas station, Ptl. Young's report noted that "Drummond was screaming profanities and other demeaning slurs at Ptl. Broomall, Ptl. Grier and [himself]."

Shortly thereafter, Drummond got back in his vehicle, started it, and began to drive away from the gas pumps. Ptl. Young's report states:

Now that Drummond was observed operating the vehicle while intoxicated and he proved to officers that he was not out of gas, I believed he intended to drive away from the Riggins once the officers left the scene…

Because of Drummond's hostile attitude towards officers and his failure to comply with their previous orders I did not have Drummond perform balance tests.  Due to the strong odor of an alcoholic beverage coming from Drummond's breath, his slurred speech, his inability to stand up straight, I believed Drummond was operating the vehicle while under the influence of an alcoholic beverage over the legal limit to do so and that his ability to operate the vehicle was impaired by the alcoholic beverages he had consumed.

Drummond was then ordered out of the vehicle and was advised that he was under arrest for driving while intoxicated.  Upon getting out of the vehicle, Drummond appeared to be moving toward Ptl. Grier, who pointed his OC unit at Drummond and said, "Get back. Get back. Do you want to feel pain, sir?"  I note that earlier in the incident, Ptl. Grier had his duty belt-sized OC unit in his hand, but he had then switched to the larger crowd control type OC unit from the trunk of his patrol car. After he exited his car, Drummond was handcuffed by Ptl. Broomall and another officer, and was escorted by Broomall to his patrol car to be transported to the police station.

As shown on Ptl. Grier's body-worn camera ("BWC") video (Video 100B) and heard on its audio track, when Drummond was told that he was under arrest, he continued to be uncooperative and argumentative, asking – among other things -- "For what? For what?"  But contrary to Drummond's protestations, it appears that he clearly understood that he was being arrested for driving while intoxicated when the police had told him he was not to drive the car, as he argued with the police

that he had to move the car away from the gas pump. The police responded to Drummond, telling him, "You did not have to move." When Drummond, who was by then handcuffed behind his back, reached the front of Ptl. Broomall's patrol car, the video appears to show that Drummond leaned down over the car's hood voluntarily. Ptl. Broomall cannot be seen slamming or forcing Drummond's head to impact the hood of the police car as has been claimed.

When Ptl. Broomall opened the rear passenger side door of his patrol car. Drummond was ordered to "Get in the car." Ptl. Grier's BWC video shows that instead of getting into the car, and while still standing, Drummond began to turn toward away from the car and toward Patrolmen Broomall and Grier, asking again (for at least the third time), "What am I under arrest for?" At that point, Ptl. Grier gave Drummond a short (approximately 1/4 second) spray of OC from the OC cannister Grier was holding. Because of Drummond's head position, and because some of the spray was blocked by Ptl. Broomall who was partially between Grier and Drummond, the OC discharge appeared to be ineffective, primarily striking the right side of Drummond's head. Ptl. Broomall pulled back out of the way, and Drummond, who was now partially braced against the rear seat of the car, turned his head to face Ptl. Grier. Grier states that because he could see Drummond's eyes were still open, indicating the first application of OC had been ineffective, he discharged the OC unit a second time. I timed this discharge again at approximately 1/4 second. This time the OC struck Grier in the face and eyes – the recommended target area for OC – and was effective.

Ptl. Grier then yelled at Drummond, "Get in the f---ing car!," and "There – how do you like it now? Now get in the god-damned car – now!" and pushed Grier, who was still not in the car, into the back seat of the police car. Drummond

16

was ordered to pull his legs into the back of the car ("Pull your legs in – now! – or
I'm going to give it to you again.") so that the car door could be closed, which
Drummond did.

Ptl. Young's investigation report states that Drummond was then taken to
the Bridgeton police station, where he was given water to rinse the OC off his face,
and was given a fan to help cool the effects of the OC.  After observing Drummond
for 28 minutes, Ptl. Young read Drummond the New Jersey Motor Vehicle Code
Standard Statement Form, advising Drummond of his implied consent to have
breath samples taken, to which Drummond stated "You can kiss my ass."

This prosecution of Ptl. John Grier is based on his use of pepper spray
against Marty Drummond.

## Discussion and Analysis

**Executive Summary.**  Under the totality of the circumstances, the use of
OC spray ("pepper spray") by Ptl. Grier against Marty Drummond was an
objectively reasonable use of force, in keeping with widely accepted law
enforcement use of force standards, and force such as other reasonable officers on
the scene might use.

**Use of Force by Police.**  The landmark U.S. Supreme Court case governing
the use of force by police is Graham v. Connor, 490 U.S. 386 (1989), in which the
court held that an officer's use of force must be "objectively reasonable" under the
"totality of the circumstances involved, as judged "from the perspective of a

reasonable officer on the scene, rather than with the 20/20 vision of hindsight."
The court in Graham also stated:

> ... The calculus of reasonableness must embody allowance for the
> fact that police officers are often forced to make split-second
> judgments -- in circumstances that are tense, uncertain, and rapidly
> evolving – about the amount of force that is necessary in a particular
> situation.

In New Jersey, municipal police departments are required to comply with
the Attorney General's Use of Force Policy ("AG's Use of Force Policy").  The
AG's Use of Force Policy, in its Definitions section, states:

> D.  Mechanical Force
>
>> 1.  Mechanical force involves the use of some device or
>>     substance, other than a firearm, to overcome a subject's
>>     resistance to the exertion of the law enforcement officer's
>>     authority.
>>
>> 2.  Examples include the use of a baton or other object, canine
>>     physical contact with a subject, or chemical or natural agent
>>     spraying.

By the above definition, OC spray ("pepper spray") such as used by Ptl.
Grier, was mechanical force.  Drummond had not only been verbally abusive to the
police and non-compliant with their commands -- such as the police command not
to drive his car – but had also been physically threatening, telling the police he was
a Navy SEAL, and they were lucky he was in his car, not outside it.  When
arrested, Drummond continued to argue with the police, and continued to resist
their authority.  When he reached the open door of the police car and was told to
get into the car, and he instead turned toward the police and asked, for at least the

third time, "What am I under arrest for?," that was clearly "resistance to the exertion of the law enforcement officer's authority," as in D.1 above.

Section 1. "Authorization and Limitations" of the AG's Use of Force Policy provides as follows:

    1.  Authorization and Limitations

        A.  A law enforcement officer may use physical force or mechanical force when the officer reasonably believes it is immediately necessary at the time:

            a.  to overcome resistance directed at the officer or others; or

            b.  to protect the officer, or a third party, from unlawful force, or …

Clearly Drummond's continued arguing and turning toward the officers when he reached the open door of the police car and was told to get in was "resistance directed at the officer." As discussed below, it can also be maintained that the use of force at that point was necessary to protect the officers from what Ptl. Grier feared was a likely use of force by Drummond. Thus, on its face it appears that Drummond's actions upon reaching the open door of the police car was "resistance directed at the officer or others" under the AG's Use of Force Policy. The issue which it appears needs to be determined was whether it was reasonable for Ptl. Grier to believe it was immediately necessary to pepper spray Drummond, rather than to allow Drummond's resistance – and possible impending use of unlawful force – to continue.

**Handcuffing Drummond Behind His Back Did Not Render Him**

**Harmless.**  At the time he was pepper-sprayed, Drummond was handcuffed behind his back.  As experienced police officers are well aware, handcuffing a suspect, even handcuffing him behind his back, does not by any means render him harmless.  The history of police work is replete with instances where handcuffed subjects seriously injured or killed themselves or others.  I myself worked as an expert witness in a case in Houston in which a handcuffed suspect ripped a police officer's gun out of the officer's holster, and firing the gun behind his back with his handcuffed hands, shot two police officers.  In another case I worked in in New Jersey, a suspect handcuffed behind his back kicked a police sergeant in the crotch, and kicked another officer in the head.  In yet a third case I worked in, this one again in New Jersey, a handcuffed suspect escaped from the back of a police car, "sat through" his handcuffs (bring the handcuffs from the back to the front of his body), and got as far away as the next town before arrested again by the police. In yet another case, this one shown on video to tens of thousands of police in training classes, a handcuffed suspect in a police interview room accessed a gun from his waistband that had been missed when police searched him during his arrest, and committed suicide in the police station.  Many handcuffed suspects per year kick out the rear windows of police cars before they reach the jails or police stations. There are literally thousands of other specific examples that could be provided. Handcuffing by no means renders a suspect incapable of doing serious harm; the handcuffs only restrain the suspect's hands – and temporarily at that – not the suspect's feet, knees, head, teeth, and other body parts that can be used as weapons.

Law enforcement's knowledge that handcuffed individuals can still cause significant personal injury or property damage with their feet is why many law

enforcement agencies, including as just two examples the Pennsylvania State Police and the Los Angeles Sheriff's Department, carry "hobbles" and/or leg shackles for restraining the feet of arrestees and prisoners.

In this case, Drummond appeared to be a belligerent, stocky, physically capable individual, and he claimed to have been a Navy SEAL. Whether or not he had actually been a SEAL was unknown to the police officers. If he had in fact been a SEAL, he had been highly trained in all sorts of hand-to-hand combat, and killing techniques both with and without weapons. He might also have the capability to open, break, slip or sit through the handcuffs in a matter of seconds. A SEAL would likely be a formidable opponent for any normal police officer, and might, for example, succeed in disarming an officer of the officer's handgun during a physical scuffle, even while handcuffed. And Drummond had, a few minutes earlier, verbally threatened the officers, telling them "You're lucky I'm not out of the car." But now he was out of the car, with his feet and legs free to kick with. A man's legs are far more powerful than his arms, and thus a man's kicks can be far more devastating than any punch. A kick, not only a kick delivered by a SEAL, can easily break a man's kneecap, or knock a man unconscious. I myself had a rib broken by a kick. A kick can break a man's neck, fracture his skull, or crush his airway, and a heel stomp can break all of the small bones in one's instep. These kicking techniques are widely taught, not only in the military but in martial arts schools all over the country. Not just present and former SEALS, Rangers, and other Tier One military personnel possess these skills, but tens of thousands of other individuals nationwide, from martial artists to MMA competitors to street fighters, prison inmates, and thugs of all sorts. FBI data for 2020 (and for all other years I know of) show more murders in the United States were committed with "personal weapons" (hands, fists, feet, etc.) than with

21

rifles of all sorts, including so-called "assault rifles" and all other rifles combined. See, FBI "Crime in the United States – 2020." Specifically, rifles accounted for 455 homicides in 2020, while personal weapons accounted for 662.

When Drummond, who had already threatened the police, and who was now handcuffed behind his back but had his legs free, continued to resist the officers' authority when he reached the doorway of the car, and began to turn toward the officers, this was a critical moment. Like the moment of handcuffing a resistant suspect, the moment when a suspect is about to be put in the police car is critical because it is the suspect's last good chance to fight the officers. Once the suspect is seated in the rear of the car, his ability to fight effectively, and to cause injury to the officers, is greatly reduced. When Drummond balked, continued arguing, and began to turn toward the officers upon reaching the open doorway of the police, the use of pepper spray was appropriate.

After the first quarter-second spray of OC proved ineffective, Ptl. Grier's BWC video shows Drummond partially leaning back, braced against the edge of the car's back seat in the doorway of the car. This braced position could allow Drummond to launch a knee-shattering kick against Ptl. Grier. Drummond's turning his face to look directly at the officer, rather than simply getting into the car at that point as he had been ordered to do, was a potential precursor to an assault by Drummond, rather than an indication of submission to the arrest.

**The Elements of Justification.**  In analyzing whether the use of force in self-defense is necessary, police throughout the United States are widely taught several so-called "elements of justification." These are most commonly called (1) ability, (2) opportunity, and (3) jeopardy or "imminent danger."

"**Ability**" is the attacker's ability to cause physical harm, whether by means of a weapon such as a gun, knife or blunt object, or by the attacker's "personal weapons," the term police use for the attacker's fists, hands, elbows, feet, knees or other body parts used to strike, choke, or cause other bodily harm to another person.

"**Opportunity**" typically means that the attacker is within range to make effective use of their physically harmful ability. Thus, a gun is generally deadly within line of sight, while knives and blunt objects are "contact weapons," where the attack must be launched from a close enough range that the weapon can be brought into contact with the victim.

"**Jeopardy**" (sometimes called "imminent danger") means that the attacker must take some action or make some threat that places the victim in jeopardy (or imminent danger) of suffering physical harm. For example, a subject a few steps away who has a hunting knife in a sheath on his belt may have the **ability** (in the form of the knife) to cause harm, and the **opportunity** to do so (being only a few steps away), but unless the subject does something that places a potential victim in **jeopardy (or "imminent danger")**, such as drawing the knife and raising it into a stabbing position, or drawing the knife and saying "I'm going to cut your throat!", or advancing toward the victim while reaching for the knife, or some other threatening action, the use of force against the subject is probably not justified.

Drummond clearly had the ability – his unrestrained feet and legs to kick and stomp with, and his head to butt with –- to cause serious harm to the officers. He had the opportunity to cause them harm, as he was within striking distance of

them at the doorway of the police car.  When he argued and turned toward them, his action placed them in imminent danger of harm.  Thus, Ptl. Grier was justified in using OC spray – a very low level of force (see below) – to protect himself and other officers from harm.  But even if this "self-defense" use of the OC had not been justified, the use of OC was justified, per the AG's Use of Force Policy (see above), to overcome Drummond's resistance to the exercise of the officers' authority in effecting his arrest.

**OC ("Pepper Spray") And Its Effects.**  Oleoresin capsicum aerosol spray, commonly called "pepper spray," is a police and civilian self-defense tool that has been widely used in the United States and throughout the world since the 1980's. It was first adopted by the U.S Postal Service and issued to mail carriers for defense against attacking dogs in the 1980's, was endorsed by the FBI for law enforcement use against humans in 1987, and was then issued by the FBI to its special agents in about 1991.  By the mid-1990's it was in widespread use by law enforcement agencies throughout the United States.  See, e.g., "Oleoresin Capsicum:  Pepper Spray as a Force Alternative," U.S. Department of Justice, National Institute of Justice, Technology Assessment Program, March 1994.

The widespread use of OC by law enforcement, and multiple studies in the United States, Canada, and other countries, showed OC to be generally effective, even when used against intoxicated or drug-affected subjects, and also showed OC to be harmless in almost all cases, the exception being cases where OC was a contributing factor to a subject's serious asthma, emphysema, or other respiratory disorder, or a subject's difficulty in breathing caused by positional difficulties and sometimes extreme obesity.  See generally, "Effectiveness and Safety of Pepper

24

Spray," National Institute of Justice Research Report Series, NCJ Number 195739, M. Bowling et al., April 2003.

The use of OC spray by law enforcement as a force alternative as shown in numerous studies has resulted in fewer injuries, both to police officers and to those the officers are arresting or attempting to control.  For example, if an officer tells a subject he is under arrest and the subject raises his fists and says, "F--- you, I'm not going!", spraying the subject with pepper spray is probably the force alternative least likely to result in any injury to both the subject and the police officer than any other force alternative available to the officer.  Certainly the use of OC in the situation described is less likely to result in injury than the officer's attempt to go "hands on" with the belligerent subject, or to use a police baton or other control device.  When it works as intended and as it usually does (and as can be seen in the videos in this case), OC is temporarily incapacitating to the subject, without causing any injury.  When it works as intended and as it usually does, OC can thus be an almost ideal force option, allowing police to control belligerent or uncooperative subjects by temporarily incapacitating them, without causing any injury or lasting effect.

Federal courts have recognized the relatively low level of force presented by OC spray.  See, e.g., McCormick v. City of Fort Lauderdale, 333 F.3d 1234 (11th Cir. 2003), in which the court characterized pepper spray as "an especially noninvasive weapon.  Regarding the officer in the McCormick case's lack of warning the subject before pepper spraying him, the McCormick court went on to state:

Shock and surprise may be proper and useful tools in avoiding

25

unnecessary injury to everyone involved when dealing with
potentially violent suspects.

See also, <u>In Defense of Self and Others ...</u>, U. Patrick (FBI ret.) and J. Hall,
Esq. (FBI, ret.), 3rd Edition, 2017, p. 277 ff.

The active ingredient in pepper spray is capsaicin, the same ingredient used
in various popular liniments used topically by athletes and others to increase
circulation and produce "heat" to sooth sore muscles. Capsaicin is derived from
peppers in the genus Capsicum, which includes hot chili peppers grown in Central
and South America. To produce oleoresin capsicum, the peppers are finely ground
and the capsaicin is then extracted using an organic solvent such as ethanol
(alcohol produced from corn and other grain), after which the alcohol is
evaporated, leaving a remaining waxlike resin which is the oleoresin capsicum,
commonly called "OC" by the law enforcement community.

OC is an inflammatory agent, which when applied to a person's face almost
immediately causes a burning sensation of sensitive skin areas, and a swelling of
the mucous membranes and other tissues around the eyes. This results in an
involuntary shutting of the eyes, effectually "blinding" most individuals because if
their eyes are shut they cannot see. In OC training classes, police recruits and in-
service officers are taught that if they need to see, such as to move, shoot, use their
radio or cell phone, etc., they can simply use their thumb and forefinger to open
their eyelid. They eyeball, in other words, is not actually "blinded," even
temporarily, by the OC, it simply cannot see because the individual's eyelid is
closed. The OC can also inflame the mucous membranes of the nose, throat and
airways, making it more difficult for some individuals to breathe or to engage in

strenuous activities, such as fighting or running.  Many individuals who are pepper sprayed cough or sneeze, their eyes begin to tear, and/or their nose begins to run. Some individuals kneel down on one or both knees, and some individuals are disoriented because their eyes are closed.

Unlike the TASER and other CED (conducted energy device) control tools used by police, OC does not cause subject to fall uncontrolled to the ground, which with TASER has resulted in numerous "secondary injuries," some of them serious or even fatal, from the fall and from impacting the ground or other objects.

OC is commonly used in aerosol form, propelled from a cannister in the form of an aerosol mist, stream, "splatter-stream", foam or gel.  The cannisters range in size from so-called keychain units sold throughout the United States to the general public in stores such as Walmart, Target, sporting goods and athletic supply stores, to "duty belt" sized cannisters (cylinders which are typically about 4 to 6 inches long, and 1-1/4 to 1-1/2 inches in diameter), to larger cannisters, often resembling small kitchen-sized fire extinguishers, which are more useful for crowd control and addressing multiple subjects than the duty-belt size cannisters, which have a more limited quantity of contents.

OC can also be used in dry, powdered form in "pepper ball guns" used by police for riot control.  The powdered OC is released when the small balls containing it break open upon hitting rioters, the ground, or other objects.  OC can also be released by fixed wall dispenser systems installed in prison cafeterias, gymnasiums and other facilities where large numbers of inmates may be gathered.

27

OC is <u>not</u> "mace," the trademark of the MSI Mace Company in Bennington, Vermont. Developed in the 1960's, the active ingredient in "Mace" is CN (phenacylchloride). Mace was briefly popular with police in the 1960s through 1970s, but went out of widespread use because it was ineffective on many subjects (including those who were intoxicated), and on some instances caused blindness or other serious eye injuries. Unfortunately, "mace" (with a small "m") has become a popular generic term among non-professionals for any chemical aerosol subject restraint, including OC. OC is also <u>not</u> CS, despite the fact that Drummond confused OC with CS during his grand jury testimony. This is understandable, as Drummond was likely exposed to CS, a common formulation of tear gas, in his military training. CS, or orthochlorobenzalmalononitrile, is a completely different substance than OC, with different effects.

The proper and most effective target for OC spray is the subject's face, with the goal being to get OC into the subject's eyes. After being sprayed in the face with OC, the full effect on most people lasts 20-90 minutes, but recovery is much faster, typically 15-30 minutes, if the OC is washed off with water. Exposure to circulating fresh air, such as a breeze if outside or an electric fan if inside, also hasten recovery.

Because OC results, when effective -- and no use of force is effective 100% of the time -- in temporary incapacitation without causing injury, most states place it very low on the "use of force continuum" – the schematic or diagram that ranks uses of force from the lowest ("Officer Presence" and "Verbal Direction") to the highest ("Deadly Force"). Pennsylvania, for example, for years placed OC on the force continuum level it called "Physical Restraint and Control," and OC has, by many law enforcement agencies, been called an "aerosol chemical restraint"

("ACR").  Many agencies have trained their officers to use OC immediately after verbal direction to a suspect (such as "Turn around and put your hands behind your back, you're under arrest") has failed, as the use of OC at that point – before a physical fight begins – has proven to result in less likelihood of injury to either the subject or the officer than any other action the officer can take.

The widespread use of OC for decades, in hundreds of thousands of subject control incidents by police, federal agents, security officers, and private individuals defending themselves, has shown OC to be harmless in virtually all cases.  I say "virtually all cases" because, due to the super-sensitivities of some individuals, virtually any substance or food item, including aspiring, peanuts, or shellfish, can be harmful to that person, producing an allergic reaction.  Medical research has shown that a single exposure (that is, exposure on a single occasion) to the human eye is harmless.  See, "Effects of Oleoresin Capsicum Pepper Spray on Human Corneal Morphology and Sensitivity," M. Vesaluoma et al., Journal of Investigative Ophthalmology and Visual Science," 41(8) 2138-2147, July 2000.

Because OC is organic (although it can also be synthetically produced), non-toxic, and harmless in virtually all cases, tens of thousands of police recruits, officers and other trainees have been sprayed with OC in training, so they will learn its effects and learn how to counteract its effects if they themselves are exposed to it in a confrontation.  I myself have been sprayed with OC in user training classes, and as an OC Instructor and expert I have been sprayed with several brands and types of OC spray, stream, foam and gel.  A few years ago for an OC case in Boston, I was videotaped with my face being sprayed extensively with an especially high-strength brand of OC, then remaining on camera for 25 seconds to show the far-less-than-horrific effects of OC.

As an OC instructor, I have also sprayed dozens of trainees with OC over the past 25-30 years. When allowed to wash their faces off with water (from a garden hose or a bucket of water provided to the trainee), trainees have fully recovered in 15-30 minutes. Some minor burning sensation of the eyes, or of the facial skin of individuals with especially sensitive skin, may continue for several hours or longer, but these effects are minimal in nature, and are usually far less painful than a sunburn.

Recent years have seen the growing use by police of the TASER, a conducted energy device ("CED") that, ideally at least, incapacitates the subject by means of an electrical shock delivered through two metal "probes" (darts) connected by fine wires to a battery in the TASER device. When both probes make good contact with the subject and there is a wide enough spread between the probes that will be affected by the circuit created, the desired result of neuromuscular incapacitation (NMI) is achieved. Good NMI can cause the subject's flexor and extensor muscles to contract simultaneously, causing the subject to fall to the ground in an uncontrolled manner, like a falling tree that has been cut at its base by a logger. Having been certified as a TASER Master Instructor, having been tased several times, and having watched others being tased in training classes, I am personally aware of the effect, which can be dramatically effective. However, the fact that the desired NMI often causes subjects to fall uncontrolled to the ground (an effect that does not occur with OC) has often produced serious "secondary injuries" – that is, injuries from the fall or from striking the ground or other objects – that are inconsistent with the desired harmless effect of the TASER. Be that as it may, the TASER is clearly overtaking OC in popularity as a less-than-lethal force alternative in U.S. law enforcement.

See, "Pepper Spray:  Research Insights on Effects and Effectiveness Have Curbed Its Appeal, National Institute of Justice, NCJ Number 252955, P. Haskins, May 2019.

In New Jersey, the state in which the use of TASER has been most severely restricted by state regulations and Attorney General's policies, TASER has come into use far more slowly than in most of the rest of the United States.  In mid-2017, when the Drummond incident occurred, most New Jersey police departments were not yet using TASER on any regular basis, if at all.  In many law enforcement agencies nationwide today, every patrol officer carries a TASER.  That was not true, especially in New Jersey, in 2017, and it was not the case in the Bridgeton Police Department.

In the present case, Drummond was given numerous warnings by police and chances to comply, including warnings that he would be sprayed with OC, and that it would be painful, if he did not comply.  The warnings given to Drummond by Ptl. Grier included "Stay in your vehicle or I am going to spray you," and, while holding up the OC cannister, "Do you want to feel pain, sir?".  After being sprayed with OC and taken into custody, Drummond was driven to the police station, where he was allowed to wash his face off with water, and was also given a fan – something which is not done in many law enforcement agencies – to reduce the effects of the OC and help Drummond recover more quickly.

Drummond's again asking the police, "What am I under arrest for?" as he was being placed into the back of the police car might not have been an honestly-asked question, but rather a distraction or diversionary technique to allow Drummond to turn toward the police (as the video shows him doing) for the

31

purpose of effecting a physical attack against them.  Police are trained, and also learn from their on-the-job experience, to be aware of, and to guard against, such tactics.  An example of a training program that has been taught to police throughout the country is "Surviving the First Three Seconds," presented by Tpr. Robert Robertson of the North Carolina Highway Patrol.  This program teaches the concept called "cooperative disadvantage," in which a subject appears to be cooperative, or uses questions or other apparently-harmless distractions, to better position himself to attack the police officer.

**Ptl. Grier's Use Of The Larger OC Cannister Instead Of The Smaller Cannister.**  Part way through the incident, Ptl. Grier switched from his belt-sized OC unit to the larger, "crowd control" sized unit he carried in the back of his patrol car.  While this may or may not have been accepted practice in his police department, in terms of use of force I find no difference between the two units as used by the officer.  As confirmed by the manufacturer, the contents (active ingredient) of both the duty-belt unit and the "crowd control" unit are the same.  As an instructor, I have purchased these products in quantity, directly from the manufacturer, and have provided them to security personnel and others for years, so I know this to be true myself.  The contents (active ingredient) is also the same as is found in the "keychain sized" and other personal-defense pepper spray and pepper gel units sold to the general public at Walmart, Target, and numerous other retail outlets nationwide.

While it may look more intimidating, there is nothing wrong with Ptl. Grier having sprayed Drummond by using the larger-sized cannister, rather than the duty belt-sized unit.  The effects of the OC are the same.  When the larger unit is used by police in situations involving multiple subjects, the result is often the same as in

this incident, that is, individual subjects are each sprayed with the OC. Ptl. Grier used approximately 1/4-second (quarter-second) bursts of OC on each of the two applications to Drummond. This is in accordance with proper training in the use of police OC units, and is about as fast as a person can press the actuator and then release pressure on the actuator. In other words, there was no attempt to "hose down" Drummond with OC for a purpose such as punishment or to cause unnecessary pain or discomfort. A quarter-second is, in other words, about the shortest burst of pepper spray that an officer can achieve. When a smaller unit is used, officers and private individuals alike often use longer bursts, ranging from 1/2 second to a full second, in order to get an effective quantity of OC into the subject's face. The orange color that can be seen on Drummond's face is the orange color of this brand of pepper spray (some OC is clear), which helps the officer see if he has effectively delivered OC to the subject's face, rather than missing the target area. The bottom line here is that the delivery of OC spray to Drummond's face was in keeping with proper OC training, and was not excessive in quantity or in target area.

Ptl. Grier's selection of the larger OC cannister was logical and not improper from a standpoint of tactical OC usage. The police were facing two suspects – Drummond and Campbell – and although Campbell was the more cooperative of the two, that could change at any instant. Both men appeared to have been drinking. The situation was taking place outdoors, giving the two suspects the ability to move freely and change positions if they wished. Ptl. Grier was the only officer on the scene who had OC in hand to control the suspects if necessary. Drummond had been non-compliant, abusive, and in fact threatening as discussed above. Under the totality of the circumstances, it made sense that if it became necessary to use OC to control one or both suspects, selection of the larger-size OC

cannister would help to assure that Ptl. Grier would not run out of OC before he succeeded in effectively hitting one or both men with OC, as the situation might require.

From the video, it appears that Ptl. Grier was perhaps 5-7 feet away from Drummond when he sprayed Drummond with OC. The manufacturer's warning that, when possible, the larger-sized OC cannister should be discharged at subjects from a distance of 6 feet or more is to reduce the likelihood of "splashback" of OC on the police officer himself, not because spraying the subject with this unit from a closer distance is likely to produce physical injury to the subject. The manufacturer has advised me that in over 20 years of selling OC products, it has never been advised of any eye injury or other injury to a subject resulting from the proximity at which the OC was deployed.

## Conclusion

Based on the foregoing, my opinions, to a reasonable degree of professional certainty in my fields of expertise, are as follows:

1. Provided that Ptl. John Grier reasonably believed that Drummond was continuing to resist police control when, instead of getting into the police car as he was told to do, Drummond turned back toward the officers and asked again, "What am I under arrest for?", or if Grier believed that these actions by Drummond placed the officers in danger of likely physical resistance or assault by Drummond, Grier's use of OC spray against Drummond on June 18, 2017 was consistent with widely-accepted law enforcement use of force

34

training, with the use of OC spray by police officers throughout the United
States, and with the New Jersey Attorney General's Use of Force Policy.

2. The use of OC by Ptl. Grier on the subject occasion was a use of force such
   as other reasonable police officers on the scene would employ.

3. OC sprayed in one's face, such as the application of OC to Drummond by
   Ptl. Grier, can be painful, can temporarily affect one's airways, and can be
   temporarily incapacitating, but it does not create injury in the vast majority
   of cases, as shown by the widespread use of OC for the past 30-plus years,
   scientific and medical research and studies into the effects of OC, and the
   spraying of police recruits, police officers, security and military personnel,
   and others with OC in training.

4. Ptl. Grier's use of the larger cannister of OC to spray Drummond, rather than
   using the duty belt-sized cannister, did not make the level of Grier's use of
   force against Drummond a more extreme use of force than if the smaller OC
   unit had been used. The active ingredient in the two cannisters is the same,
   and there is no reason an individual subject cannot properly and safely be
   sprayed with OC using the larger cannister. In fact, in crowd control
   situations the larger cannister is often used to spray individual subjects, as
   was done here.

5. Ptl. Grier's application of OC to Drummond in two separate quarter-second
   bursts, the first of which did not appear to have been effective, was a proper
   manner of using OC as commonly trained to police and others, and was not
   excessive in terms of the amount or duration of the spray.

I reserve the right to amend or supplement this report, and the facts and opinions contained herein, in the event additional information comes to my attention.

Very truly yours,

Emanuel Kapelsohn, President

## CURRICULUM VITAE:  EMANUEL KAPELSOHN

**PERSONAL DATA:**          Born:                        Newark, NJ
                           Marital Status:
                           Address:  1636 N. Cedar Crest Blvd. #320, Allentown, PA 18104
                           Telephone:  610-360-7053
                           Email:  peregrine@ptd.net

**ACADEMIC DEGREES:**      Yale University.  B.A.  cum laude.  English Literature (1974)
                            Activity:  Varsity Heavyweight Crew (earned Varsity Letter)

                           Harvard Law School.  Juris Doctor (1977)
                            Activity:  Harvard Prison Legal Assistance Project

**EMPLOYMENT:**

1985 -      President.  The Peregrine Corporation.  Design, evaluation and implementation of training programs for police, security, and other armed personnel and civilians throughout the United States and abroad, including use of force, firearms, defensive tactics, executive protection, and specialized training; instructor and armorer training and certification; consulting with regard to the selection of firearms and other equipment; technical evaluation and consulting regarding design and function of firearms and related products; security surveys and risk assessments; litigation consulting and expert witness services; production of videotape training programs, written training materials, training aids, product literature and warnings; writing articles for publication in law enforcement and firearms periodicals.

2009-10     Adjunct Instructor, Criminal Justice Department, Indiana University, Bloomington, IN.  Taught Senior Seminar, "Police Use of Force" (2009, 2010)

2007 -      Attorney. Lesavoy Butz & Seitz LLC.  Allentown, PA.  Civil litigation, municipal law, general practice, risk management.  2007 to present.

2006-7      Associate.  Lamm Rubenstone Lesavoy Butz & David LLC.  Allentown, PA .  Civil litigation, municipal law, general practice.

1994 -      Associate.  Blank Rome LLP, Allentown, PA.  Civil litigation, including state and federal
2006        court practice.  Bar admissions:  Pennsylvania Supreme Court, Federal District Courts for the Eastern and Middle Districts of Pennsylvania and the Northern District of New York.

1982-5      Firearms Training Consultant (self-employed).  Firearms instruction for police, security and other armed personnel and civilians; consulting and expert witness services; writing articles for publication in firearms periodicals.

1984-5      Director of Security.  Jasna Polana, Princeton, NJ.  Private estate security, executive protection and protection of valuables in transit.  Responsibilities included hiring and training armed security officers, scheduling, design and implementation of operational procedures, supervision, planning of special operations, dealing with vendors of security equipment and services, and interfacing with law enforcement and other public agencies.

1979-83     Operative.  The Spiesman Agency, New York, NY.  Occasional part-time detective work including surveillance, criminal and civil investigations, interviewing of witnesses, process service, and bodyguarding.

Curriculum Vitae:
Emanuel Kapelsohn
Page 2

1977-82        Associate; Senior Associate.  Friedman & Gass, P.C., 99 Park Avenue, New York, NY.
               Commercial litigation, including trial and appellate practice in state and federal courts
               throughout the United States for major domestic corporations.  Bar admissions:  New
               York Supreme Court; Federal District Courts for the Southern and Eastern Districts of
               New York, Western District of Pennsylvania, and District of Utah; U.S. Court of Appeals
               for the 10th Circuit; U.S. Armed Services Board of Contract Appeals, Washington, D.C.

**FIREARMS
TRAINING
QUALIFICATIONS:**   FBI-Certified Firearms Instructor
                    Instructor, Burlington County (NJ) Police Academy (1986-1995)
                    Instructor, Allentown (PA) Police Academy (1999-2007)
                    Technical Editor, <u>The Police Marksman</u> Magazine (1987-1990)
                    Contributing Editor, <u>Special Weapons and Tactics</u> Magazine (1983-1986)
                    Editor, <u>The Firearms Instructor</u> (1994-1995)
                    Editorial Committee, <u>The Firearms Instructor</u> (1988-94, 1996-97, 2001- 2002)

                    International Association of Law Enforcement Firearms Instructors (IALEFI)
                    Active Member (1984-  );  Member, Board of Directors (1987-   );  Third Vice
                    President (1991- 2011 ); Second Vice President (2012-2015); First Vice-
                    President (2015-   )Chairman, Firearms Training Criteria Committee (1995-
                    2016 ); Chairman, Corporate Sponsorship Committee (1987-1990); Chairman,
                    Instructor Certification Committee (1988-1990); Chairman, Safety Committee
                    (1995- 2003);  Member, Safety   Committee (2003-   ); Member, Legal
                    Committee (1987-1999); Chairman, Legal Committee (1999-  ); Chairman,
                    Editorial Committee (1994-1995); Member, Editorial Committee (1988-1994,
                    1996-1997; 2001-2003); Chairman, Firearms Training Standards Subcommittee
                    (1992-95); Member, Instructor Criteria Committee (1996-   ); Member, By-
                    Laws Committee (1999-2002; 2016-   ); Member, Ethics Committee (2016-  ).
                    Principal Author or Associate Editor of several IALEFI publications – see
                    below.  Originator, IALEFI Handgun Safety Check.  Designer, IALEFI Q target
                    series. Member, Instructor Certification Committee (2010 - 2011.  Chairman,
                    Instructor Criteria Committee (2020 -      ).

                    Member, National Advisory Board, Police Marksman Association (1986-2006)
                    Special Police Officer, Lawrence Twp. Police Department (1986)
                    Reserve Deputy Sheriff, Cleveland County Sheriff's Office (1988-1991)
                    Reserve Lieutenant, Albee-Maple Grove Police Department (1989-1990)
                    Special Deputy Sheriff, Salt Lake County Sheriff's Office (1992-2006)
                    Special Deputy Sheriff, Berks County (PA) Sheriff's Department (1997-    )
                    Reserve Deputy Sheriff, Greene County (IN) Sheriff's Reserve (June 2008-2012)
                    Staff Instructor in Pistol, Shotgun, and Rifle at the American Pistol Institute
                      (Col. Jeff Cooper, Director)  (1980-1982)
                    Senior Affiliate Instructor, Defense Training International (John S. Farnam,
                      President); DTI Instructor Update (2020)
                    Instructor, Executive Security International (Aspen, Colorado 1986-1988)
                    NJ Police Training Commission-Certified Firearms Instructor
                    Pennsylvania Municipal Police Officers Education & Training Commission -
                      Certified Instructor (MPI # 1360, General Instruction, Special Instruction -

Curriculum Vitae:
Emanuel Kapelsohn
Page 3

Firearms, Application of Force)
NRA-Certified Police Firearms Instructor
NRA-Certified Security Firearms Instructor
NRA-Certified Law Enforcement Rifle Instructor
NRA-Certified Practical Firearms Instructor (Personal Protection)
NRA-Certified Pistol Instructor
NRA- Certified Rifle Instructor
NRA-Certified Shotgun Instructor
NRA-Certified Law Enforcement Submachine Gun Instructor
NRA-Certified Home Firearms Responsibility Instructor
NRA-Certified Police Tactical Firearms Instructor
NRA-Certified Chief Range Safety Officer
NRA-Certified Police Precision Rifle Instructor
H&K-Certified MP-5 User
H&K-Certified MP-5 Instructor
SIG Pistol Armorer
Glock Pistol Armorer
Glock Pistol Armorer Trainer
Mossberg Shotgun Armorer
Mossberg Shotgun Armorer Trainer.  Developed and presented armorer training
    programs for O.F. Mossberg & Sons, Inc. for Models 500, 590 and 590DA
    shotguns, including consulting on revisions of Armorer's Manual and
    development of related training materials including student handouts, written
    and practical examinations, visual aids, etc.  Trained other Armorer-Instructors
    for Mossberg.
Colt Rifle and Submachine Gun Armorer
NLETC-Certified Lindell Handgun Retention Systems Intermediate Trainer
Glock Authorized Transitional Training Consultant.  Designed and taught
    armorers and firearms instructor courses on a contract basis for Glock, Inc.
    from approximately 1987 through 1993, including development of instructor
    notebook and related materials, student handouts, written tests, qualification
    standards, visual aids, etc.  (See below for specific course dates and locations.)
Justice System Training Assoc.-Certified Psycho-Motor Skill Design Instructor
Certified Police Defensive Tactics Instructor
Firearms Instructor and Safety Officer, U.S. Treasury Department Pistol
    Club, New York, NY (1980-83)
"A" Class IPSC Pistol Competitor
Executive Protection Specialist License (State of Colorado)
Certified Agent, Pennsylvania Lethal Weapons Act (Act 235)
Certified ASP Baton Instructor
OCAT-Certified Pepper-Spray Instructor
Certified FATS Instructor Trainer
NTOA - Certified Less Lethal Impact Munitions Instructor
Taser Master Instructor
Light Rifle Expert (NRA Rating)
Smallbore Rifle Expert (NRA Rating)
General Rifle Expert (API Rating)
Pistol Expert (NRA and API Ratings)
Revolver Expert (NRA Rating)

Curriculum Vitae:
Emanuel Kapelsohn
Page 4

Handgun Distinguished Expert (NRA Rating)
Shotgun Expert (NRA and API Ratings)
Submachine Gun Expert (NRA Rating)
Federal Firearms Licensee and Class III Licensee
Designer and copyright holder, IALEFI-Q, IALEFI-QP, IALEFI-QR and
derivative targets (millions used by numerous law enforcement agencies, and
academies nationwide; used worldwide by U.S. Marine Corps Security Detail –
U.S. Embassy security; Wyoming Law Enforcement Academy target; Wisconsin
DOJ training target; Commonwealth of Massachusetts Training Target, et al.)

Testified regarding firearms before the United States Senate Judiciary
  Committee (Subcommittee on the Constitution), United States House of
  Representatives Judiciary Committee (Subcommittee on Crime), New York
  City Council, New Jersey Assembly Committee on Law and Public Safety,
  Massachusetts General Assembly Committee on Law and Public Safety, and
  Florida  Legislature Committee on Law and Public Safety, California DOJ

Selected by Citizen Ambassador Program as Delegation Leader for American
  Law Enforcement Firearms Instructors Exchange Program to China, planned
  for Spring 1988 (trip did not occur).

Consultant to Sturm, Ruger & Co. regarding law enforcement firearms and
  development of law enforcement firearms training programs.  Presented several
  demonstrations and familiarization courses with Ruger service pistols at police
  academies and agencies in Canada, including RCMP Academy, Regina, Canada

Consultant to Springfield Armory regarding development of self-defense
  handguns for the civilian consumers.

Boy Scouts of America, Merit Badge Counselor for Rifle and Shotgun
New York State IPSC Championships (1979):  5th place overall
Second Chance Competition (Central Lake, Michigan 1983):  Shot pump-action
  shotgun on 3-man  team that place high nationally, winning rifles.
National Tactical Invitational, Harrisburg, PA (1992):  7th place overall
National Tactical Invitational, Harrisburg, PA (1993):  4th place overall
IALEFI Stephen House Memorial Match, Reno, NV (1993):  6th place overall
IALEFI Stephen House Memorial Match, Amarillo, TX (1994):  11th place o/a

As a firearms instructor and/or consultant in training and use of force, or as a
  sworn, armed reserve deputy sheriff or special deputy, have spent many
  hundreds of hours accompanying police and security officers and/or engaging
  in patrol and enforcement activities throughout the United States and several
  foreign countries, in activities including routine patrol, traffic enforcement,
  armored transport, security of facilities and protection of persons and valuables,
  vehicular and foot pursuits, K-9 searches, response to crimes in progress, raids
  and warrant service, arrests, response to shootings and other violent events,
  arrests at gunpoint, searches of vehicles and persons, response to threatened
  suicides, alarm response, prisoner transports, road blocks and checkpoints,
  domestic disturbances, barricaded gunman, mentally ill or emotionally disturbed

Curriculum Vitae:
Emanuel Kapelsohn
Page 5

persons, response to vehicle accidents, traffic control, policing public events.

Qualified as expert witness by state courts in Connecticut, New York, New Jersey, Pennsylvania, Maryland, Delaware, Tennessee, Georgia, Florida, Louisiana, Arizona, Wisconsin, Minnesota, Michigan, Ohio, Illinois, Iowa and California, and federal courts in Connecticut, California, New York, New Jersey, Pennsylvania, Tennessee, Florida, Louisiana, Maryland, Illinois, Arkansas and Oregon; consulted and testified on subjects including firearms, firearms training, safety, use, functioning, operability, maintenance and design; inspection and testing of firearms; holster design and weapon retention; firearms accidents; involuntary muscular contraction and unintentional discharge of firearms; physiological and perceptual/psychological effects of gunfight stress ("adrenalin dump," "fight or flight syndrome" or "body alarm reaction") including tunnel vision, auditory exclusion, time distortion, tachypsychia, schema; distinguishing toy guns, airguns and other objects from firearms; firearms-related tactics and police procedures; covering of suspects at gunpoint; defensive tactics; use of force in correctional facilities; training psychomotor skills; gunfight statistics and conditions; written training and use materials, including warnings and user's manuals; ammunition and ballistics, including bullet trajectories, trajectories through glass; ricochets, bullet penetration and expansion, gunshot wound ballistics, ability of individuals to continue physical activity after being shot; behavior of projectiles upon striking steel and other surfaces, cartridge pressures, cartridge case ejection patterns, muzzle flash, and gunshot noise; reaction time and action vs. reaction; time for suspect to turn his body compared to time required for officer to fire shot ("suspects shot in back"); threat level assessment and justification for use of deadly and non-deadly force; furtive movements, police pursuits and use of force during police pursuits; tactics; arrest procedures; firearms history and development; firearms recoil; firearms toolmarks; non-powder guns; vision, threat assessment and shooting under reduced light conditions; performance of human eye when aiming and firing firearms; concealability of firearms; firing range design, safety and maintenance; paintball and other non-powder guns; ammunition reloading and inspection; home storage of firearms; so-called "Saturday Night Specials," knife threats; use of "OC" (pepper spray); Taser; speed of firing shots; "21 Foot Rule" and time to cover distances; action vs. reaction, reconstruction of shooting scenes; muzzle to target proximity; powder stippling and other close-range ballistic effects; video evidence, improvised impact weapons, etc.

Clients and parties on behalf of whom cases have been undertaken have included the U.S. Department of Justice, Department of Energy, and Drug Enforcement Administration; Judge Advocate General Corps; Attorney General's Offices of Pennsylvania, Wyoming, South Dakota, and Louisiana; Atlantic County (NJ) Prosecutor's Office;  Monroe County (PA) District Attorney's Office; Cumberland County (PA) and Centre County (PA) District Attorney's Offices; Kenosha County (WI) District Attorney's Office; State of Georgia (Atlanta Judicial District);  Cities of Pittsburgh (PA), Newark (NJ), Bridgeport (CT), Egg Harbor City (NJ); Town of East Haven (CT); Chicago; New York; San Diego (City and County); Jacksonville; Nashville; Milwaukee; Public Defender's

Curriculum Vitae:
Emanuel Kapelsohn
Page 6

Offices of Monroe County, Clarion County and Lycoming County (PA); State's
Attorney's Office in Devil's Lake (ND); State of Delaware Public Defender's
Office; Delaware Department of Justice; Bianchi International; Safariland, Inc.;
Glock, Inc., O. F. Mossberg & Sons, Para-Ordnance Mfg, Inc., SigArms, Inc.;
Remington Arms; private attorneys representing defendants in criminal and
administrative proceedings, and private attorneys representing plaintiffs and
defendants in civil cases.

Advisory Board Member, Firearm Injury Research Project (national research
  project conducted through FICAP at University of Pennsylvania) 2001-2005
Member, Firearms Section (formerly Firearms Committee), American
  Society of Law Enforcement Trainers (2000-2003)
Consultant to Pennsylvania Municipal Police Officers Education and
  Training Commission (pro bono) on development of new firearms and
  use of force curriculum for use at police academies throughout the state;
  revision of firearms and use of force curriculum in 2015 after 14 years of
  statewide use; development of use of force mandatory in-service training
  program (2015), including pilot program and instructor-training program.
Consultant to Allentown Jewish Community Center on security issues
  (pro bono, 1998-2000)
Consultant to The Swain School, Allentown, PA, on school security issues
  (pro bono, 1999-2003)
Consultant to Faith Church, Trexlertown, PA on security issues (pro bono, 2017-)
Para-Ordnance Armorer-Trainer and Instructor-Trainer.  Under contract with
  Para-Ordnance Mfg. Co., developed and presented armorer and instructor
  training programs.
Kimber Pistol Armorer-Trainer and Instructor-Trainer.  Under contract with the
  City of Tacoma, and as authorized by Kimber Mfg. Co., developed and
  presented law enforcement armorer and instructor training programs, including
  writing armorer notebook, instructor notebook, and related materials.
Hunter since age 10:  varmints and small game (New Jersey, Pennsylvania,
  Indiana); deer (New York, New Hampshire, Pennsylvania, Alabama, Louisiana,
  Indiana); pheasant and partridge (Pennsylvania, New Jersey); ducks Louisiana);
  dove (Pennsylvania); woodcock (Connecticut); wild boar (NH, TX, OH).
Handloader and reloader of ammunition, including bullet casting (1978 -    )
Oregon Department of Public Safety Standards & Training – Certified Firearms
  Instructor (2002)
Commonwealth of Pennsylvania, Municipal Police Officers Education &
  Training Commission, subject matter expert - member of standing Firearms
  Committee developing guidelines, policy and standards on firearms issues;
  member of committee developing state-wide standards for police patrol rifle
  (2003 -    )
Good Shepherd Hospital Charity Sporting Clays Tournament (2002, 2004, 2005)
Consultant to City of Easton regarding Easton Police Department firearms
  training, policies and procedures, and Easton SWAT Team (2005).
Certified Benelli Shotgun Armorer (2006)
Chairman, Firearms Committee, Berks County Sheriff's Department.  Chaired
  departmental committee hearings, making determinations with regard to
  intentional and accidental shootings.

Curriculum Vitae:
Emanuel Kapelsohn
Page 7

Consultant to Lehigh County Municipal Emergency Response Team ("MERT") regarding use of force policies (2006-2007).

Consultant to California U. of Pennsylvania re. firearms and use of force policy

U.S. Department of Justice:  included on list of attorneys selected to provide emergency interim legal representation of federal agents involved in shootings (2000-    ).

Invited by Chinese government to travel to China to teach police firearms instructors (2010; declined invitation)

"Governor's Award," Indiana Police Firearms Training Association (2010)

Recipient, 2012 IALEFI "Charlie Smith Award" ("In recognition of your tireless efforts and unwavering loyalty to the goals, ideals, and members of our organization.")

Appointed to Advisory Board, Armed Citizens Legal Defense Network (2012)

Consultant to PA MPOETC in revision of police academy curriculum (2014-15), and development of Mandatory In-Service "Use of Force" program taught to 25,000 police officers statewide, including teaching of pilot program and conducting instructor-training program.

FASTER-certified Intervention Specialist (Chris Cerino and Andrew Blubaugh, Instructors, Rittman, Ohio 2018)

Rangemaster-certified Firearms Instructor (Tom Givens, Instructor, Xenia, Ohio 2018)

Advanced Force Science Specialist, Force Science Institute (2018) (see below)

UTM Professional Training Organization ("PTO") certification

Realistic De-Escalation Instructor, Force Science Institute (2021) (see below)

**TRAINING COURSES ATTENDED:**

API Basic Pistol Course (1979):  Expert rating; finished second in class

API Special Pistol Course (1980):  Expert rating; finished first in class

API Defensive Shotgun Course (1981):  Expert rating; finished second in class.

API Rifle Course (1983):  Expert rating; finished third in class.

American Small Arms Academy, Submachine gun tutorial, Chuck Taylor (1981)

Police Marksman Association Police Officer Advanced Street Survival Seminar (Instructors Massad Ayoob, Ray Chapman, Jim Morell, et al., 1983):  Certif.

Defense Training International, Defensive Handgun/Defensive Submachine Gun (1983): Certificate

Red Cross First Aid Course (1984):  Certificate

Red Cross CPR Course (1984):  Certificate

Red Cross CPR Course (1991):  Certificate

New Jersey Hunter Safety Courses (1966, 1967, 1968):  Certificates

NRA Security Firearms Instructor School (FBI Academy, Quantico, VA 1984): Pistol Expert, Revolver Expert, and Shotgun Expert:  Certificates

Law Enforcement Training - Survival 3 Seminar (1984):  Certificate

International Police Academy - Morell-Trained Instructors Seminar (Instructors Jim Morell and John Desmedt, 1984):  Certificates of Training in Principles of Control and in Advanced Instructor Training

BSR Counter-Terrorist Driving School (Summit Point Raceway, West Virginia, 1984):  Certificate

Curriculum Vitae:
Emanuel Kapelsohn
Page 8

International Police Academy - Defensive Tactics Instructor Level 1
  (Sampson Technical College, Clinton, NC 1984):  Certificate
FBI Firearms Instructors Course (Burlington County Police Academy, 1985):
  Certificate
International Police Academy - Master Instructors Seminar (Instructors Morell,
  Desmedt, et al., 1985):  Certificate and Guest Instructor Award
  1984 National Training Conference, International Association of Law
  Enforcement Firearms Instructors (Nashville, TN):  Certificate
91st Annual Conference, International Association of Chiefs of Police
  (Salt Lake City, UT 1984)
LAPD Ordnance Exposition (Los Angeles 1984):  Seminars on Handgun
  Survival; Firearms Evidence; Officer-Involved Shooting Incidents: Certificates
ESI Advanced Executive Protection Program (Aspen, CO 1985):  Certificate
  and State of Colorado Executive Protection Specialist License
1985 National Training Conference, International Association of Law
  Enforcement Firearms Instructors (Philadelphia, Police Academy):  Certificate.
  Presented instructor-level class on close-range shooting techniques
U.S. Marshal Service Automatic Weapons and Officer Survival Course
  (North Carolina 1985):  Certificate
Tactical Response Association Ordnance Exposition (Las Vegas, 1986):
  Attended seminars on Rapelling SAS Method, Shooting Simulation Response
  Course, Satanic Cults and Crimes, Terrorism Perspective 1986, and
  International Terrorism Symposium:  Certificates
NRA Law Enforcement Rifle Instructor School (U.S. Marine Base, Quantico,
  VA 1986):  Scored 99.33% on firing test:  Certificate
1986 National Training Conference, International Association of Law
  Enforcement Firearms Instructors (Orlando, FL):  Certificate.  Presented
  instructor-level classes on Dim-Light Handgun Shooting; Police Shotgun
International Police Academy - Straight Baton Class (Instructor Jim Morell,
  Allentown, PA  1986):  Certificate
Department of Defense Tactical Team Training Seminar (ARDEC, 1986):
  Certificate
Calibre Press Street Survival Seminar (Atlantic City, NJ 1986):  Certificate
Tactical Response Association World Conference on Terrorism (Washington,
  D.C. 1987):  Attended seminars on GSG 9 Tactics, Hostage Negotiation, and
  Making of SWAT Teams:  Certificate
Glock Armorer's Course (Beltsville, MD 1987):  Certificate
Ordnance Expo '87 (Chicago, IL):  Attended seminars on Vicarious Liability
  for Law Enforcement/Psychological Screening of Officers; Indoor and Outdoor
  Range Design; Tactical Load-Bearing Vests for Special Operations; and
  Revolvers vs Semi-automatic Pistols
NLETC Lindell Handgun Retention System Course (1987):  Intermediate
  Trainer Certification
1987 National Training Conference, International Association of Law
  Enforcement Firearms Instructors (Mesa, AZ):  Certificate.  Presented
  instructor-level classes on tactical use of cover.
NRA Law Enforcement Semi-Automatic Pistol Seminar (U.S. Marine Base,
  Quantico, VA 1987).  Attended and served as Chief Instructor for this course.

Curriculum Vitae:
Emanuel Kapelsohn
Page 9

NRA National Instructors Conference (Orlando, FL 1988):  Attended sessions
  on NRA Personal Protection Course and on Modern Rifle Training Techniques
Tactical Operations Seminar (Law Enforcement Defensive Systems.  New Jersey
  1988.  Instructor Robert J. O'Brien):  Certificate
AAI Corporation Law Enforcement Chemical Munitions Training Program
  (New Jersey 1988):  Certificate
Factory Tours and Visits:  Colt Firearms (Hartford, CT); Smith & Wesson
  (Springfield, MA); Mossberg (North Haven, CT); U.S. Repeating Arms
  Co. (New Haven, CT); Sturm Ruger & Co. (New Hampshire and
  Prescott, AZ); Winchester (East Alton, IL); Swartklip Munitions
  (South Africa); Glock Gesmbh. (Austria); AV Technologies (Michigan);
  Second Chance Body Armor (Michigan); Para-Ordnance (Toronto); Keystone
  Sporting Arms (Milton, PA); Kimber Mfg. Co. (New York);
  Mossberg/Maverick Arms (Eagle Pass, TX); Glock, Inc.  (Smyrna, GA 1989,
  2014 and subsequent); Gould & Goodrich Holsters (Lillington, NC) 2017.
SHOT Shows and NRA Annual Shows: attended various years 1984-2016 et seq.
Museums visited (arms and armor collections) include Winchester Gun Museum
  (New Haven, CT), Museum of the Confederacy (Richmond, VA), Arms and
  Armor Museum (Kutztown, PA), Metropolitan Museum Arms and Armor
  Collection (New York, NY), National Firearms Museum (Fairfax, VA), U.S.
  Marine Corps Museum (Quantico, VA 1987), West Point Museum (West Point,
  NY),   Pennsylvania State Police Weapons Collection (Hershey, PA), U.S.
  Army Ordnance Museum (Aberdeen Proving Grounds, MD), Texas Rangers
  Museum (San Antonio, TX), and private tour of Division Balistique,
  Laboratoire de Police Scientifique at Police Headquarters, Paris, France
  (ballistics laboratory and weapons collection); National Museum of the Marine
  Corps (Quantico, VA 2008).
Visit to G.I.G.N. Headquarters to observe firearms training and facilities
  (French Gendarmerie Counter-terrorist and Hostage Rescue Team), Versailles,
  France (2008)
SIGARMS Law Enforcement Firearms Familiarization Course (October 1988):
  Certificate
1988 National Training Conference, International Association of Law
  Enforcement Firearms Instructors (St. Augustine, Florida):  Certificate.
  Presented instructor-level class on dim-light assault rifle and shotgun
  techniques; moderated panel discussion on semi-auto pistol transition training.
Second International Training Seminar, American Society of Law Enforcement
  Trainers (Kansas City, Missouri 1989):  Certificate.  Presented instructor-level
  classes on draw and close-range handgun techniques; attended classes on
  training female officers, straight baton techniques, maximization of revolver
  skills, and teaching psychomotor skills
Wound Ballistics Seminar (Instructors Dr. Martin L. Fackler, M.D., et al.)
  Phoenix, Arizona 1989):  Certificate
1989 National Training Conference, International Association of Law
  Enforcement Firearms Instructors (Salt Lake City, Utah):  Certificate.
  Presented instructor-level class on dim-light assault rifle/shotgun techniques
NRA Law Enforcement Submachine Gun Instructor Development School
  (Burlington County NJ Police Academy 1989):  Certificate
H&K MP-5 Submachine Gun Course (Sterling, VA 1989):  Certificate

Curriculum Vitae:
Emanuel Kapelsohn
Page 10

H&K MP-5 Instructor Course (Sterling, VA 1989):  Certificate

SIG Pistol Armorer's School (Richmond, VA 1990):  Certificate

1990 Annual Training Conference, International Association of Law
  Enforcement Firearms Instructors (Washington, D.C.):  Certificate.  Attended
  courses on range control, use of cover, and shotgun.  Presented instructor-level
  classes on concealed carry handgun, auto-pistol transitional training, and dim-
  light handgun and shotgun; participated in panel discussion of police handgun
  caliber selection and effectiveness

IALEFI Regional Training Conference (Dutchess County, NY 1991):  Presented
  classes on cover mode and involuntary discharge; advanced shotgun
  techniques.  Attended classes on use of lethal force (Lt. James Garside) and
  advanced auto-pistol techniques (S&W Academy Staff)

1991 Annual Training Conference, Internat'l Association of Law Enforcement
  Firearms Instructors (Mesa, AZ):  Certificate.  Attended courses on concealed
  carry, range training vs. real world, utilization of steel targets, Berkeley
  shooting incident, wound ballistics (Fackler), perception vs. reality in use of
  lethal force (Garside), and handgun inspection.  Courses taught:  see below

Police Long Rifle Certification Course, International Association of Chiefs
  of Police (Ft. Dix, NJ 1991)

American Society of Law Enforcement Trainers Fifth International Training
  Seminar (Milwaukee 1992):  Certificate.  Attended courses on wound
  ballistics (Marshall), dealing with the hostile learner, principles of adult
  learning.  Courses taught:  see below

IALEFI Regional Training Conference (Dutchess County, NY 1992):  Attended
  classes on bullet performance (Ayoob), semi-automatic police shotgun (Felter),
  and tactical handgun (Hackathorn):  Certificate.  Courses taught:  see below

IALEFI Regional Training Conference (Long Island, NY 1992):  Attended
  class on counter-sniper rifle:  Certificate.  Courses taught:  see below

Ken Hackathorn Tactical Firearms Course (Pottsville, PA 1992) for handgun,
  shotgun, and submachine gun:  Certificate

1992 IALEFI Annual Training Conference (Tampa, FL):  Certificate.  Attended
  courses on tactical handgun (Halleck/Odle); Close Quarters Firearms Control
  Tactics (Klugiewicz); Reaction vs. Precision Shooting (Rogers); Tactical
  Planning Principles/Cover Utilization (Casavant).  Courses taught:  see below

Police Counter-Sniper Rifle Course, Instructor Group, U.S. Army Marksmanship
  Training Unit (Ft. Benning, GA 1992):  Certificate

Real Life Personal Security Program (Dale Yeager, Instr.  Pottstown, PA 1993)

1993 IALEFI Annual Training Conference (Reno, NV):  Certificate.  Attended
  courses on Tactical Handgun (Campbell), Planning for Critical Incidents
  (Cassavant), Gunfight Dynamics (Repass, et al.).  Courses taught:  see below

IALEFI Regional Training Conference (Nassau County, NY 1993):  Certificate.
  Attended classes on use of force continuum and perception (Garside);
  realistic knife defense.  Courses taught:  see below.

Aerosol Chemical Restraint User Class (Wernersville Police Department, 1993):
  Certificate

1994 IALEFI Annual Training Conference, Orlando, FL:  Certificate.  Attended
  courses on Dynamic Teaching Techniques (R. Lindsey); Defensive Tactics
  for Women (Sgt. Pam Miller).  Coordinated safety for all training events.
  Courses taught:  see below

Curriculum Vitae:
Emanuel Kapelsohn
Page 11

Search & Rescue Tracking, Ashmore Enterprises (CT (1994):  Certificate
Management of Workplace Violence, ASIS, Reading, PA (1994).

CPR and Emergency Cardiac Care Provider course, American Heart
  Association, and Oxygen Therapy Emergency Response Training, SOS
  Technologies (OTI authorized) (1995, recert. 1996, 1999)

Colt Armorer Course (Ct. 1995):  Certificate

LFI-1:  Judicious Use of Deadly Force (Lethal Force Institute, Massad
  Ayoob, Instr. 1995):  Certificate

1995 IALEFI ATC, Amarillo, TX:  Certificate.  Attended course on Law
  Enforcement Officers Flying Armed (FAA approved course:  Certificate)

OCAT Oleoresin Capsicum Aerosol Instructor Training, Harrisburg Area
  Community College (1996):  Certificate

Concealed Carry Handgun Course, Arizona Law Enforcement Firearms Instr.
  Annual Training Conference, Mesa, AZ (1996):  Mark Fricke, Instructor

NRA Law Enforcement Tactical Firearms Instructor School, U.S. Marine Base,
  Quantico, VA (1996):  Certificate

Urban Rifle Course, Thunder Ranch, TX (Clint Smith, Instr. 1996):  Certificate

1996 IALEFI ATC, Mesa, AZ:  Certificate.  Attended courses on Weapon
  Defense (Klugiewicz); Officer Survival (FBI).  Coordinated safety for all
  events.  Courses taught:  see below

Defensive Tactics/Personal Weapons Course, Paradigm Training (1997):
  Certificate

FATS Instructor-Trainer Certification Course (MPOETC, Harrisburg, PA
  1997):  Certificate

1997 IALEFI ATC, Columbia, Missouri:  Certificate.  Attended courses on
  Protective Detail Training (Wilt); Sharpening the Warrior's Edge
  (Bruce Siddle); Use of the Handgun In A Hostile Environment
  (Spaulding); and The Bulletproof Mind (Lt. Col. Dave Grossman).
  Coordinated safety for all events.  Courses taught:  see below

NTOA Tactical Technologies Expo (Philadelphia, 1998):  Attended courses
  on Domestic Terrorism, Less Lethal Projectiles, and U.S. Military's
  Warfighting Laboratory Project.  Certificate

Security for Overseas Travel.  Vance International, Reading, PA, 1998

NTOA Less Lethal Impact Munitions Instructor Course, Bucks County
  Police Academy (1998):  Certificate

Oleoresin Capsicum Aerosol User's Course, Paradigm Consulting Corp.
  (1998):  Certificate

Monadnock Expandable/Straight Baton Advanced Course (Tim Lynch,
  Instr.) 1998:  Certificate

1998 IALEFI ATC, West Palm Beach, FL:  Certificate.  Attended courses on
  Training Injuries and Deaths (Kat Kelly/Robert Bragg); Confined Space
  Weapons Engagement (Slowik); The Bulletproof Mind (Lt. Col. D. Grossman)

Taser Master Instructor Course (Instructor Rick Smith. VA, 1999):  Certificate

IALEFI RTC, Philadelphia Police Academy, PA (1999):  Certificate.  Attended
  courses on Patrol Rifle Course Design; Practical Shotgun Skills; and Dim Light
  Training Techniques

Pennsylvania Hunter Safety Course (1999):  Certificate

1999 IALEFI ATC, Phoenix, AZ:  Certificate.  Attended courses on Innovative
  Training on a Limited Budget; Mental Preparation for Armed Confrontations

Curriculum Vitae:
Emanuel Kapelsohn
Page 12

(Croty); Edged Weapons (Lynn Thompson); Instructor Development (Wilt);
and Recreation of Officer-Involved Shootings (Westrick)

2000 ASLET International Training Seminar, Richmond, VA:  Certificate.
Attended courses on Patrol Rifle Training Programs; Building Search (contin.)
Tactics; Use of Deadly Force; Maximizing Time & Budget in Firearms
Training; Post-Shooting Procedures (Grassi); Backup & Contact/Cover
Principles; Firearm Retention & Disarming (Demetriou); Advanced
Firearms Instructor Training (FBI Training Cadre); Training Female
Shooters; Protocol for Major Use of Force Investigations (Michael
Stone, Esq.); Point Shooting (Lovette).  Trained on use of force
simulators (FATS, Caswell AIS, American Laser Technologies)

IALEFI RTC, Philadelphia Police Academy (2000):  attended courses on
Response to Active Shooters in Schools (L. Glick); Dim-Light Shotgun
Skills (Boyle).  Courses taught:  see below

Gunshot Wounds Seminar, Reading, PA 2000.  J. Holliman, M.D., Instructor

2000 IALEFI ATC, Tampa, FL:  Certificate.  Attended courses on Urban
Rifle (Farnam), Ultimate Shotgun (Hoffner), Point Shooting (Chiodo and
Lovette), and Bulletproof Mind (Grossman).  Coordinated safety for all
events.  Courses taught:  see below.

Patrol Response to Active Shooters in Schools and Public Buildings, NTOA
(Exeter Twp. Police Dept., PA, April 2001, L. Glick, Instructor): Certificate.

NRA Police Precision Rifle Instructor Development School.  The Crucible,
Fredericksburg, VA (2001):  certificate of successful completion

2001 IALEFI ATC, Reno, NV:  Certificate.  Attended courses on Gender-Based
Learning Differences (V. Farnam), Simulation Training and Munitions
(Klugiewicz).  Assistant Safety Coordinator for all events.  Courses taught:  see
below.

Glock Armorer Course (Recertification):  Wind Gap, PA (2002):  Certificate

GAU/17 7.62mm NATO ("GE Mini-Gun") Training, Patrick Air Force Base,
Melbourne, Florida (2002)

GAU/17 7.62 mm NATO Training, Crane Naval Surface Warfare Center,
(Crane Air Force Base) Indiana (2002)

2002 IALEFI ATC, San Diego, CA:  Certificate.  Attended course on Dim-Light
Survival Techniques (Ken Good, Instructor).  Chief safety coordinator for all
events.  Course taught:  see below.

2003 IALEFI ATC, Orlando,FL:  Certificate.  Attended courses on Advanced
Tactical Rifle Techniques, Shoothouse Instructor Development, Rapid
Response to Active Shooters, Vehicle Stop Response Tactics, Stress Analysis
Shooting Situations, Mental Conditioning and Mindset (Capt. Joe Robinson),
and Blackhawk Down Lecture (Col. Danny McKnight).  Attended trade show
and hands-on weapons demonstrations.

Price's American Kenpo Karate Center.  Leesport, PA.  Student in Kenpo Karate
(2003-2004)

Threat Analysis Seminar, Reading, PA (2003):  Certificate.  Instructor Richard L.
Ault, Ph.D., Academy Group, Inc., former SA, FBI Behavioral Science Unit

Warrior Arts Seminar (Stick and Knife Fighting).  Al McLuckie, Instructor.
Leesport, PA (2004).

ATF Dim Light Firearms Training.  Los Angeles Police Academy. (2004)

Taser Master Instructor Recertif. Course.  Fogelsville, PA (2004).  Certificate

Curriculum Vitae:
Emanuel Kapelsohn
Page 13

2004 IALEFI ATC, Dayton, Ohio.  Certificate.  Attended classes on Performance
  Under Stress (Ernest Langdon), Use of Laser Sighting Devices (Hackathorn),
  Pistol Skills (D. Carroll), and presentation on training principles (CSM Eric
  Haney).  Assisted with Handgun Safety Check.  Course taught:  see below.
Berks County Sheriff's Department, semi-annual training and qualification
  sessions with handgun, shotgun and/or patrol rifle (1997-2004)
Disaster Planning:  Meridian Bank Fire.  ASIS Lehigh Valley Chapter.  (2005)
SHOT Show (Las Vegas, 2005).  Attended industry trade show.
2005 IALEFI ATC, Reno, Nevada.  Certificate.  Attended classes on Officer
  Involved Shooting (Marcus Young);  Research on Firearms Ejection Patterns,
  Reaction Time, Perceptual Distortions Under Stress, and Other Physio-
  Psychological Gunfight Reactions (Dr. Wm. Lewinsky);  The Winning Mind
  (Brian Willis);  Innovative Low-Light Training;  Finishing the Fight (Jeff Hall);
  Use of Force Options & Policy (Jon Blum); Close-Range Point Shooting (Matt
  Tempkin);  Application of Marksmanship;  Training at the Speed of Life
  (Ken Murray).  Course taught:  see below.
Repetitive Strain Injuries (Somerset, NJ  2005)
Use of Force in Pennsylvania (Philadelphia 2006).  6 CLE credit hrs.  Certificate
SHOT Show (Las Vegas, 2006).  Attended industry trade show.
2006 IALEFI ATC, West Palm Beach, FL.  Certificate.  Attended classes on
  Patrol Rifle, Survival Vision; Handgun Light Instructor, Cops on the 4th
  Generation Warfare Battleground (DuVernay); Concealed Carry;  Managing
  Use of Force Training (Albert Lee);  Mindsighting (Dr. Michael Asken).
Benelli Shotgun Armorer's Course (West Paterson (NJ) Police Department 2006)
BATF Training Classes, "Characteristics of Armed Suspects," "Firearms
  Identification," and "ATF Firearms Trace Program."  Alvernia College (2007)
SHOT Show (Orlando, FL 2007).  Attended industry trade show.
Mastering the Defensive Folding Knife.  Northeastern Tactical Schools.  Michael
  de Bethencourt, Instructor.  (Hellertown, PA 2007)  Certificate.
Firearm Retention, Disarming and Recovery.  Northeastern Tactical Schools.
  Michael de Bethencourt, Instructor.  (Hellertown, PA 2007)  Certificate.
CDT Personal Protection Training.  (Reading, PA 2007)  Level 1 Certificate.
2007 IALEFI ATC, San Antonio, TX.  Certificate.  Attended classes on Tactical
  Anatomy (James Williams, MD), Patrol Rifle (D. Alwes), Close Quarters
  Handgun Techniques (H. Iverson), Hojutsu-Ryu (J. Hall), Handgun Light
  Instructor, Virtual Reality Training (Livefire Interactive), Legal Standard –
  Objective Reasonableness (T. Harper, Esq.).
Seminar, "Police Involved Shootings – When the Smoke Clears."  Westchester
  County Detectives Association (Yorktown Heights, NY 2007).  Instructors
  Michael Baden, MD (Chief Forensic Pathologist, NYSP), Thomas Martin
  (Sr. Investigator, Forensic Ident.Unit, NYSP), ADA Michael Hughes
  (Public Integrity Bureau, Westchester DA's Office), Det. Michael Palladino,
  and Emanuel Kapelsohn (see below).  Certificate
SHOT Show (Las Vegas, 2008).  Attended industry trade show.  Attended
  seminar on proper firearms retailing procedures to comply with legal and
  regulatory requirements, and seminar on advances in, testing and selection of
  OC aerosol devices.
2008 IALEFI ATC, Reno, NV.  Certificate.  Attended classes on Combat
  Mindset, Response to Active Shooters (rifle and handgun), One-Shot

Curriculum Vitae:
Emanuel Kapelsohn
Page 14

Qualifications, Treatment of Medical Emergencies for Firearms Instructors, Mental Preparation.  Competed in Memorial Match.  Classes taught-see below.

Indiana Pre-Basic Law Enf. Officers Course.  2008.  Successfully completed.

Indiana Basic Firearms Course.  Greene County Sheriff's Department (2008).  Qualified with SIG P229 handgun (expert rating) and Remington 870 shotgun.

Indiana Basic Defensive Tactics Course.  Greene County Sheriff's Department (2008).  Successfully completed.

Response to Active Shooters.  Greene County, IN (2008).  Presented by Crane Naval Surface Warfare Center.  Successfully completed.

Shooting Scene Reconstruction Course, Eugene (OR) Police Department, 2008.  Mike Haag, Instructor.  Certificate

2009 Conference, International Law Enforcement Educators & Trainers Association ("ILEETA"), Chicago, IL.  Attended courses:  New Paradigms in Firearms Training (Conti), Human Factors and Stress in Lethal Confrontations (Darrell Ross, Ph.D., et al.), Active Shooter Update (Alwes), Taser Training Overview/Update, Tracking Down Valid Firearms Training (G. Morrison, Ph.D.), plus trade show and handgun competition.  Taught course on use of force policy (see below).

2009 IALEFI ATC, West Palm Beach, FL.  Certificate.  Attended industry trade show; shot in IALEFI Memorial Match.  Attended lectures and classes:  Von Maur Shooting;  Firearms Training for Active Shooter Response; Law Enforcement Legal Liability; Tactical Response to Lethal Threats (Allen & G. Lee); Teaching Female Shooters; A Collaborative Approach (L. Hamblin, C. Schroeder, et al.); Teaching Female Shooters; Expert Witness Preparation for the Firearms Instructor; Benefits and Risks of Verbalization in Deadly Force Encounters (G. Klugiewicz).  Course taught:  see below.

Tactical Treatment of Gunshot Wounds.  Anthony M. Barrera, M.D. (Lebanon, IN 2009.  Certificate.)

Active Shooter Response.  Greene County, IN (2009).  Presented by personnel from Crane NSWC.

Force Science Certification Course.  Milwaukee County Sheriff's Office, Milwaukee, WI.  Force Science Institute.  Dr. Bill Lewinski, Dr. Anthony Pinizzotto, Dr. Joan Vickers, Dr. Ed Geiselman, Dr. Alexis Artwohl, Dr. Richard Schmidt, Dr. Matthew Sztajnkrycer (2009.  Certificate.)

2010 Conference, International Law Enforcement Educators & Trainers Association ("ILEETA"), Chicago, IL.  Attended courses: Handgun Retention and Disarm Instructor (certificate); Characteristics of Exceptional Trainers; Critical Combative Concepts; Smart Use of Force; Heroic Cynicism – How to Live Life in the Arena (Van Brocklin); Stress in Law Enforcement (Artwohl); In Pursuit of Personal Excellence (Brian Willis); Warriors, Force and Winning (certificate).  Attended law enforcement products trade show.

"The Bulletproof Mind," Lt. Col. Dave Grossman.  Boone County Sheriff's Department (2010)

2010 IALEFI Annual Training Conference, San Antonio, TX.  Attended law enforcement products trade show.  Conducted Handgun Safety Check for 120 first-time attendees.  Attended courses:  Begged, Borrowed, Stolen; So You're Qualified – Now What?; Off-Duty Weapons (M. Boyle); Excited Delirium; Diagnosing Shooters (A. Stallman).  Course taught:  see below.  Certificate.

Indiana Hunter Education/Hunter Safety Course (2010).  Passed, issued card.

Curriculum Vitae:
Emanuel Kapelsohn
Page 15

Police Defensive Tactics Refresher (2011). Greene County Sheriff's Department Emergency Vehicle Operations Course (2011).  Greene County Sheriff's Dept.

2012 SHOT Show, Las Vegas, NV.  Attended trade show, and courses on Low Light Equipment and Techniques (Instructor J. Meyer) and "Train the Trainer, Below 100,"  (Instructors Dale Stockton, et al.)

Terminal Ballistics & Field Trauma Care, Greene County Sheriff's Dept. (2012)

2012 ILEETA Conference, Chicago, IL.  Attended courses:  Law Enforcement/Media Relations; Taser Training & Updates; Range Emergencies; Advanced Firearms Training on a Limited Budget; Police Use of Force Training & Preparation (Chudwin); Deadly Force Training Performance & Officer Safety; Designing Stress-Exposure Training; Swarming, Flash Mobs & the OODA Loop; Verbal Defense & Influence ("Verbal Judo") (Klugiewicz); Street-Level Counter-Terrorism; Use of Force Accountability (Brave); Positive Relations – Law Enforcement & Armed Citizens; Deadly Force Panel of Experts (panelist).  Also attended industry trade show.

2012 IALEFI Annual Training Conference, Nashville, TN.  Attended courses:  Arrest and Control Tactics (Beckley); Simple Martial Art for Self-Defense (Albert Lee); Patrol Rifle Basics; Sports Physiology Approach to Firearms Training; Filling the Tank; Warriors & Leaders; Great American Gunfights.  Instructed: Firearms Instructor as Expert Witness.  Also, attended industry trade show and hands-on firearms demonstrations.

2013 IALEFI Annual Training Conference, Mobile, AL.  Attended courses:  Confined Space Engagement (Farren); Vision-Based Shooting (Stimmell). Also attended industry trade show.  Courses taught:  see below.

Glock Armorer's Course, Old Bridge, NJ (2013).

Knife Defense/Knife Fighting Seminar, Hank Hayes, Instructor.  No Lie Blades.  Allentown, PA   (2013) (class audited only, due to injury)

2014 SHOT Show, Las Vegas, NV.  Attended industry trade show.

2014 ILEETA Conference, Lombard, IL.  Attended courses:  Shots Fired, Suspect Down (John Bostain); Critical Combative Concepts (Charles Humes); Force Related Policies & Issues (Mike Brave); Critical Look at Firearms Qualifications (David McGaha); Police Use of Force Tactics and Law (Chudwin); Gunman in the Lobby, Officer Down (Joe Ferreira); Verbalization Skills (Klugiewicz); Path to Self-Discovery (Bob Lindsey); Street Officer Medical Tactics (Eric Dickinson);  Embrace the Suck- Winning Strategies For Trainers (Brian Willis); "Heroes Behind the Badge"; Deadly Force Expert Panel (Ayoob, et al.); Choose Your Words Wisely (Joanne Ryan and Thomas McGreal); Coaching Mental Toughness (Quinn Cunningham); Sharpening the Winning Edge (Brian McKenna); Interactive Firearms Training (Lt. Dan Marcou). Course taught:  See below.

2014 IALEFI Annual Training Conference, Amarillo, TX.  Attended courses:  Surviving the First Three Seconds (Tpr. Hensley); Extended Range Off-Duty Handgun Operation (Michael Johnson); Vision-Based Shooting (Jim Stimmell); Identifying the Limits of Firefight Performance; Threat Pattern Recognition Firearms Training System (Bruce Siddle, Human Factor Research Group)  Classes Taught:  see below.

NRA Personal Protection Outside the Home (2014): certificate

2015 SHOT Show, Las Vegas, NV.  Attended industry trade show.

Glock factory tour and armorer-trainer update.  Smyrna, GA (2015)

Curriculum Vitae:
Emanuel Kapelsohn
Page 16

Winning Mind Seminar, Dave Smith, Instr. ,PA State Police Academy (2015)

2015 ILEETA Conference, Wheeling, IL. Attended courses:  Deadly Force Panel of Experts (panelist, see below); Creating Training Miracles; Understanding Response Time in Law Enforcement; Emergency Preparedness for Law Enforcement Families; Ambush – Preparing Officers for the #1 Killer; Defensive Knife (Halleck); Down to Zero – Unintentional Discharges in Law Enforcement; Becoming Knights – Teaching Warrior Mindset; Mistake of Fact Shootings (Santos); Use of Force Report Writing; Active Shooter Panel Discussion (panelist, see below); Use of Force and Liability; Blended Learning; Lifesaving Made Easy; Think Like a Soldier, Act Like a Cop

2015 IALEFI Annual Training Conference, West Palm Beach, FL.  Attended courses:  Lecture on Leadership (Col. Danny McKnight); Current Issues for Firearms Instructors (Alwes); Developing Courses of Fire (Marrs); Contaminated Combat (Liske, audited only); Reflex Sights (Martello); Close Quarter Transitions (Jeff Prather).

Gun Law Seminar, U.S. Law Shield, Allentown, PA (2015)

Tavor Level 1 Armorer's Course, including 9mm Conversion and Right/Left Hand Conversion.  Harrisburg Area Community College. Certificate (2015).

FN15 Armorer Course, Berks County Prison, Leesport, PA (2015).  Certificate.

IALEFI Regional Training Conference, Freeport Police Range, Long Island, NY (2015). Certificate.  Attended classes on Use of Force (Chief James Garside), Lateral Vascular Neck Restraint (Thomas Graham); and Master Pistol Instructor Skill Builder Class (Steve Gilcreast, Sig Sauer Academy)..  Class taught:  see below.

2016 ILEETA Conference, Rosemont, IL.  Attended courses:  Deadly Force Panel of Experts (panelist, see below); Active Shooter Panel Discussion; Use of Force Panel Discussion; How to Survive and Win In An Ambush (Shaykhet); Lights, Sights & Lasers (Wes Doss); Patrol Rifle (John Farnam); Responding to the Officer-Involved Shooting (Burke, IMPD); Human Factors in Training and Performance (John Bennett); Video Evidence (NV DPS); Guardians are Warriors (Mahoney); Body  Searches (Cpl. Julie Johnson); Black Lives Matter (Ron Martinelli); Lessons From the Great Law Dogs in History (Lt. Dan Marcou).

Video Evidence Class, Force Science Institute, Chicago, IL (2016, Certificate)

2016 IALEFI Annual Training Conference, Mobile, AL.  Attended Courses:  Surviving the First Three Seconds (Tpr. Robert Robertson, NC Highway Patrol); Active Shooter Training in the Shoothouse (Alwes); Handgun Snatching (Albert Lee/Wilkie); ALERT Training - Civilian Response to Active Shooter Events (Instructor Certificate).  Course taught:  see below.

Hojutsu-Ryu Class, Phillipsburg NJ and Easton PA, taught by Soke Jeff Hall.  Awarded brown belt (2016).

Colt .45/Model "O" (1911) Armorer Class, Colt's Manufacturing Company, Ohio Peace Officers Training Academy, London, Ohio (2016). Certificate

2017 SHOT Show, Las Vegas, NV.  Attended industry trade show.

Improving Tactical Performance by Enhancing Vision, SHOT Show Law Enforcement Education Program, Dr. Alan Reichow (2017)

Rangemaster Tactical Conference, Little Rock, AR (2017).  Attended classes:  Between a Harsh Word and a Gun (OC, Chuck Haggard); Church Security (Moses); Police-Citizen Contacts (Weems); Gun Accidents (J. Farnam); Just

Curriculum Vitae:
Emanuel Kapelsohn
Page 17

Enough Jitsu (Cecil Burch); Defining the Threat (T. Givens); Law of Self-Defense (A. Branca); The Firearms Instructor as Expert Witness (Ayoob/Hayes); Street Encounter Skills (Murphy).

2017 ILEETA Conference, St. Louis, MO.  Attended courses:  Deadly Force Panel of Experts (panelist, see below); Patrol Rifle Panel (panelist, see below); Tactical Duty Knife (Fletch Fuller); Six Myths of Motor Learning & How This Affects Your Training (Robert Bragg); Proxemics-Based Curriculum Development (Marie D'Amico); Facilitated After-Action Reviews (Joseph Willis): Camera-Friendly Compliance & Control Techniques That Work (Hetrick): "After Force Experience Beyond the Incident (Patrick Shaver); Pre-Indicators of An Assault (Mark Sawa).

2017 IALEFI Annual Training Conference, West Palm Beach, FL.  Attended courses:  The Pulse Nightclub Shooting; In-Extremis Advanced Tactical Handgun (Wes Dobbs); Police Shotgun (Mike Johnson); Officer Survival Mindset (Alex and Daniel Cobb); Bulletproof Mind (Lt. Col. Dave Grossman). Also attended industry trade show and hands-on product demonstrations.

2018 SHOT Show, Las Vegas, NV.  Attended industry trade show, including Industry Day at the Range.

2018 ILEETA Annual Conference, St. Louis, MO.  Attended trade show, and courses:  Active Shooter Panel (panelist); Deadly Force Expert Panel (panelist); A Nearly Fatal Range Shooting (DuVernay); Recognizing & Responding to Mental Illness; Terminal Ballistics (Ed Santos); Threat Pattern Recognition (Joe Ferrera).

2018 IALEFI Annual Training Conference, Houston, TX.  Attended trade show, and courses: Aurora, Colorado Theater Shooting; Basic Patrol Rifle Fundamentals (Pickering and French); Low Light Operations (J. Meyer); IADLEST National Certification Program; Reactive v. Precision Shooting (T. Fletcher); Officer Survival Mindset (Cobb); Dallas Sniper Incident & Mexican Drug Cartels (ATF).

FASTER Course, Rittman, OH. Chris Cerino & Andrew Blubaugh, Instrs. (2018)

Rangemaster Firearms Instructor Development & Certification Course, Xenia, Ohio, Tom Givens, Chief Instructor (2018)

Force Science Advanced Specialist Course, Force Science Institute, April-August 2018. Course syllabus included required reading in three textbooks (on human movement, physical training and performance and reaction time; vision; and human error) and dozens of scholarly articles and research papers, lectures by several noted authors, doctors, scientists and professors; multiple oral and written presentations; teleconference and in-person classes; and formal written work, comprising in total several hundred hours of coursework at the graduate school level.

2019 SHOT Show, Las Vegas, NV.  Attended industry trade show, including Industry Day at the Range.

"Police Misconduct" Continuing Legal Education Program (2/11/2019).

2019 NRA Convention, Indianapolis, IN. Attended industry trade show.

2019 IALEFI Annual Training Conference, West Palm Beach, FL:  Attended classes and presentations by Dr. William Lewinski ("Force Science Update"), Don Alwes ("Active Shooter Response For Firearms Instructors"); Don Smith ("Sniper Overwatch"); LouAnn Hamblin ("Active Shooter Handgun Training"). Also attended industry trade show, helped conduct Handgun Safety Check, and

Curriculum Vitae:
Emanuel Kapelsohn
Page 18

helped conduct Memorial Match.  Class taught:  see below.
"Preparing for an Armed Intruder," Eastern University, St. Davids, PA (2019)
American Heart Association "Heartsaver First Aid CPR AED" Training
 Certification   12/8/2019
2020 SHOT Show, Las Vegas, NV.  Attended industry trade show.
Active Shooter Response, Trexlertown, PA, March 2020.  Thanos Milios, Lead
 Instructor.  Classroom and reality-based training scenarios using Simunitions
 guns with role-players.
"Safely Engaging Psychopaths & Sociopaths," Public Agency Training Council
  Webinar, April 2020.
"Police Response to Armed Suicidal Subjects," Dr. Andrew T. Young, Instructor,
 Public Agency Training Council - Webinar, June 23, 2020
Defensive Handgun 1, 2, 3 & 4, Marksmanship Matters (Larry Mudgett
 Instructor), Lehi, Utah, July 2020
Defensive Handgun and Patrol Rifle, Defense Training International, John
 Farnam, Instructor.  Sussex, NJ, October 2020.
Certificate, DTI Urban Rifle.  Certificate, DTI
 Instructor Update.  (Assisted in instructing, see below.)
UTM Professional Training Organization ("PTO") Certification Class.
Certificate (2020)
Glock Armorer's Course – Update and Recertification (Smyrna, GA 2020)
IALEFI Virtual Training Conference, January 2021.
Metal-Tec Metal Detector Instructor Course.  Certification 2021.
Principles of De-Escalation, Pennsylvania State Police (Sgt. Timothy Fetzer, Jan.
 2021)
Realistic De-Escalation Instructor Course, Force Science Institute, Maplewood,
 Minnesota.  IADLEST-Certified Course, Certificate (2021)
"Officer-Involved Shootings:  The Aftermath" ("I've Been In An Officer
 Involved Shooting – Now What?"  Instructor Laura Scarry, Esq.  Webinar 2021
 (Certificate)
Stop the Bleed Training, St. Luke's Hospital, Easton, PA 2021 (Certificate)
ILEETA Annual Training Conference, St. Louis, MO (2021). The Neuroscience
 of De-Escalation (Verplanck and Smarro, Instructors); Tactical Disadvantages
 (Green); Risk Assessment (Horine); Small Unit Tactics for Active Shooter
 Response (Scott Hyderkamp); Sharpening Your Agency's Knife Program (Zane
 Nickell); Surviving the Officer-Involved Shooting (Brian Gonzales); Robert
 Peel's Principles (Casavant); How to Use Personality Science to Enhance
 Training (Kerry Mensior); What Excited Delirium is Not (Ellis Amdur);
 Simulator Scenarios: Virtra, Milo, Ti Systems; Active Shooter Panel of
 Experts (panelist and attendee); Deadly Force Panel of Experts (panelist
 and attendee).  Courses taught: see below.
Defensive Cane Course ("Introduction to Cane-Fu"), Powhatan, Virginia, Tom
 Ashmore, Instructor.  2021 (Certificate)
IALEFI Annual Training Conference, Melbourne, FL.  2021 (Certificate)
"Legal Issues in Use of Force," LLRMI (Legal & Liability Risk Management
 Institute). Instructor:  Jack Ryan, Esq. (2022)
IALEFI Annual Training Conference, Las Vegas, NV.  2022 (Certificate)
 Attended classes on the Mandalay Bay Shooting (LVMPD); Single Officer
 Vehicle Tactics (LVMPD); Unconventional Rifle Fighting Positions; FACES

Curriculum Vitae:
Emanuel Kapelsohn
Page 19

of Concealed Carry; NRA LE's Creating a Red Dot Transition Program for
Your Agency; Special Purpose Rifle Program (LVMPD); Gunshot Wound
Trauma Care; Human Factors & Firearms Instructors (Sgt. Jamie Borden).
NRA Annual Conference, Houston, TX (2022).  Attended industry trade show.
Attended seminars: Training for Concealed Carry:  Focusing on Developing
Essential Skills (Jeff Gonzales); Evidence-Based Defensive Firearms
Training:  A Discussion for Instructors and Those Who Actually Train (John
Correia).
Virtual Protecting Houses of Worship Forum, U.S. Department of Justice (2022)

**PROFESSIONAL
ASSOCIATIONS
& MEMBERSHIPS:**

American Bar Association (Member 1978-1997)
Association of the Bar of the City of New York (Member 1978-1998)
Pennsylvania Bar Association (Member 1994-2007, 2012-present)
Bar Association of Lehigh County (Member 1994-2007, 2012-present)
Pennsylvania Trial Lawyers Association (Member through 2004)
Association of Trial Lawyers of America (Member through 2004)
American Inns of Court (Member 2000-2007)
Barristers Inn, Allentown, PA (2012-present)
Muhlenberg College Board of Associates
National Rifle Association (Endowment Member)
International Association of Chiefs of Police (Associate Member 1985-1992)
International Association of Law Enforcement Firearms Instructors (see above)
Police Marksman Association (Member, Nat'l Advisory Board 1987-2004)
American Society for Industrial Security (Member)
Tactical Response Association (former Charter Member)
Justice System Training Association (former Member)
American Society of Law Enforcement Trainers (former Charter Member)
Outdoor Writers Association of America (Member 1987-1990)
U.S. Practical Shooting Association (former Member)
U.S. Revolver Association (Member 1983-1989)
Pennsylvania Chiefs of Police Association (former Associate Member)
Pennsylvania Sheriff's Association (former Associate Member)
Appointed Senior Research Associate, Carnegie Mellon University Center
 for the Advancement of Applied Ethics (1994)
Appointed to Advisory Board, AWARE (1995)
Appointed as Fellow, Defensive Handgun Training Institute (1996)
Appointed to Pennsylvania Municipal Police Officers Education and Training
 Commission Committee to develop standards and curriculum for decision-
 making training simulator/judgmental use of force mandatory in-service
 training program (1997-98); Curriculum Development Committee for
 revision of Act 120 Police Academy curriculum used statewide; patrol rifle
 training standards (2004-  ); revision of Act 120 Police Academy lesson
 plans, training videos, and related materials used at all police academies in PA
 (2015); and development of Mandatory In-Service Training Program on "Use

Curriculum Vitae:
Emanuel Kapelsohn
Page 20

of Force" (2015 development for 2016 presentation statewide) .
National Tactical Officers Association (former and current Member)
Associate Member, Fraternal Order of Police (Linton, Indiana Chapter 2008-12)
Member, International Law Enforcement Educators and Trainers Association
(2009 -     )
Member, Advisory Board, Armed Citizens Legal Defense Network (2012 - )
Member, Leadership Group, Safe Team, Faith Church, Trexlertown, PA (2017- )
Member, Security Committee, Temple Beth El, Allentown, PA (2019-  )

**SELECTED MEDIA REFERENCES**
**AND ACKNOWLEDGMENTS:**

EMANUEL KAPELSOHN interviewed, mentioned and pictured in THE GUN
DIGEST BOOK OF COMBAT HANDGUNNERY by J. Lewis and J.
Mitchell (Northfield, IL 1983).  Quote from p. 117:"His research and personal
experience in self-defense firearms training make [Kapelsohn] one of the most
qualified people in the business."

EMANUEL KAPELSOHN interviewed on subject of firearms self-defense
on ABC Television show "What's Up, America?" (1980 and re-run)

"Midland Park Hires Weapons Specialist," The Sunday News (Ridgewood,
NJ. March 1984)

"Firearms Trainer to be Hired," Suburban News (Wayne NJ. March 21, 1984)

"Midland Park Will Hire Firearms Pro for 9mm Courses," The Northwest News
(Midland Park, NJ. March 22, 1984)

"Gun Expert Rated High," The Sunday News (Ridgewood NJ. April 8, 1984)

"Crime Rise Has Women Taking Up Arms," The Times (Trenton NJ.
March 10, 1985)

"Union Launches Training Program to Upgrade Skills for Police," The
Star-Ledger (Newark, NJ. November 20, 1985)

Guest Instructor Appreciation Award, International Police Academy,
Master Instructor Seminar (1985)

"Gun Law Won't Stop Terrorists," The Times (Trenton, NJ. May 20, 1986)
"Expert Hits Police Training," The Lawrence Ledger (Lawrenceville, NJ.
October 24, 1986)

"Lawrence Resident's Love of Firearms Becomes Career," The Star-Ledger
(Newark, NJ.  December 12, 1986)

"Committee Takes Aim at Detector-Proof Guns," The Star-Ledger (Newark, NJ.

Curriculum Vitae:
Emanuel Kapelsohn
Page 21

December 12, 1986)

"Gun Lobbyists Oppose Passage of Bill to Ban Non-Metal Guns," <u>The Times</u>
 (Trenton, NJ.  December 12, 1986)

"Plastic Gun Bill Demolished by Expert's Testimony," NRA <u>Monitor</u>
 (Washington, D.C. Vol. 14, No. 1 January 15, 1987)

"Detection Systems, Not Guns Should Be Focus of Legislation, Says Firearms
 Expert," NRA <u>Monitor</u> (Washington, D.C. Vol. 14, No. 3 February 15, 1987)

"Using Training Consultants" by Bill Clede, <u>Law and Order</u> (March 1987)

"Taking Humanistic Approach to Firearms," <u>Newsday</u> (New York, NY.
 July 20, 1987)

"New Yorkers Learn to Protect Themselves at Gun School," <u>The New York
 Times</u> (New York, NY.  July 20, 1987)

"Citizens Learn to Shoot in Face of Crime," <u>The Sun</u> (Melbourne, Australia.
 August 1, 1987)

"New York's Itchy Trigger Finger," <u>The Advertiser</u> (South Australia.
 July 31, 1987)

"Bill Banning Plastic Guns Debated,"  (Associated Press AAA wire release
 under this or similar title, July 28, 1988, describing Emanuel Kapelsohn's
 Senate Judiciary Committee subcommittee testimony, printed on July 29 in
 hundreds of U.S. newspapers, including the following:

>   Alexandria, LA <u>Daily Town Talk</u>
>   New Haven, CT <u>Register</u>  (continued, next page)
>   Dayton, OH <u>News/Journal Herald</u>
>   Wilmington, NC <u>Star</u>
>   Cheyenne, WY <u>Eagle</u>
>   Delaware, OH <u>Gazette</u>
>   August, GA <u>Herald</u>
>   Bennington, VT <u>Banner</u>
>   Johnstown, PA <u>Tribune-Democrat</u>
>   Erie, PA <u>News</u>
>   Lynchburg, VA <u>News and Daily Advance</u>
>   Bluefield, WV <u>Telegraph</u>
>   Mattoon, IL <u>Journal-Gazette</u>
>   Casper, WY <u>Morning Star Tribune</u>
>   Belleville, IL <u>News-Democrat</u>
>   Newark, OH <u>Advocate</u>
>   Anchorage, AK <u>News</u>
>   Kenton, OH <u>Times</u>
>   Canton, OH <u>Repositor</u>

Curriculum Vitae:
Emanuel Kapelsohn
Page 22

> Waterbury, CT American
> East Liverpool, OH Review
> FT. Walton Beach, FL Playground News
> Vero Beach, FL Press-Journal
> Modesto, CA Bee
> Vallejo, CA Times-Herald
> Newport News, VA Times-Herald
> Marysville, OH Journal-Tribune
> Paducah, KY Sun
> Toms River, NJ Observer
> Springfield, OH News-Sun
> Logan, OH News
> Piqua, OH Call
> Lawton, OK Press
> San Diego, CA Union

"Witness Upstages Metzenbaum at Hearings," Gun Week (Buffalo, New York.
  August 14, 1987)

"Neal Knox Report:  Gun Bills Moving," Shotgun News (Hastings, NE.
  September 1, 1987)

"Kapelsohn Gets September Gun Rights Defender Award," Point Blank
  (Bellevue, WA September 1987)

"Firearms Expert Wins Person of the Month," NRAction (Washington, D.C.
  September 1987)

Selecting the Police Pistol by Doug Wicklund, The American Rifleman
  (December 1987)

Mesa, Arizona:  The IALEFI Convention by Tony Lesce, Arizona Police Officer
  (Phoenix, AZ Winter 1988)

International Association of Law Enforcement Firearms Instructors Seventh
  Annual National Training Conference by Chris Pollack, Special Weapons and
  Tactics (March 1988)

Modern Techniques of Defensive Pistolcraft:  An Exceptional Handgun Course
  Taught by John Farnam and Emanuel Kapelsohn by Barrie Bergman,
  Practical Shooting International (Emmetsburg, IA.  March 1988)

"Hughes Goes Private With Hearing Witness," Gun Week (Buffalo, NY.
  January 8, 1988)

" 'Plastic Gun' Ban Brewing," NRAction (Washington, D.C. January 1988)

Gaping Holes in Airport Security by Peter Cary, U.S. News & World Report
  (April 1988).  Quote from page 28:

Curriculum Vitae:
Emanuel Kapelsohn
Page 23

"Emanuel Kapelsohn, a police weapons expert, astonished a congressional subcommittee by demonstrating how guns could be smuggled through certain metal detectors . . ."

Police Defensive Handgun Use and Encounter Tactics by Brian A. Felter (Prentice-Hall, Inc. Englewood Cliffs, NJ 1988).  Quote from p. 6:

"In defensive firearms training today, the information and defensive instructors exist -- five of the most talented being Massad Ayoob, Ray Chapman, John Farnam, Emanuel Kapelsohn, and Chuck Taylor -- and from a resource pool of defensive information that the law enforcement community must make use of."

"U.S. Firearms Consultant Due Next Week," Trinidad Guardian (Port of Spain, Trinidad.  July 16, 1988)

Shooting Schools:  A Second Look by James L. Winter (Albany, New York 1985).  Quote from page 92:  "API's staff includes such nationally famous personalities as . . . writer Manny Kapelsohn."

An Overview of the Police Marksman National Advisory Board by Brian McKenna.  The Police Marksman (September/October 1988).  Professional biography of Emanuel Kapelsohn

"Semiautomatics or 6-shooters?" by Ken Valenti.  Gannett Westchester Newspapers.  (Westchester County, N.Y. January 15, 1989)

"Gun Control Opponents Lock Horns With Graves" by Donna Leusner (The Star Ledger, February 7, 1989)

Interviewed on "Geraldo" (Geraldo Rivera Show) NBC television, March 6, 1989, on subject of gun availability and gun control.

Seek Out the Expert by Joseph J. Truncale, Ph.D., The ASLET Journal (January/ February 1989).  Quote from p. 12:

"If you wish to know more about guns and shooting, talk to those who are recognized experts in this area.  Massad Ayoob, Ray Chapman, John Farnam, Emanuel Kapelsohn, Dennis Tueller, along with many others, can guide you to schools and programs which are well known for their professionalism."

Glock by Sgt. Paul Palank.  Blue Line Police Magazine (March/April 1989).  Quote from p. 24:

"The success that we in Miami have had with the Glock pistol is due not only to the advanced design of the weapon, but the "state of the art" instruction provided by Glock Incorporated in the forms of

Curriculum Vitae:
Emanuel Kapelsohn
Page 24

> Emanuel Kapelsohn (Peregrine Corporation) and Peter Tarley
> (Rockwell Corporation).  The training provided by these gentlemen
> to the transitional training instructors superbly mated the Glock's
> ingenious technology with their equally progressive training program."

Glock Continues To Be An Innovator by E.B. Hulsey, Police Marksman
 (March/April 1990).  Quote from p. 58:

> "The instructor . . . was Emanuel Kapelsohn, who made the class a
> very interesting learning experience.  Mr. Kapelsohn is an example of
> the quality instructors which Glock has retained to teach these courses."

Glock Pistol:  Perspective From The Field by Massad Ayoob.  Guns
 (September 1990).  Quote from p. 77:

> "The best money you can spend on your Glock is for training.  The firm
> retains Manny Kapelsohn, Peter Tarley, and Cathy and Jerry Lane for
> their police transition and armorer's instruction programs . . . These
> are among the finest combat handgun trainers in America; Glock chose
> them well.  I . . . believe that the superb training of these four master
> instructors has been more responsible for the Glock's success in the field
> and in sales than most people realize."

Emanuel Kapelsohn and Peregrine Corporation cited, quoted and acknowledged
 in "Semi-Automatic Pistol Manual Safety Restrictions," U.S. Border
 (continued) Patrol Academy, Glynco, GA, presented at U.S. Marshal's Service
 Semi-Automatic - Revolver Handgun Symposium, Feb. 21-22, 1990.  (Emanuel
 Kapelsohn described as an "expert trainer" on p. 16.)

"Fearing Drug Wars, Suburban Police Swap 6-Shooters for Semiautomatics"
 by B.J. Phillips.  Philadelphia Inquirer (September 9, 1990)

Interviewed in "Entrevistas" column of Magnum.  May-June 1991
 (Caracas, Venezuela)

Peregrine Corporation training materials cited in published lesson plans of
 Federal Law Enforcement Training Center (Glynco, GA) on semi-automatic
 pistol training, clearing of pistol malfunctions, etc.

Emanuel Kapelsohn mentioned and quoted in study by Federal Law
 Enforcement Training Center on instructor:  student ratios for firearms training
 (V. Atkins. Glynco, GA 1991)

Emanuel Kapelsohn and Peregrine cited as offering 'a strong major in "how" and
 a strong minor in "when" [to shoot] in "Deadly Force - When Is It Justified?"
 by Massad Ayoob, Guns & Ammo's Handguns for Home Defense,  Vol. 9, No.
 5 (1991)

"The Police Marksman Advisory Board" by Guy A. Rossi, Police Marksman

Curriculum Vitae:
Emanuel Kapelsohn
Page 25

(Jan./Feb. 1992).  "Innovator, tactician, expert . . . [Emanuel Kapelsohn is] considered one of the country's leading authorities on semi-automatic, long gun and submachine gun training . . ."

"IALEFI'S ATC" by Chris Pollack, <u>SWAT</u> (May 1993)

Appreciation Award, Calgary Police Service Tactical Unit (1993)

Appreciation Award, International Association of Law Enforcement
  Firearms Instructors ("for your dedication, time and personal effort
  towards the development of the Firearms Training Standards") (1993)

"Newsclippings," <u>The Firearms Instructor</u>, Issue 13 (1994)

"Shotgun Key In Acquittal of Garron," Atlantic City Press, Nov. 13, 1994.
  Quote:

> "They found the weapon's safety device could disengage if it was
> merely brushed -- just as Emanuel Kapelsohn, the defense firearms
> expert, had testified, the jurors said."

<u>Glock, The New Wave in Combat Handguns</u> by Peter Kasler (Boulder, CO
  1992), page 296.

Acknowledged in <u>Stealth</u> (1989) and <u>Extreme Prejudice</u> (1991) by Guy
  Durham (Putnam, New York)

Acknowledged in <u>The Street Smart Gun Book</u> by John Farnam (Police
  Bookshelf, 1986)

Acknowledged in <u>Handgun Stopping Power, The Definitive Study</u> by Evan
  Marshall and Ed Sanow (Paladin Press, Boulder 1992)

Acknowledged in <u>The Farnam Method of Defensive Handgunning</u> by
  John S. Farnam (Seattle 1994):  "These are the ones who have advanced
  the art and prepared it to be passed to the next generation:  Manny
  Kapelsohn . . ."

"Modern Training, The Professional's Edge" by Michael J. Scanlan,
  <u>Protection News</u>, Vol. 11, No. 2 (Fall 1995), Internat'l Foundation of
  Protection Officers, Bellingham, WA.  Quote:  "Manny Kapelsohn's
  obvious enthusiasm along with his vast knowledge of the subject
  matter and genuine interest in imparting that knowledge to us,
  stimulated our interests, motivated us to excel and created a learning
  environment for the entire class."

"Post-Training Dry Drills" by Det. Bill Kaiser, <u>The Firearms Instructor</u>,
  Vol. 17 (1995)

Curriculum Vitae:
Emanuel Kapelsohn
Page 26

"IALEFI 1995 Training Conference" by C. Pollack, <u>The Firearms Instructor</u>,
  Vol. 17 (1995)

"Gun Control and Economic Discrimination:  The Melting Point Case-In-Point"
  by Markus Funk, 85 Journal of Criminal Law & Criminology 764-806
  (Northwestern U. School of Law, 1995):  Emanuel Kapelsohn cited repeatedly
  throughout article.

"IALEFI '95 Annual Training Conference" by C. Pollack, <u>SWAT</u> (June 1996)

"Search for qualified firearms instructor didn't last very long," <u>Reading Eagle</u>,
  April 20, 1997, p. B1

"Sheriff, deputies begin targeting weapons training," <u>Reading Eagle</u>,
  April 20, 1997, p. B1

"Professional Firearms Instruction for the Protective Specialist" by Mike
  Scanlan, <u>Executive OPS International</u> (Dec. 1997).  Quote:  " . . . I contacted
  Manny Kapelsohn, the world class firearms instructor and IALEFI Vice
  President."

Item in Business "Players," Allentown <u>Morning Call</u>, January 4, 1999.
  Quote:  "Emanuel Kapelsohn of Bowers has been re-elected as Third Vice
  President of the International Association of Law Enforcement Firearms
  Instructors."

"Kapelsohn is Re-Elected by Police Association," Allentown <u>Morning Call</u>,
  December 30, 1999.

"Degree of Guilt Decided for Smith," <u>The Inquirer</u>, Philadelphia,
  July 30, 1998, p. B1

Appreciation Award from Pennsylvania Municipal Police Officers' Education &
  Training Commission, for "outstanding contribution" toward the development,
  from 1997-1999, of the Commission's new Use of Force - Judgmental Training
  Program.

"Police Shooting Headed to Jury," <u>New Haven Register</u>, March 9, 2000.
  Quote:  "Standing before a rapt jury, Kapelsohn demonstrated a number of
  stabbing and slashing techniques with the small knife, narrating as he
  did so."

Emanuel Kapelsohn and The Peregrine Corporation cited and acknowledged
  numerous times in Commonwealth of Pennsylvania firearms training
  curriculum for Basic Police Academy Course taught at police academies
  throughout the state (2000).

"MPOETC Conducts Firearms Instructor Training Seminar," Pennsylvania
  MPOETC <u>Newsletter</u>, Vol. 23, Issue 2, Sept. 2000.  Quote:  "The lead

Curriculum Vitae:
Emanuel Kapelsohn
Page 27

instructor for the seminar was Emanuel Kapelsohn, a nationally recognized firearms instructor and use of force expert."

"Experts Claim Wife Grabbed Accused's Gun," by William Doolittle, <u>Pocono Record</u>, November 28, 2000.  "…Emanuel Kapelsohn, an Allentown attorney and firearms expert, argued that a crescent of black residue pictured on the back of Rhonda Kammer's hand was caused by discharge from the cylinder gap of the .38 caliber revolver used in the killing. … Kapelsohn said pictures of the woman's hand showed marks on her hand that "could not have been produced by the muzzle blast."

Cited by Lt. Col. David Grossman as "an awesome warrior-trainer-lawyer" in publication of his national e-mail network on subject of involuntary muscular contraction (2002).

Recipient, City of Allentown Proclamation (commendation) for participation on Advisory Board of University of Pennsylvania (FICAP/MPAP) study on reducing gunshot injuries and deaths (2002)

"New Trial Ordered for Officer Convicted in a Suspect's Death," <u>The New York Times</u>, October 18, 2002.

"Pa. Court Rejects Appeal by Ex-Teacher," by William Doolittle, <u>Pocono Record</u>, December 14, 2002.  "During the trial, Emanuel Kapelsohn testified as a crime scene and firearms expert.  The Superior Court said, "The record contains abundant evidence from which the trial court could conclude that Kapelsohn had reasonable pretension to specialized knowledge about reconstruction of the scene of a crime involving a firearm."

<u>Commonwealth of Pennsylvania v. Youngken</u>, 2002 WL 32351935, Pennsylvania Superior Court, December 5, 2002:  "Clearly the qualifications of Mr. Kapelsohn indicate that the trial court did not abuse its discretion in qualifying him as an expert witness in firearms and crime scene reconstruction involving firearms."

<u>Teaching Women to Shoot</u> by V. Farnam and D. Nicholl (Copyright 2002, Boulder, CO).  Emanuel Kapelsohn quoted and cited extensively on pages 46-47 on subjects of trigger finger placement, covering suspects at gunpoint, and accidental discharges of firearms.

Acknowledgement in <u>Training at the Speed of Life: The Definitive Textbook for Military and Law Enforcement Reality Based Training</u>, by Kenneth R. Murray (2004): "Special Thanks to my Technical Editor, Emanuel Kapelsohn: Scholar, Trainer, and Friend.  Thank you for your patience, fine eye, tireless effort, boundless knowledge, and dedication to detail."

"Sharpton:  Monroe Shooting an 'outrage,'" Allentown <u>Morning Call</u>, April 22, 2004.

Curriculum Vitae:
Emanuel Kapelsohn
Page 28

"Independent Investigator Looking Into Fatal Shooting," <u>Pocono Record</u>, April
23, 2004.

"Shooting scrutinized by victim's family," <u>Pocono Record</u>, April 23, 2004.
Quote:  "Monroe County District Attorney David Christine has also appointed
Emanuel Kapelsohn, an Allentown attorney and weapons expert, to conduct an
Independent investigation into the shooting."

<u>The Concealed Handgun Manual</u> by Chris Bird, 4<u>th</u> Ed., San Antonio, TX 2004.
Emanuel Kapelsohn acknowledged in Introduction (p. ix) and on p. 352.

"Strategies for Safer Weapons Training and Use," David Olsen, <u>Law
Enforcement Technology</u>, Jan. 2004, pp. 52-60.

"Two New Publications from IALEFI," <u>Police Marksman</u> (Sept./Oct. 2004) p. 55
"Rethinking Gun Safety Rules Based on Accidental Discharges," by Chris Bird.
<u>GUN WEEK</u>, Sept. 1, 2004, p. 6.  "I outline his qualifications to show that
when Kapelsohn says something about firearms, he is worth listening to."

"Safety Strategies for Realistic Firearms Training," by Ken Murray.  <u>Police &
Security News</u>, Vol. 21, Issue 1 (Jan./Feb. 2005).  Emanuel Kapelsohn cited and
quoted extensively on safety-related issues.

"Consultants to study Easton SWAT Team,"  <u>The Morning Call</u>, May 25, 2005
(Allentown, PA).  "The city two weeks ago retained Emanuel Kapelsohn, a
nationally recognized firearms expert and consultant …"

"Easton Hires Outsiders for Police Policy Review," by E. Sieger, <u>The Express-
Times</u>, Easton, PA, May 25, 2005.  "The city has hired attorney and firearms
expert Emanuel Kapelsohn to help the police department develop firearms
policies and procedures."

"Police Get Good News in Report,"  by E. Sieger, <u>The Express-Times</u>, Easton,
PA, July 15, 2005.  "In May, the city hired attorney and firearms expert
Emanuel Kapelsohn to help the police department develop firearms policies
and procedures."

"More First Hand Information," <u>The Gun Zone</u>,
http://thegunzone.com/ayoob/magliato-kapelsohn.html.  Comments on the
<u>Magliato</u> case.

CNN "Paula Zahn Now" Show, August 8, 2005.  Emanuel Kapelsohn
interviewed in segment on civilian intervention tactics in armed robberies.

"Victim of Stray Shot Thinks Allentown's Still Safe," by S. Kraus, <u>The Morning
Call</u>, August 18, 2005.  "Ballistics expert Emanuel Kapelsohn …"

"Dead Man's Family Waits for Ruling in Drug Bust Shooting," by E. Mark,
<u>Pocono Record</u> , August 13, 2005.  "[District Attorney] Christine appointed

Curriculum Vitae:
Emanuel Kapelsohn
Page 29

Emanuel Kapelsohn, an Allentown attorney and ballistic expert, as an
independent investigator to look into Wright's death."

"Wright Shooting Justified, DA Says," by E. Mark, <u>Pocono Record</u>, 9/16/05

"Fatal Shooting Justified, Monroe DA Says," by J. McDonald, <u>The Morning
Call</u>, September 16, 2005.  "The decision, announced Thursday by District
Attorney E. David Christine, Jr., was based in part on a recently completed
report by an Allentown attorney who is a firearms expert.  "Barron Wright's
death, while regrettable, resulted from his own actions in defying the agents'
commands, resisting arrest, and attempting to escape by driving his vehicle in
a manner that placed everyone around him in deadly danger," said Emanuel
Kapelsohn, with the Allentown office of Blank Rome."

"Easton Officer Loses Handgun," by Tracy Jordan, <u>The Morning Call</u>, Nov. 24,
2005.  "The city is waiting for a fourth report on the department's firearms
procedures from [E]manuel Kapelsohn, a nationally recognized firearms expert
and consultant who practices law with Blank, Rome, Comisky and McCauley in
Allentown."

 "Report says Easton violated own gun policies," by Tracy Jordan, <u>The Morning
Call</u>, Jan. 20, 2006.

"Police Seek Answers in Deadly Shooting," by Brian McNeill, Connection
Newspapers (Fairfax County, VA), February 9, 2006.

"Woman Questions Police Role in Husband's Shooting Death," by John Boyle,
Citizen-Times, West Asheville, NC, March 5, 2006.

"Findings Expected in Probe of Officer's Death," by Joe McDonald, <u>The
Morning Call</u>, March 22, 2006.

"No Charges in Shooting;  Easton Police Slammed," by Joe McDonald, <u>The
Morning Call</u>, March 23, 2006.  "... [Captain] Gibiser said corrective steps have
been taken based on recommendations from a study done by Allentown lawyer
and firearms expert Emanuel Kapelsohn."

"Mother Sues Attorney General's Office in Son's Death," by Joe McDonald, <u>The
Morning Call</u>, April 8, 2006.

"Getting More Bang – Harlingen Police Department Upgrading Firepower," by
Joann Deluna, <u>Valley Morning Star</u>, May 8, 2006.

"Expert Defends Police Shooting," by Jason Cato, <u>Tribune-Review</u>, August 10,
2007.

"Firearms Expert:  Cop Justified for Use of Lethal Force," by Jason Cato, <u>Valley
Independent</u>, August 10, 2007.

Curriculum Vitae:
Emanuel Kapelsohn
Page 30

"Former Officer Recounts Shooting," by Christine Haines, Herald Standard,
August 10, 2007.

Consultant and guest presenter, "Conspiracy Theory" TV program for The
Discovery  Channel on the assassination of Martin Luther King, Jr.;  aired
several times during September 2007 and thereafter.

"'08 Revelers Are Warned to Hold Fire" by Laurie Lucas, The Press-Enterprise,
Riverside, CA, December 31, 2007, quoting Emanuel Kapelsohn, "a nationally
recognized firearms expert."

The Concealed Handgun Manual by Chris Bird, 5th Ed., San Antonio, TX 2008.
Emanuel Kapelsohn and The Peregrine Corporation cited as a recommended
source for firearms training.

"Lawyer:  Troopers Justified in Shooting" by Joe McDonald, The Morning Call,
Allentown, PA, November 23, 2008.

"Shootings Remind Police Officers of Dangers They Face," by Jacqueline Koch,
Chattanooga Times Free Press, July 21, 2009.

"Excessive Force Use Questioned in Fatal Shooting," by Jacqueline Koch,
Chattanooga Times Free Press, August 5, 2009.

"Manny Kapelsohn: Officer Involved Shootings," interview by Betsy Brantner-
Smith on PoliceOneTV (www.policeone.com).  Premiered November 2, 2009.

"Armed and Ready" by Michael Malik, Bloomington, Indiana Herald-Times,
November 29, 2009.

"Vest saves officer from injury after shooting" by Rachel Cook, Idaho Falls Post
Register (June 18, 2011)

"Officers, news reporters try their hands at police scenario simulators, by Laura
Lane, Bloomington Herald –Times, Bloomington, IN (July 7, 2011).  Opening
sentence:  "Manny Kapelsohn  saw an opportunity for rural law enforcement
officers to experience sophisticated firearms training at no cost …"

"County law officers receive specialized firearm training at no cost," Greene
County Daily World (July 7, 2011).

Glock: The Rise of America's Gun by Paul Barrett (2012), pp. 53-59.

"Top Gun," THE WEEK, March 9, 2012.  Article cites and quotes E. Kapelsohn

"Linton Police Department's Citizens Academy gives participants a chance to
experience crime-fighting techniques" by Lisa Trigger, TribStar.com, 4/01/2012

"Kapelsohn Joins Network Advisory Board," ACLDN Journal, December 2012

Curriculum Vitae:
Emanuel Kapelsohn
Page 31

"Training for a Shootout:  How High-Tech Simulations Are Enhancing Emergency Response," by Nate Rawlings.  TIME Magazine, Time U.S., January 1, 2013.

"Banning Assault Weapons Won't Make Nation's Schools Safer," Opinion Editorial by E. Kapelsohn, MORNING CALL, January 6, 2013.

E. Kapelsohn a panelist on "Business Matters," Channel 69 (Allentown, PA), February 4, 2013.  Show about active shooters, assault weapons, and legislation.

"Adam Lanza's Arsenal," by Benjamin Wallace-Wells, NEW YORK magazine, February 11, 2012.  E. Kapelsohn featured and quoted in the article.

"Report details how FBI agent Barry Bush died in friendly-fire shooting," by Doug Brill, EXPRESS TIMES LehighValleyLive.com, March 7, 2013.  E. Kapelsohn quoted.

"Pittsburgh Police Bullets Not Lacking in Power, FBI Test Shows," by M. Harding. Pittsburgh Tribune-Review, April 23, 2013. E. Kapelsohn quoted. E. Kapelsohn guest co-host on ESPN-LV radio show, "The Water Cooler," Sept. 22, 2013.  Broadcast from Easton, PA on 1230 and 1320 AM.  Topics included the Washington Navy Yard Shooting, what to do in an active shooter situation, and assuming responsibility for one's own personal safety.

E. Kapelsohn mentioned in "Why Are Police Shootings of Innocents on the Rise?" by Steven Yoder,  The American Prospect magazine, October 31, 2013

"City of Pittsburgh Police Are Waiting for New Ammo," by Margaret Harding. Pittsburgh Tribune-Review, Feb. 23, 2014.  E. Kapelsohn quoted.

"Surge in gun sales subsiding in Lehigh Valley region," by J. Sheehan. The Morning Call, Allentown, PA. March 17, 2014.  E. Kapelsohn quoted

"Experts Differ on Path of bullet; Closing Arguments Today in Bonacci Murder Trial," by Rebekah Brown, thetimestribune.com, May 8, 2014

"Attorneys Offer Conflicting Views of the Man Accused of Killing Frank Bonacci," thetimestribune.com, May 9, 2014

"Murder Trial Testimony Ends," by Stacy Lange, WNEP.com, May 7, 2014
"Closing Arguments set for Tuesday in Arundel road-rage Murder Case," by Pamela Ward, The Baltimore Sun, July 28, 2014.

"Experts Give Differing Opinions in Road-Rage Murder Trial," by Tim Pratt, CapitalGazette.com, July 29, 2014.

"Troubling Times for Pa. State Police," by Jessica Parks, Philadelphia Inquirer, October 5, 2014.  E. Kapelsohn quoted.

Curriculum Vitae:
Emanuel Kapelsohn
Page 32

"State police struggle in dealing with multiple crises," by Jessica Parks, <u>The Morning Call</u>, October 6, 2014.

"No Charges for Milwaukee Officer Who Shot Man 14 Times," <u>www.USAToday.com</u>, December 22, 2014, Aamer Madhani

"Milwaukee Officer Won't Face Charges for Killing Mentally Ill Man," UPI.Com, December 22, 2014, Frances Burns

"Former Milwaukee Police Officer Won't Be Charged," <u>www.NYTimes.com</u>, Monica Davey, December 22, 2014.  Emanuel Kapelsohn cited as "a leading expert on use-of-force reviews."

"Building a case for Lisa Mearkle: Did she have reasonable cause to fear for her life?" by Ivey DeJesus, March 25, 2015.  E. Kapelsohn quoted extensively.

"Deadly Force:  Police who kill rarely face criminal charges; Hummelstown case is rare," by Ivey DeJesus, March 27, 2015.

"OIS Question:  Is a "non-threatening" gun really non-threatening?"  Force Science News #279, April 2015.

"When Chicago Cops Shoot," by Steve Bogira, <u>Chicago Reader</u>, May 20, 2015. "15 Ways The iPhone Gun Case Could Go Very, Very Wrong," by Tara Haelle, Forbes, <u>http://www.forbes.com/sites/tarahaelle/2015/07/08/15-ways-the-iphone-gun-case-could-go-very-very-wrong/</u>

"Beachgoer discovers gun-replica phone case 'not a smart idea'" by Katie May, <u>Winnipeg Free Press</u>, August 12, 2015.

Emanuel Kapelsohn interviewed on "Morning Wave in Busan," Radio FM 90.5, Busan, South Korea, on subjects of firearms safety and firearms laws, October 5, 2015.

"Questions Linger After Police Shooting in Chester" by Caitlin McCabe, <u>Philadelphia Inquirer</u> and philly.com, February 21, 2016.

"Defendant testifies in Manchester rep men case," by Heather Mongilio, Carroll County Times, May 19, 2016.

"Pulse Families Get Some Answers from Autopsies," Orlando <u>Sentinel</u>, August 5, 201.  (also see <u>Sun Sentinel</u> Broward Edition, 8/6/16; 90.7 WMFE radio interview by Abe Aboraya, and other extensive media coverage.)
"Forensics experts:  Rubber bullet did not kill protester Justin Carr," <u>The Charlotte Observer</u>, by Michael Gordon, et al., November 18, 2016.

"CMPD officer was cleared in Keith Lamont Scott shooting, but will it still cost the city?" by Fred Clasen-Kelly, charlotteobserver.com, December 6, 2016. E.

Curriculum Vitae:
Emanuel Kapelsohn
Page 33

Kapelsohn quoted and cited as expert on police use of force.

"Good Samaritan Kills Active Shooter in Texas Sports Bar: Police" by Phil McCausland, NBCNews.com, May 4, 2017, 10:20 p.m. ET.

"Yanez takes stand, 'I thought I was going to die' during confrontation with Castile," C. Xiong, et al., Star Tribune, June 10, 2017.

"Case file in Philandro Castile shooting to be made public; family intends to Sue," B. Stahl, Star Tribune, June 20, 2017 ("She said the most believable witness was Emanuel Kapelsohn …")

"Police Training Experts Testify in Philip Brailsford Trial," www.abc15.com/news, November 28, 2017.

"Prosecution rests:  defense of ex-Mesa cop begins," azfamily.com. November 27, 2017.

"Attorney for ex-Mesa police officer Philip Brailsford," amp.azcentral.com, September 8 and September 9, 2016.

"Expert witness for prosecution: Brown Deer officer was not justified in shooting, wounding of man," A. J. Bayatpour, Fox6News.com, Feb. 14, 2018.

"Attorneys present opening statements in trial of Brown Deer officer accused of shooting suspect," Peter Zervakis, MJMJ TV Milwaukee, Feb. 14, 2018.

"Brown Deer officer on trial for 2016 shooting of bus passenger," Bruce Vielmetti, Milwaukee Journal Sentinel, Feb. 12. 2018.

"State's expert says Brown Deer officer not justified in shooting unruly bus passenger on ground," Bruce Vielmetti, Milwaukee Journal Sentinel, Feb. 14, 2018.

"Brown Deer officer charged in shooting," Gina Barton and Ashley Luthern, Milwaukee Journal Sentinel, October 21, 2016.

"Police use-of-force expert:  Rialmo was right to shoot LeGrier," by Sam Charles, chicago.suntimes.com/news/police-use-of-force-expert, 6/22/2018.

"Chicago cop justified in shooting bat-wielding teen, use of force expert testifies," by Dan Hinkel, www.chicagotribune.com/news, 6/22/2018.

"Police use of force expert testifies in Quintonio Legrier wrongful death case," by Leah Hope, http://abc7chicago.com/3638265/.   6/22/2018.

http://www.nbcchicago.com/news/local/Use-of-Force-Expert-Testifies-in--486326581.html

Curriculum Vitae:
Emanuel Kapelsohn
Page 34

https://wgntv.com/2018/06/22/defense-witness-says-rialmos-use-of-force-was-in-line-with-standards/

"Noor trial: Rusczyk silent before shot; closing arguments Monday," MPR News, Minneapolis, April 26, 2019.

"Two Minnesota police shooting trials, two very different verdicts," by Jon Collins, MPR News, Minneapolis, May 1, 2019.

"Former Minneapolis police officer fund guilty in Justine Ruszcyk's death," CNN, May 1, 2019.

"What we learned Friday in court at Mohamed Noor's trial," Minneapolis Star Tribune, April 26, 2019.

"Don't Shoot at the Sky!  A Common-Sense Reminder After A Stray Shot Hits Boy at IronPigs Game," by Steve Novak, Lehighvalleylive.com, July 30, 2019.

"Ugly racism:  Full acquittal in fatal Pittston Shooting," Patrick Kernan, Times Leader, October 5, 2018.

"CMPD Shooting is legally justified, some experts say, but raises 'serious questions,' " by Ames Alexander, Charlotte Observer, April 15-16, 2019.

"For Years, CMPD has pledged improved training.  It hasn't been enough," by Fred Clasen-Kelly, James Webster, Ames Alexander, and Danielle Chemtob, Charlotte Observer, April 16, 2019.

"Jonathan Roselle, former South Whitehall officer, charged in shooting, takes stand; expert witnesses defend his actions," Michelle Merlin, The Morning Call, March 18, 2020.  E. Kapelsohn cited and quoted.

"Police Training Expert Says 'I Can't Breathe' Resolution Is Redundant Under MPD Policy, Others Disagree," by Bryan Polcyn, Fox6Now.com, June 16, 2020.

"What Milwaukee Police Policies Really Say (and Why It Matters)" by Amanda St. Hilaire, Fox6Now.com, June 22, 2020.

"Use of Force Expert Gives His Take on Video Showing Officer Kneeling On Man in Allentown," by Bo Koltnow, Lehigh Valley Regional News, July 13, 2020.

"The Devil You Know"  TV Episode 2021, regarding the Barbara Rogers/Stephen Mineo incident, episode aired Apil 26, 2021.

"Man Paralyzed in Accidental Shooting in Poconos Reaches $5.5 Million Settlement," by Hannah Phillips, Pocono Record, September 14, 2021.

"Grand Rapids Officer Charged with Careless Gunfire Wants Case Thrown Out"

Curriculum Vitae:
Emanuel Kapelsohn
Page 35

by Susan Samples, Target 8 News, Grand Rapids, posted Jne 16, 2022, 8:18 p.m. EDT.  And TV:  New at 6:  Target 8 Investigates, Newsclip: Officer Greg Bauer.

"Examining Where Bullets Came From That Struck Cops on July 4th," NBC10 News Philadelphia, Claudia Vargas, Investigative Reporter.  July 8, 2022.

**PARTIAL LIST OF
FIREARMS-RELATED
PUBLICATIONS:**

SWAT TEST THE DETONICS MC-2 .45 AUTO by Emanuel Kapelsohn, Survival Weapons and Tactics (SWAT) (October 1983)

TEST & EVALUATION:  COLT "GOV'T" .380 AUTO by Emanuel Kapelsohn, Survival Weapons and Tactics (SWAT) (March 1984)

BUCKSHOT PATTERNS:  THE MYTH/THE REALITY by Emanuel Kapelsohn, Survival Weapons and Tactics (SWAT) (March 1984)

TEST & EVALUATION:  IVER JOHNSON .380 AUTO by Emanuel Kapelsohn, Survival Weapons and Tactics (SWAT) (March 1984)

BEST BUY" OUT-OF-THE-BOX POCKET .45 by Emanuel Kapelsohn, Survival Weapons and Tactics (SWAT) (June 1984)

WINCHESTER'S WINNING RIOT SHOTGUN by Emanuel Kapelsohn, Special Weapons (Fall 1984)

TEST AND EVALUATION:  STEYR GB 9mm SEMIAUTOMATIC PISTOL by Emanuel Kapelsohn, Survival Weapons and Tactics (SWAT) (August 1984)

PRODUCT REPORT:  HANSEN .22 RIMFIRE AMMUNITION by Emanuel Kapelsohn, Survival Weapons and Tactics (SWAT) (August 1984)

FIELD TEST:  STEYR GB 9mm PISTOL by Emanuel Kapelsohn, The Police Marksman (May/June 1984)

SHOOTING THROUGH COAT POCKETS by Emanuel Kapelsohn, Survival Weapons and Tactics (SWAT) (September 1984)

Note:  The above article was also reprinted in part, and research results summarized, in "Pocketing a Pistol Poses Problems for Your Officers," by Bill Clede, Training Aids Digest, Vol. 11 No. 12., Washington Crime News Services (December 1986)

BUCKSHOT BREAKTHROUGH by Emanuel Kapelsohn, Survival Weapons and Tactics (SWAT) (October 1984)

Curriculum Vitae:
Emanuel Kapelsohn
Page 36

TEST & EVALUATION:  KFC M-250 AUTOLOADING SHOTGUN
  by Emanuel Kapelsohn, Survival Weapons and Tactics (SWAT)
  (December 1984)

BALLISTIC AND RIOT SHIELDS by Emanuel Kapelsohn,
  The Police Marksman (September/October 1984)

FIELD TEST:  FEDERAL "PREMIUM" COPPER-PLATED BUCKSHOT
  by Emanuel Kapelsohn, The Police Marksman (November/December 1984)

FIELD TEST:  MANURHIN MODEL PPK/S .380 PISTOLS by Emanuel
  Kapelsohn, The Police Marksman (Nov/Dec 1984)

RUGER MODEL 77/22:  A RIMFIRE WITH CLASS by Emanuel Kapelsohn,
  Survival Weapons and Tactics (SWAT) (April 1985)

FIRST IMPRESSIONS:  RUGER XGI RIFLE by Emanuel Kapelsohn,
  Survival Weapons and Tactics (SWAT) (April 1985)

THE AMAZING AUG by Emanuel Kapelsohn, Survival Weapons and Tactics
  (SWAT)  (June 1985)

FIELD TEST:  COLT .45 OFFICER'S ACP by Emanuel Kapelsohn,
  The Police Marksman (May/June 1985)

FIELD TEST:  RUGER REDHAWK .41 MAGNUM REVOLVER
  by Emanuel Kapelsohn, The Police Marksman (May/June 1985)

GETTING OUT OF A GUN JAM by Emanuel Kapelsohn, Soldier of Fortune
  (July 1985)

HIGH-QUALITY, LOW-COST HANDGUN TRAINING AMMUNITION
  by Emanuel Kapelsohn, The Police Marksman (July/August 1985)

POLISHING PUMP-GUN TECHNIQUE by Emanuel Kapelsohn,
  Soldier of Fortune (October 1985)

FIELD TEST:  PRO-SHOT TIMER AND PRO TIMER II by Emanuel
  Kapelsohn, The Police Marksman (January/February 1986)

FIELD TEST:  HECKLER & KOCH P7 M13 PISTOL by Emanuel Kapelsohn,
  The Police Marksman (January/February 1986)

POLICE FIREARMS REQUALIFICATION:  READY, AIM, FIRE?
  by J. Maddaloni, Jr. and E. Kapelsohn, New Jersey Municipalities (Nov. 1985)

SHOTGUN PATTERNS, CHOKES, AND PERFORMANCE by Emanuel
  Kapelsohn, The Police Marksman (September/October 1985)

Curriculum Vitae:
Emanuel Kapelsohn
Page 37

LOW-LIGHT SHOOTING by Emanuel Kapelsohn, <u>Soldier of Fortune</u>
 (April 1986)

SPRINGFIELD ARMORY'S "NEW" 1911-A1 PISTOL by Emanuel Kapelsohn,
 <u>Special Weapons and Tactics</u>, (<u>SWAT</u>) (April 1986)

PROGRESSIVE FIREARMS TRAINING by Emanuel Kapelsohn,
 <u>Security Management</u> (February 1986)

STEYR'S SPACE-AGE AUG by Emanuel Kapelsohn, <u>Gun Digest Book of</u>
 <u>Assault Weapons</u> (Chapter 4) J. Lewis, Ed. (DBI Books, Northbrook, IL 1986)

THE GLOCK STRIKES by Emanuel Kapelsohn, <u>Guns Magazine Annual Digest</u>
 (1987 Vol. 33)

U.S. LAW ENFORCEMENT VS. TERRORISM:  PUTTING A LID ON
 VIOLENCE BEFORE IT STRIKES by Emanuel Kapelsohn, <u>Terrorism</u>
 (September 1986)

FIREARMS OWNERS PROTECTION ACT AFFECTS AUTOMATIC
 WEAPONS OWNERSHIP AND INTERSTATE TRANSPORTATION OF
 FIREARMS by Emanuel Kapelsohn, <u>The Police Marksman</u> (July/August 1986)

THE MAGNIFICENT GLOCK 17 PISTOL by Emanuel Kapelsohn, <u>The Police</u>
 <u>Marksman</u> (September/October 1986)

BORN IN THE USA:  COLT REINTRODUCES THE SMG by Emanuel
 Kapelsohn, <u>Soldier of Fortune</u> (March 1987)

THE GLOCK 17 9mm PISTOL by Emanuel Kapelsohn, <u>Law and Order</u>
 (October 1986)

POWER FROM A DISTANCE:  COLT'S NEW COUNTER-SNIPER RIFLE,
 THE DELTA H-BAR by Emanuel Kapelsohn, <u>Police</u> (February 1987)

COLT 9mm SMG by Emanuel Kapelsohn, <u>Police</u> (February 1987)

PREVIEWING COLT'S NEW DELTA H-BAR:  THE AR-15 COUNTER-
 SNIPER RIFLE by Emanuel Kapelsohn, <u>Special Weapons and Tactics</u>
 (<u>SWAT</u>) (February 1987)

FIELD TEST:  SPRINGFIELD ARMORY 1911-A1 PISTOL by Emanuel
 Kapelsohn, <u>The Police Marksman</u> (January/February 1987)

IALEFI by Emanuel Kapelsohn, <u>The Police Marksman</u> (Jan./Feb. 1987)

COLT'S 10mm DELTA ELITE:  MAGNUM POWER IN AN AUTOLOADER
 by Emanuel Kapelsohn, <u>Police</u> (August 1987)

Curriculum Vitae:
Emanuel Kapelsohn
Page 38

TRANSITIONAL HANDGUN TRAINING:  SWITCHING TO SEMI-
AUTOMATICS by Emanuel Kapelsohn, Law Enforcement Technology
(May/June 1987)

1987 IALEFI NATIONAL TRAINING CONFERENCE SCHEDULED FOR
MESA, ARIZONA by Emanuel Kapelsohn, Law and Order (August 1987)

AN INSTRUCTOR'S LOOK AT DEA FIREARMS TRAINING by Emanuel
Kapelsohn, The Police Marksman (May/June 1988)

GLOCK 19:  THE IDEAL 9mm FOR THE ONE GUN CONCEPT by Emanuel
Kapelsohn, The Police Marksman (September/October 1988)

RELOADING THE SEMI-AUTOMATIC PISTOL - PART ONE by Emanuel
Kapelsohn, International Association of Law Enforcement Firearms Instructors
Newsletter (February 1989)

COMBAT TEST:  THE NEW GLOCK 20 by Emanuel Kapelsohn, Combat
Handguns (June 1990)

THE NEW 10mm GLOCK 20:  MAGNUM POWER IN A DOUBLE-ACTION
SERVICE PISTOL by E. Kapelsohn, The Police Marksman (May/June 1990)

BERETTA 85F .380 PISTOL by Emanuel Kapelsohn, The Police Marksman
(November/December 1990)

THE UNIVERSAL COVER MODE, OR HOW TO NOT SHOOT PEOPLE
by Emanuel Kapelsohn, The Firearms Instructor (May 1991 and August 1991)

THE UNIVERSAL COVER MODE, OR HOW TO NOT SHOOT PEOPLE
by Emanuel Kapelsohn, reprinted in Newsletter of Georgia Association of
Law Enforcement Firearms Instructors, Vol. 1, Quarter 4 (Oct. 1991)

"Introduction to the Glock Pistol" videotape produced by The Peregrine
Corporation and featuring Emanuel Kapelsohn (48 mins., in police and
civilian versions) Glock, Inc., Smyrna, GA 1991

GLOCK PREVENTIVE MAINTENANCE MANUAL by Emanuel
Kapelsohn (Glock, Inc., Smyrna, GA 1991)

FIREARMS TRAINING STANDARDS FOR LAW ENFORCEMENT
PERSONNEL (IALEFI, Laconia, NH 1993).  E. Kapelsohn, principal
author and editor

GIVING THE COMMAND TO HOLSTER by Emanuel Kapelsohn
The Firearms Instructor (Winter 1993)

STANDARDS & PRACTICES REFERENCE GUIDE FOR LAW
ENFORCEMENT FIREARMS INSTRUCTORS, E. Kapelsohn, Associate

Curriculum Vitae:
Emanuel Kapelsohn
Page 39

Editor (IALEFI, Laconia, NH 1994)

SMITH & WESSON SIGMA by E. Kapelsohn, Law & Order  (Oct. 1994)

GLOCK MODELS 26 & 27 SUBCOMPACT PISTOLS by Emanuel Kapelsohn,
 Police Marksman (Nov./Dec. 1995)

IALEFI APPROVES ITS FIRST TARGET - THE IALEFI-Q by Emanuel
 Kapelsohn, The Firearms Instructor, Vol. 17 (1995)

WHAT'S IN A TARGET?  INTRODUCING THE IALEFI-Q by Emanuel
 Kapelsohn, Police Marksman (May/June 1996)

P95:  INTRODUCING RUGER'S FIRST POLYMER-FRAME SERVICE
 PISTOL by Emanuel Kapelsohn, Police Marksman (July/August 1996)

P239:  SIG'S NEW COMPACT 9mm PISTOL by Emanuel Kapelsohn,
 Police Marksman (July/August 1996)

RAPID ACQUISITION TARGETING SYSTEMS LASER SIGHT
 by Emanuel Kapelsohn, Police Marksman (July/August 1997)

"IALEFI Handgun Safety Check" videotape, written by and featuring
 E. Kapelsohn, produced by North Carolina Justice Academy (IALEFI 1997)

IALEFI HANDGUN SAFETY CHECK booklet, Emanuel Kapelsohn,
 principal author (IALEFI 1998)

FIELD TEST:  SPEER GOLD DOT 125-GRAIN .38 SPECIAL AMMUNITION
 by Emanuel Kapelsohn, Police Marksman (March/April 1998)

THE PATROLLER POLICE VEHICLE by Emanuel Kapelsohn,
 Law & Order (March 1998)

FBI INSTITUTES NEW CONTROLS FOR SCENARIO TRAINING
 by Emanuel Kapelsohn, The Firearms Instructor, Issue 26 (1999)

SAFETY TIP by Emanuel Kapelsohn, The Firearms Instructor, Issue 26 (1999)

FOR GUN SAFETY, STICK TO FOUR RULES, BUT WATCH OUT FOR
 THE FOUR MYTHS by Emanuel Kapelsohn, Allentown Morning Call,
 (October 22, 1999)

Handgun Shooting Fundamentals section, Basic Police Academy
 curriculum lesson plan, Pennsylvania Municipal Police Officers
 Education and Training Commission. Emanuel Kapelsohn, author (2000)

THE FIREARMS INSTRUCTOR'S RANGE BAG by Emanuel Kapelsohn,
 The Firearms Instructor, Issue 29 (2000)

Curriculum Vitae:
Emanuel Kapelsohn
Page 40

FIELD TEST: SIGARMS SSG3000 TACTICAL PRECISION RIFLE by
 Emanuel Kapelsohn, Police Marksman (July/August 2000)

IALEFI Q-TARGET UPDATE by Emanuel Kapelsohn, The Firearms Instructor,
 Issue 30 (2001)

PARA-ORDNANCE LDA PISTOL ARMORERS MANUAL (2001 and rev.)

PARA-ORDNANCE LDA FIREARMS INSTRUCTOR NOTEBOOK  (2001)

KIMBER PISTOL ARMORER'S NOTES (2001)

KIMBER PISTOL INSTRUCTOR WORKSHOP NOTEBOOK (2001)

GUIDELINES FOR SIMULATION AND "FORCE ON FORCE" TRAINING
 (Draft, IALEFI, Gilford, NH 2001).  Emanuel Kapelsohn, principal author.

AVOIDING TRAINING DEATHS: SAFETY CONSIDERATIONS IN ROLE
 PLAYING EXERCISES by Emanuel Kapelsohn, The Firearms Instructor, Issue
 31 (2002)

REDMAN PROVIDES SIMULATION TRAINING POSTER by Emanuel
 Kapelsohn, The Firearms Instructor, Issue 32 (2003)

Contributor to RedMan Firearms Simulation Safety Poster (2003)

Bobcat Weapons BW-5 Operator's Manual.  Emanuel Kapelsohn, author. (2004)

FIREARMS TRAINING STANDARDS FOR LAW ENFORCEMENT
 PERSONNEL (IALEFI, Gilford, NH 2004 Rev.).  E. Kapelsohn, principal
 author

IALEFI GUIDELINES FOR SIMULATION TRAINING SAFETY.  E.
 Kapelsohn, principal  author.  (IALEFI, Gilford, NH 2004)

"More First Hand Information," by Emanuel Kapelsohn.  The Gun Zone.
 http://www.thegunzone.com/ayoob/magliato-kapelsohn.html

COURSES OF FIRE – PENNSYLVANIA BASIC HANDGUN
QUALIFICATION COURSE by Emanuel Kapelsohn, The Firearms Instructor,
Issue 42 (2007).  Also reprinted in excerpted form in Pennsylvania MPOETC
Training Bulletin, Fall 2007.

QUALIFICATION COURSES OF FIRE:  PENNSYLVANIA'S ADVERSE
LIGHT QUALIFICATION COURSE by Emanuel Kapelsohn, The Firearms
Instructor, Issue 44 (2008).

GETTING AND STOCKING A "GO BAG" by Emanuel Kapelsohn, The

Curriculum Vitae:
Emanuel Kapelsohn
Page 41

Firearms Instructor, Issue 53 (2012).

"Banning Assault Weapons Won't Make Nation's Schools Safer" by E. Kapelsohn, Allentown Morning Call, Op-Ed, January 6, 2013

"No Prepping,"  Letter to the Editor, HANDGUNS Magazine, April/May 2014.

"The Glock Model 43:  New 9mm Micro-Pistol," by Emanuel Kapelsohn. Law and Order magazine, August 2015.

"There Are No Safe Guns," by Emanuel Kapelsohn.  The Firearms Instructor, Issue 58 (2016)

"Pennsylvania State Police Firearms Instructor Criminally Charged in Training Death of Trooper," by Emanuel Kapelsohn.  The  Firearms Instructor, Issue 58 (2016)

 "Baltimore Police Firearms Instructor Convicted of Reckless Endangerment in Accidental Shooting During Simunitions Training," by Emanuel Kapelsohn. Anticipated publication date:  The Firearms Instructor, Issue 59 (2017)

"Civilian Response To Active Shooter Events," by Emanuel Kapelsohn, Network Magazine, January 2017

"For the Record" (letter to the Editor concerning the Yanez shooting incident and trial.  Concealed Carry Magazine, August/September 2017. Vol. 14, Issue 6.

"Safety With Dropped Guns" by Emanuel Kapelsohn, IALEFI Press-Check (2021) and PA MPOETC Newsletter.

"To Score Or Not To Score:  That Is The Question" by Emanuel Kapelsohn, The Press Check, IALEFI (2021)

**SELECTED LIST OF AGENCIES TRAINED AND COURSES TAUGHT:**

Basic Pistol and Special Pistol courses, American Pistol Institute (Paulden, AZ 1980-1982):  staff instructor.

Firearms Safety, Basic Handgun and Defensive Handgun courses, U.S. Treasury Department Pistol Club, New York, NY (1980-1983).

Defensive Handgun Training, The Spiesman Agency, New York, NY (1980-83):  provided handgun training for detective agency.

Defensive Handgun Training and Qualification, Danbee Investigations (New Jersey 1983):  provided handgun training for detective agency

Curriculum Vitae:
Emanuel Kapelsohn
Page 42

personnel.

Officer Survival Instructor Course.  Massachusetts Criminal Justice Training
  Council.  (1984):  taught the firearms portion of this instructor-level course.

Close-Range Handgun Techniques:  Sampson Technical College, Clinton,
  NC (1984).  Taught this defensive handgun class.

Borough of Midland Park Police Department (NJ 1985):  conducted semi-
  automatic pistol transitional training for this department.

Union County (New Jersey) Prosecutor's's Office (Senior Firearms Instructor
  Course.  1985):  co-instructed three separate week-long courses for firearms
  instructors from every police department in Union County under contract with
  Rockwood Corporation, Police Training Division.

International Police Academy - Master Instructors Seminar (Morell,
  Desmedt, et al.):  guest instructor (Toms River, NJ 1986)

Connecticut State Police Academy.  (Senior Firearms Instructor Course.
  Meriden, CT, 1986 and 1988):  guest instructor under contract with Rockwood
  Corporation, Police Training Division.

NRA Law Enforcement Firearms Instructor School (U.S. Marine Base,
  Quantico, VA 1986):  instructor.

Hilltown Township Police Department (PA 1986):  conducted semi-automatic
  pistol transitional training for this department.

Glock Familiarization Course, Middlesex County, NJ 1987:  taught a one-day
  familiarization course for police firearms instructors from multiple agencies.

1987 Glock International Training Symposium.  (Kansas City, Kansas):  headed
  a team of four instructors in conducting this training conference for some 70
  participants.

Police Counter-Sniper Rifle Course.  (Fort Dix, New Jersey 1987):  co-instructed
  this course for police and military counter-snipers.

Borough of Ramsey Police Department (NJ 1987):  conducted semi-automatic
  pistol transitional training program for this department.

International Association of Law Enforcement Firearms Instructors (IALEFI),
  National Training Conferences (see above):  conducted instructor-level
  programs on Drawing the Handgun and Close-Range Shooting Techniques
  (Philadelphia 1985); Dim Light Shooting Techniques, and Combat Shotgun
  Characteristics (Orlando, FL 1986); Tactical Use of Cover (Mesa, Arizona
  1987); Dim-Light Assault Rifle and Shotgun Techniques, and Semi-Automatic
  Pistol Transitional Training (St. Augustine, FL 1988); Dim-Light Shotgun and

Curriculum Vitae:
Emanuel Kapelsohn
Page 43

Rifle Techniques (Salt Lake City 1989); Concealed Carry Handgun, Auto-Pistol Transitional Training, Dim-Light Handgun and Shotgun, and Police Handgun Caliber Selection and Effectiveness (panel) (Washington, D.C. 1990); Firearms Safety; Involuntary Muscular Contraction and Unintentional Discharge (co-instructed with Dr. Roger Enoka) (Mesa, AZ 1991); Developing Dynamic Training Exercises for the Patrol Officer (co-instructed with Peter Tarley) (Tampa, FL 1992); Development of Dynamic Training Exercises for Patrol Officers (co-instructed with Peter Tarley) (Reno, NV 1993); Dynamics of a Gunfight (Orlando, FL 1994); Training Handgun Skills (Amarillo, TX '95).

Basic and Advanced Defensive Handgun Courses (1982-1993):  co-instructed (with John Farnam) courses in locations including Fort Mead (MD), Norristown (PA), Ledgewood (NJ), Berkeley Township (NJ), Princeton Junction (NJ), Pipersville (PA), Dutchess County (NY), New York City (NY), Salt Lake City (UT), Bradford (RI), Elroy (WI), East Stroudsburg (PA), and Atlantic City (NJ).

New Jersey Armored Motor Carriers Association (1987):  guest speaker on subject of firearms training for the armored car industry.

Defensive Shotgun Course (East Stroudsburg, PA 1987).

Armored Motor Service Corp. (Trenton, NJ 1985-88):  conducted handgun training and qualification.

Princeton Armored Service (Trenton, NJ 1986-1990):  conducted handgun training and qualification.

Eastern Armored Service (Trenton, NJ 1991-1997):  conducted handgun training and qualification.

Berkleigh Career School (East Brunswick, NJ 1988-1989):  conducted firearms training program for security officer trainees.

NRA Law Enforcement Semi-Automatic Pistol Seminars.  Helped to design, and served as chief instructor for these courses taught at U.S. Marine Base, Quantico, VA (1987); Florida Law Enforcement Training Center at Lively (1988); Oklahoma City Police Academy (1988); Port Huron, Michigan (1988); and Alamo Area Law Enforcement Academy, San Antonio, TX (1988).

Miami (FL) Police Department (Firearms Instructor Course, 1987):  trained MPD firearms instructors as part of this agency's transition from revolver to semi-automatic.

New Jersey Department of Environmental Protection, Bureau of Law Enforcement (Firearms Instructor Workshop, 1987):  trained NJDEP instructors for this agency's transition from revolver to semi-automatic.

National Armored Car Association (Annual Meeting.  New York, NY 1987):

Curriculum Vitae:
Emanuel Kapelsohn
Page 44

guest speaker on subject of current trends in firearms training and training-related liability.

Atlantic City Police Academy.  (Police Handgun Instructor Workshop, 1987. Police Shotgun Instructor Workshop, 1987.  Police Special Weapons Course, 1987.  Glock 17 Familiarization Course, 1987).

New Jersey Correctional Officers Training Academy, Training Advisory Council (1988):  guest speaker on progressive firearms training and training liability.

Jacksonville (FL) Police Department (Firearms Instructor Course, 1988): conducted handgun and shotgun instructor course.

Tennessee Bureau of Investigation (Firearms Instructor Course, 1988): trained TBI firearms instructors in preparation for agency's transition from revolver to semi-automatic pistol.

Metropolitan Toronto Police (Auto-pistol Workshop.  Toronto, Canada 1988): conducted transitional pistol training for members of this agency's police academy, Emergency Task Force, and dignitary protection unit.

NRA Annual Meeting (Orlando, FL 1988):  guest speaker before the Legislative Affairs Committee and the opening session of the General Meeting.

Burlington County (NJ) Police Academy (Semi-Automatic Pistol Instructor Workshops, 1985-1987; Shotgun Instructor Workshop, 1987; Officer Survival Course, 1988; Firearms Instructor Update, 1991).

Atlantic City Police Department (Firearms Instructor Course, 1988):  trained ACPD instructors to conduct agency's transition from revolvers to pistols.

Professional Conference, "Law and Management in the Security Industry." University of the West Indies, St. Augustine, Trinidad.  July 1988.  Featured guest lecturer on topic "Current Trends in Firearms Training."

New Jersey Department of Corrections (1988):  conducted semi-automatic pistol survey course as part of this agency's process of selecting a service pistol.

Takoma Park Police Department (Maryland, 1988):  conducted instructor-level transitional training course.

Police Counter-Sniper Rifle Course (Glastonbury, Connecticut.  1988): co-instructed this course for police counter-snipers.

SWAT Team Training Course.  (Cape May County Police Academy, 1988): conducted tactical team training in handgun, shotgun, assault rifle, and submachine gun.

Lecture presentation:  "Police Use of Lethal Force:  Legal and Tactical

Curriculum Vitae:
Emanuel Kapelsohn
Page 45

Considerations." Emanuel Kapelsohn and Sgt. Evan Marshall.  (Mt. Laurel, New Jersey.  1988).

Jacksonville (Florida) Police Department (Firearms Instructor Workshop, 1988): conducted transitional training instructor course preliminary to this agency's switch to semi-automatic pistols.

Conducted Glock Armorer Courses in Atlantic City, Boston, Sacramento, San Francisco, San Diego, Carson City (Nevada), Washington, Chicago, Trenton, New York City, Philadelphia, Indianapolis, Baltimore, Spokane, Atlanta, Greensboro, Carlisle (PA), Phoenix, Oklahoma City, Seattle, San Antonio, Jersey City, St. Thomas, Barbados, Billings (MT), Springfield (MO), Wenatchee (WA), Jersey City (NJ), Bergen County (NJ) Police Academy, Wyandotte (MI), Essex County (NJ) Police Academy, Overland (MO), Irvington (NJ) Police Department, San Antonio (TX), Miami (FL), South Carolina Justice Academy, North Carolina Justice Academy, St. Petersburg (FL), Jacksonville (FL), Toronto, Barbados, Chapin (SC), Smyrna (GA), Louisiana State Police Academy, and other locations (1987-1993).

Conducted Glock Firearms Instructor Workshops for/at Fulton County Sheriff's Office (NY), Yellowstone County Sheriff's Office (MT), Middlesex County (NJ) Police Academy, Bergen County (NJ) Police Academy, El Cajon (CA) Police Department, Barbados Police Service, St. Petersburg (FL) Police Department, North Platte (NE) Police Department, Overland (MO), Chapin (SC), Essex County (NJ) Police Academy, Springfield (MO) Police Department, Wenatchee (WA), Spokane (WA) Police Academy, Snohomish County (WA) Sheriff's Office, Louisiana State Police Academy, Jersey City (NJ) Police Department, Smyrna (GA), and others (1987-1993).

Conducted Glock Armorer Classes and Glock Firearms Instructor Workshops at Glock facility in Smyrna, Georgia, 1988-1993 (multiple classes).

Massachusetts Metropolitan Police (Boston, Massachusetts. 1988):  trained firearms instructors to conduct this agency's transition to semi-auto pistols.

Sacramento Municipal Utilities District (California, 1988):  trained nuclear security firearms instructors for Rancho Seco nuclear power facility.

American Society of Law Enforcement Trainers, Second Annual International Training Seminar (Kansas City, Missouri.  1989):  conducted instructor-level workshop on concealed handgun draw techniques and close-range defensive tactics.

Metropolitan Police (Washington, D.C., 1989):  conducted two programs to train firearms instructors and armorers to implement this agency's transition to semi-automatic pistols.

Camp Smith, NY (1989):  Speaker at Westchester County Firearms Instructors Seminar on Semi-Automatic Pistol Transitional Training.

Curriculum Vitae:
Emanuel Kapelsohn
Page 46

Topic: "Safety In The Transitional Training Program."

Trenton (New Jersey) Police Department (1989): trained firearms instructors
and armorers to conduct agency's transition to semi-automatic pistols.

New York Legal Aid Society (New York City, 1989?): co-instructed (with
Firearms Examiner D. Frangipani) firearms evidence lecture for attorneys.

Philadelphia Police Department (1989): trained firearms instructors and
armorers to conduct agency's transition to semi-automatic pistols.

Trinidad-Tobago Police Academy (Port-of-Spain, 1990): presented firearms
instructor workshop in conjunction with handgun training program conducted
at Teteron Military Base.

Louisiana State Police Academy, Baton Rouge, LA (1990): conducted
submachine gun instructor school.

New York State Police (1990): performed a contract to conduct a series of
programs at five locations throughout New York State to train NYSP firearms
instructors to conduct agency's transition to semi-automatic pistols.

IALEFI Regional Training Conference (Long Island NY. 1990): conducted
dim-light handgun training class.

Henrico County Police Department (Virginia, 1990): conducted two training
programs to prepare agency's instructors to conduct transition to semi-
automatic pistols.

Virgin Islands Police Department (St. Thomas, 1990): conducted semi-
automatic pistol instructor training program.

Developed police shotgun armorer training program for O. F. Mossberg &
Sons, and conducted first Mossberg Shotgun Armorer Courses in Burbank,
Tacoma, Philadelphia, North Haven (CT), South Carolina Criminal Justice
Academy, North Carolina Justice Academy, Skokie (IL), Kansas City,
San Antonio, Louisiana State Police Academy, Salt Lake City, and other
locations (1990-1992). Course revised 2000, below.

Baltimore City Police Department (1990): conducted semi-automatic pistol
instructor training program.

Missouri State Highway Patrol (1990): presented training program to prepare
agency's instructors to conduct transition to semi-automatic pistols.

Atlantic County's Prosecutor's Office: conducted Firearms Instructors
Recertification Course for all police firearms instructors in county (1990-2001)

Phoenix Regional Police Academy (1991): conducted armorer and semi-

Curriculum Vitae:
Emanuel Kapelsohn
Page 47

automatic pistol instructor training program.

Maryland National Capital Park Police (1991):  conducted semi-automatic pistol
instructor training program.

IALEFI Regional Training Conference (Dutchess County, N.Y. 1991): taught
classes on cover mode and involuntary discharge; advanced shotgun techniques.

DSIP (Caracas, Venezuela.  1991):  conducted firearms training program for
bodyguard detail of President of Venezuela, and for members of drug task force
and elite counter-terrorist unit.

Oregon State Police (1991):  conducted training program to prepare agency's
instructors to conduct transition to semi-automatic pistols.

Clients for which Mr. Kapelsohn has provided training and consulting
services, both domestically and abroad from 1983 through the present time,
include investigative agencies, executive protection details, armored car and
precious metal companies, corporations involved in newspaper publishing,
advertising, finance, pharmaceuticals, insurance, defense manufacturing,
mining, firearms and related products, steel, the movie/television industry,
and manufacturing industries; police departments, federal agencies, cities, and
state law enforcement training commissions.

Kutztown Jaycees (1991):  conducted firearms safety and BB gun marksmanship
training class for 8-12 year olds.

Seattle Police Department (1991):  conducted semi-auto pistol instructor program

American Society for Industrial Security (Schuylkill Valley Chapter, 1992):
presented lecture on current trends in security and law enforcement firearms
training.

NJ Department of Corrections, Glock 18 (select-fire pistol) Course for Witness
Protection Detail, Atlantic City Police Range (1992)

American Society of Law Enforcement Trainers Fifth International Training
Seminar (Milwaukee 1992):  presented instructor-level classes on involuntary
muscular contraction and involuntary discharge.

IALEFI Regional Training Conference (Dutchess County, NY 1992):  presented
lecture on training-related liability, documentation of training, and written
agency firearms policy.

IALEFI Regional Training Conference (Long Island, NY 1992):  conducted
classes on tactical handgun and dim-light handgun.

Reading Area Community College (1992):  Police Semi-Automatic Pistol
Instructor Workshop.

Curriculum Vitae:
Emanuel Kapelsohn
Page 48

National Tactical Invitational, Lewisberry, PA 1992:  taught class, "Legal
   Considerations in the Use of Deadly Force."

Northeastern Berks Regional Police Department (1992):  Semi-Automatic Pistol
   Training Program.

Salt Lake County Sheriff's Department (1992):  trained armorers and firearms
   instructors to conduct transition to semi-automatic pistols.

Tactical Shotgun Course (1993):  Pleasantville (NJ) Police Range.

IALEFI Regional Training Conference (Nassau County, NY 1993):  conducted
   class on firearms-related liability, written departmental firearms policies,
   and documentation of training.

Dallas Police Department (1993):  conducted police firearms instructors course.

North Carolina Justice Academy, Statewide Firearms Instructors Conference
   (1993):  Presented classes: Involuntary Muscular Contraction & Unintentional
   Discharge; Developing Dynamic Training Exercises for Patrol Officers.

Jacksonville (FL) Police Department (1993):  conducted police firearms
   instructors course.

Carnegie Mellon University Police Department (Pittsburgh 1993):  conducted
   transitional training program and handgun instructor workshop.

Calgary Police Service Tactical Unit (1993):  taught special weapons course
   including submachine gun, shotgun, rifle, and handgun.

Yardley, PA (1994):  Instructed Defensive Handgun Course.

Guest Speaker on topic "Should I Carry a Gun?" at JCK Show, Las Vegas,
   NV (June 1994).

Connecticut Police Academy, Meriden, CT.  Co-instructed senior instructor
   program "Selecting a Shoulder Weapon" (April 1994).

"Firearms Training Liability and Trends," Lehigh Valley Chapter, American
   Society for Industrial Security (1994).

Kutztown Police Department (1994):  conducted handgun and shotgun
   training.

Defensive Shotgun Courses, Pittsburgh, PA and Harvard, Mass. (1995).

Handgun training and qualifications, Eastern Armored Service (Trenton,
   NJ  1994-1996).

Curriculum Vitae:
Emanuel Kapelsohn
Page 49

Guest speaker, Firearms Committee, Pennsylvania Municipal Police Officers
Education and Training Council (Hershey, PA  1995).

Connecticut Police Academy, Meriden, CT.  Co-instructed Tactical Shotgun
Instructor course (1995).

"Trends in Police Firearms Training," Pennsylvania Burglar and Fire Alarm
Association, Allentown, PA  (1995).

Senior Firearms Instructor Course, Allentown Police Academy (PA 1995).

Defensive Handgun Course, Lehigh County District Attorney's Office,
Allentown, PA (1996).

Firearms Instructor Recertification Course, Dallas Police Department, Dallas,
TX (1996).

Glock 19 Transition Courses, Princeton Armored Service, Trenton, NJ (1995-6)

Lecture:  "Firearms Training-Related Liability," Annual Conference, Arizona
Law Enforcement Firearms Instructors Association, Mesa, AZ (1996).

Firearms Safety Program, Cub Scouts of America, Topton, PA (1996).

Basic Personal Protection Handgun Courses, Topton (PA) Fish & Game
Association Range (1994-1996).

IALEFI Handgun Safety Check, IALEFI Regional Training Conference,
Philadelphia Police Academy (1996).

Legal and Practical Aspects of Firearms Self-Defense for Civilians, Muhlenberg
Township Recreation Department (1996-1997).

American Society of Law Enforcement Trainers Regional Training Conference,
Bergen County (NJ) Police Academy (1996):  conducted instructor-level
courses on Tactical Handgun Skills; Dim-Light Handgun.

1996 IALEFI Annual Training Conference, Mesa, AZ.  Co-instructed instructor-
level courses on Training-Related Liability; Safety and Use of Reactive Steel
Targets.

North Carolina Justice Academy Statewide Instructors Conference:  conducted
instructor-level lectures on firearms safety, dim-light firing techniques, and
one-handed firearms manipulation (1997).

Berks County Sheriff's Department: conducted revolver-to-semiautomatic pistol
transitional training for this 38-officer agency (1997).

Curriculum Vitae:
Emanuel Kapelsohn
Page 50

IALEFI Regional Training Conference (Oklahoma City Sheriff's Office 1997):
conducted instructor-level program, "Developing Dynamic Range
Exercises for Patrol Officers."

Berks County Sheriff's Department:  assisted in conducting in-service
handgun and shotgun training, remedial training, and qualification
(1997-2007, 2012).

IALEFI Annual Training Conference (Columbia, Missouri, 1997):
co-instructed instructor-level program, "Legal Liability Update";
conducted IALEFI Handgun Safety Check for over 100 students;
chief safety coordinator for this 6-day conference involving some 500
participants (students, instructors, vendors) in day and night training
activities, displays, and competitions.  Courses attended:  see above.

Lehigh County (PA) District Attorney's Office (1997):  conducted
handgun training course.

Kutztown (PA) Police Department:  conducted in-service handgun
and shotgun training and qualification (1997, 2000, 2001, 2002, 2003).

Harrisburg Area Community College:  Co-instructed pilot judgmental use
of force class for Pennsylvania MPOETC (1998).

Allentown (PA) Kiwanis Club:  Guest speaker on "Firearms Safety and
Self-Defense" (1998).

U.S. Department of Health & Human Services, Office of the Inspector
General.  Training and consulting contract to assist agency in updating
its firearms training program for Special Agents (1998).

Northeastern Berks Regional Police Department (1998):  Conducted handgun
and shotgun qualifications and remedial training.

Berks County Postmasters Association:  Guest speaker on "Personal
Security" (1998).

Less Lethal 12-Gauge Impact Munitions User Certification Course
(Berks County, PA, 1998).

Camp Cadet, Oley, PA (1998):  Firearms safety presentation for 10-14 year
olds at summer camp sponsored by Pennsylvania State Police.

O.C. Civilian Users Certification Courses:  Conducted a series of courses for
employees and for security officers of Fortune 500 company (1998-2001).

IALEFI Annual Training Conference (West Palm Beach, FL, 1998):  Presented
instructor-level program, "Designing and Using Performance Objectives in
Firearms Training"; conducted IALEFI Handgun Safety Check for over 100
students; chief safety coordinator for this 6-day conference involving some

Curriculum Vitae:
Emanuel Kapelsohn
Page 51

500 participants (students, instructors, vendors) in day and night training
activities, displays, and competitions.  Courses attended:  see above.

Harrisburg Area Community College:  Assisted in presenting judgmental
use of force instructor certification course for Pennsylvania MPOETC (1999).

Police Patrol Rifle Users and Instructors Courses (Muhlenberg Twp. Police
Department 1999).

Presentations to Allentown, PA Chapter, American Inns of Court, on "Firearms,
Tactics and the Law" (Sept. 1999) and "Use of Experts in Firearms Cases"
(Oct. 1999).

IALEFI Annual Training Conference (Phoenix, 1999):  Conducted IALEFI
Handgun Safety Check for over 100 students; chief safety coordinator
for this 6-day conference involving some 400 participants (students,
instructors, vendors) in day/night training classes, displays and competitions.

Allentown (PA) Police Academy: Basic Recruit Training Academy classroom
instructor on "Use of Force in Law Enforcement;" assistant range instructor in
firearms (1999-2007).  "Laws of Arrest" and "Criminal Procedure" (2007).

Firearms Overview Course (Allentown Police Academy, 1999):  presented
classroom and range program to researchers and doctors from University
of Pennsylvania (FICAP) study on gunshot injuries.

IALEFI RTC (Philadelphia Police Academy, 2000):  taught two courses
on Tactical Shotgun.

Eddie Eagle Firearms Safety Program taught to approx. 120 children,
grades K through 2, at The Swain School (Allentown, PA, 2000).

Firearms Instructor Update (Pennsylvania State Police Academy, 2000):
presented instructor-level program for Pennsylvania Municipal
Police Officers Education and Training Commission.

2000 IALEFI ATC, Tampa, FL:  conducted IALEFI Handgun Safety Check
for over 100 students; chief safety coordinator for this 6-day event involving
nearly 500 participants (students, instructors, vendors) in day and night
training activities, displays and competitions; taught Mossberg Shotgun
Armorer Certification Course.

Lehigh County (PA) District Attorney's Office (2000):  conducted training
course, "Introduction to Firearms for Prosecutors" (CLE accredited) at
Allentown Police Academy.

Mossberg Shotgun Armorer Certification Courses (North Haven, CT, 2000):
presented two courses for police and military armorers.  Consultant to
Mossberg re. revision of Armorer's Manual.

Curriculum Vitae:
Emanuel Kapelsohn
Page 52

"Legal and Practical Aspects of Firearms Self-Defense" (Topton, PA, 2000): presented two courses at East Penn Outdoor Sportsmen's Expo.

Eastern Armored Service (PA, 2000): conducted Glock pistol transitional training for armored car personnel.

Mossberg Shotgun Armorer Certification Course (Fairfax, VA, 2000): taught course for police armorers.

Guest Speaker at graduation dinner, Allentown (PA) Police Academy (2001)

Para-Ordnance LDA Pistol Armorer Certification Courses (Orange County, CA and Oak Lawn, IL, 2001): taught courses for police and civilian armorers.

Para-Ordnance LDA Pistol Firearms Instructor Workshop (Oak Lawn, IL, 2001): taught course for police firearms instructors in conjunction with agency's transition to this model of semi-automatic pistol.

Para-Ordnance LDA Pistol Armorer Certification Course, Rhode Island (2001).

Guest Speaker, "Firearms in the Home," Allentown Rotary Club (2001)

Mossberg Shotgun Armorer Certification Course, Lisle, IL (2001): taught course for police armorers.

Firearms Training and Qualification, Berks-Lehigh Regional Police Department (PA, 2001). Conducted user-level training for this newly-formed agency with pistol, shotgun, patrol rifle, and less lethal impact munitions.

Guest Instructor, Citizens Police Academy, Exeter Township Police Department (PA, 2001). Presented demonstration/discussion of concealed weapons and related topics.

Personal Protection Course, Carpenter Technology Corporation, Reading, PA (2001). Taught personal protection course (including pepper spray and hand-to-hand self defense) to executives of Fortune 500 company and their spouses.

Firearms Instructor Update (Northeast Counter-Drug Training Center, Ft. Indiantown Gap, PA 2001: presented instructor-level program for Pennsylvania Municipal Police Officers Education and Training Commission.

Tacoma Police Department (WA, 2001). Developed and taught Kimber Pistol Armorer's Workshop and Kimber Pistol Instructor Course for this agency.

Las Vegas Metro Police Department (NV, 2001). Taught Mossberg Shotgun Armorer Certification Course.

Mossberg Shotgun Armorer Certification Courses (North Haven, CT 2001).

Curriculum Vitae:
Emanuel Kapelsohn
Page 53

Taught two armorer courses for O.F. Mossberg & Sons.

Mossberg Shotgun Armorer Certification Course (Utah County Sheriff's Office, UT 2001).  Taught law enforcement armorer's course.

"Legal and Practical Aspects of Firearms Self-Defense" (Topton, PA 2001): taught course at East Penn Outdoor Sportsmen's Expo.

Para-Ordnance LDA Pistol Armorer Certification Course (North Attleboro Police Department, MA 2001).

2001 IALEFI Annual Training Conference, Reno, NV:  conducted IALEFI Handgun Safety Check for some 80 students; assistant safety coordinator for this 6-day event involving nearly 400 participants; taught Mossberg Shotgun Armorer Certification Course; panelist in panel discussion, "Point Shooting vs. Aimed Fire."

Presenter at Muhlenberg Twp. Police Dept. "Firearms and Home Safety" Class (Temple, PA 2001):  Lecture to mixed audience of adults and Boy Scouts.

Mossberg Shotgun Armorer Certification Course (Branson Police Department, Branson, Missouri 2001).  Taught law enforcement armorer's course.

Mossberg Shotgun Armorer Certification Course, Fairfax, Virginia 2001.  Taught Law Enforcement armorer's course to police and military personnel.

Para-Ordnance LDA Pistol Armorer Certif. Course (Southampton, PA 2001)

Mossberg Shotgun Armorer Certification Course, Massachusetts State Police Headquarters, Framingham, MA 2002.

Mossberg Shotgun Armorer Certification Course, Clearwater Police Department, Clearwater, FL 2002.

Beretta DAO Pistol Training Course and Use of Force Legal Issues Class, Bloomsburg University Police Department, Bloomsburg, PA 2002:  Trained and certified university police department to carry firearms.

Mossberg Shotgun Armorer Certification Course, Linn County Sheriff's Office, Albany, Oregon 2002

Mossberg Shotgun Armorer Certification Course, Shawnee County Sheriff's Department, Topeka, Kansas 2002.

Para-Ordnance LDA Pistol Armorer Certification Course, Kansas Highway Patrol, Emporia, Kansas 2002.

Citizen's Police Academy, Exeter Township Police Department (PA), Guest instructor, training segment on weapons concealability (2002-2004).

Curriculum Vitae:
Emanuel Kapelsohn
Page 54

Firearms Instructor Update, Berks County Sheriff's Department,
 Reading, Pennsylvania (2002)

Mossberg Shotgun Armorer Certification Course, New York City Police
 Department, Ballistics Section (2002)

Introduction to Firearms for Juvenile Probation Officers, Allentown
 Police Academy (2002)

Mossberg Shotgun Armorer Certification Course, Watertown Police Department,
 Watertown, CT (2002)

Mossberg Shotgun Armorer Certification Course, Carol Stream, Illinois (2002)

2002 IALEFI Annual Training Conference, San Diego, CA.  Chief safety
 coordinator for this 6-day event involving over 300 participants in day and night
 training activities, trade show, demonstrations and shooting competitions.  Co-
 instructed course on safety issues and procedures in simulation and role-playing
 training exercises.

Mossberg Shotgun Armorer Certification Course, Martin County Sheriff's
 Office, Stuart, Florida (2002).

Mossberg Shotgun Armorer Certification Course, Fairfax, VA (2002).

Bureau of Alcohol, Tobacco & Firearms, Firearms Instructor Seminar, Orlando,
 FL (2002).  Guest Instructor.

Berks-Lehigh Regional Police Department, remedial dim-light training.  (2003)

Guest Lecturer, University of Pennsylvania class, "Injury and the Public's
 Health," School of Medicine/School of Public Health. Professor Charles
 Branas, Ph.D. (2003)

Patrol Rifle Instructor Course, Reading, PA (2003)

Patrol Rifle Operator's Course, Reading, PA (2003)

Bureau of Alcohol, Tobacco & Firearms, Firearms Instructor Seminar, San Diego
 CA (2003).  Guest Instructor.

Citizen's Police Academy, Allentown Police Academy, Allentown, PA.
 Instructor in Use of Force in Law Enforcement, Laws of Arrest (2003-5)

Bureau of Alcohol, Tobacco & Firearms. Firearms Instructor Seminar, Orlando,
 FL (2003).  Guest Instructor

IALEFI Annual Training Conference, Orlando, FL (2003).  Assistant range

Curriculum Vitae:
Emanuel Kapelsohn
Page 55

officer in Advanced Tactical Rifle class.

Mossberg Shotgun Armorer Certification Course.  Rockland County (NY) Police
Academy (2003).  Instructor.

` Firearms Instructor Recertification Course.  Atlantic County, NJ (2002, 2003).
Instructor

Defensive Shotgun Course.  Reading, PA (2003).  Instructor

Firearms Instructor Updates/Requalifications.  Berks County Sheriff's
Department, Reading, PA (2003-2005).

Guest  Instructor, Lehigh County Municipal Emergency Response Team
Training, DeSalles University (2004)

Bureau of Alcohol, Tobacco & Firearms. Firearms Instructor Seminar, Orlando,
FL (2004).  Guest Instructor

Patrol Rifle Instructors Course.  Reading, PA (2004).  Instructor

Patrol Rifle User's Course.  Reading, PA (2004).  Instructor

Bureau of Alcohol, Tobacco & Firearms. Firearms Instructor Seminar, Los
Angeles, CA (2004).  Guest Instructor

IALEFI Annual Training Conference, Dayton, Ohio (2004).  Taught class
"Legal Update for Firearms Instructors."

Patrol Rifle/Shotgun Workshop.  Reading, PA (2004).  Instructor

Atlantic County Prosecutor's Office, Firearms Instructor Update.  Atlantic
County, NJ (2004).  Presented 3-day range and classroom instructor update.

Lecture, "Firearms, Firearms Safety and Self-Defense," Lions Club, Bowers, PA
(2004).  Guest lecturer.

Defensive Handgun & Shotgun Class.  Hellertown, PA (2004).  Instructor

Bureau of Alcohol, Tobacco & Firearms. Firearms Instructor Seminar, San
Francisco, CA (2005).  Guest Instructor

Tactical Team Commanders Course, Jefferson Township (NJ) Police
Department, for Fox Valley Technical College/ Team One Network,
Guest Instructor (2005).

Advanced Defensive Handgun Class.  Hellertown, PA (Spring 2005).  Instructor.

Firearms Safety and Tactics Workshop.  Salisbury Township Police Department,

Curriculum Vitae:
Emanuel Kapelsohn
Page 56

Allentown, PA (2005).  Instructor.

Bureau of Alcohol, Tobacco & Firearms. Firearms Instructor Seminar, San
Diego, CA (2005).  Guest Instructor.

2005 IALEFI Annual Training Conference, Reno, NV.  Co-instructed instructor-
level class on fast, accurate handgun shooting and target-focused fire.
Conducted Handgun Safety Check for approx. 100 new attendees.  Chief
Safety Officer coordinating safety for this 6-day training conference, involving
over 400 attendees in classroom and firing range   courses, firearms ompetition,
trade show with hands-on firearms demonstrations, etc.

Atlantic County Prosecutor's Office, Firearms Instructor Update.  Atlantic
County, NJ (2005).  Presented 3-day range and classroom instructor update.

O.C. ("Pepper Spray") Users Courses (Pennsylvania 2005).  Presented training
courses for security officers of major pharmaceutical manufacturer.
Patrol Rifle Operators Refresher Course (Berks County Sheriff's Dept. 2005).

Advanced Defensive Handgun Course.  Hellertown, PA.  (Fall 2005).  Instructor.

Defensive Handgun & Shotgun Training  (Pennsylvania 2005, 2006, 2007, 2008,
2009).  Presented a series of firearms training courses for security officers of a
major pharmaceutical manufacturer.

"Home Firearms Safety and Self-Defense" lecture/demonstration for 35th
Anniversary Charter Night, Lions Club, Bowers, PA (2006).

North Carolina 2006 Police Firearms Instructors Conference, North Carolina
Justice Academy (2006).  Featured presenter: lectured to 250 law enforcement
firearms instructors on safety in simulation training; involuntary muscular
contraction and unintentional discharge of firearms; police deaths and
administrative gun handling safety considerations;  and mental conditioning and
tactics in officer- involved shootings.

2006 IALEFI Annual Training Conference, West Palm Beach, FL.  Moderator of
panel discussion, "Panel of Experts on Firearms Topics," including techniques
for covering suspects at gunpoint, manipulation of manual safeties, use of
weapon-mounted lights, etc.   Assisted in conducting Handgun Safety Check for
participants;  monitored classes on Patrol Rifle, Concealed Carry Handgun.

Allentown Police Tactical Pistol League.  Conducted training session for police
officers.  (2006)

Patrol Rifle Workshop.  Hellertown, PA.  (2006)

Atlantic County Prosecutor's Office, Firearms Instructor Recertification Course.
Atlantic County, NJ (2006).  Presented classroom and range instructor update.

Curriculum Vitae:
Emanuel Kapelsohn
Page 57

IALEFI Regional Training Conference, Ocean City, Maryland (2006). "Tactical Handgun Overview." Featured instructor at regional police training conference.

"Use of Force in Law Enforcement." Two classes; Kutztown Police Department, Kutztown, PA (2007)

"Legal & Practical Aspect of Self-Defense with Firearms," Hellertown, PA (Winter 2007). Lecture/demonstration presentation to some 100 attendees.

"Use of Force Legal Concepts," Reading, PA (2007). Conducted instruction on principles of justification for use of force, etc. for Carpenter Technology security officers.

Glock Pistol Transitional Training, Eastern Armored Services (2007). Conducted transitional training classes for armored car personnel.

Pepper Spray User's Course. Conducted pepper spray user training and certification for corporate/industrial security officers. (2007)

IALEFI 2007 Annual Training Conference, San Antonio, TX. Assisted in conducting handgun safety check for 175 firearms instructors.

"Police Involved Shootings – When the Smoke Clears," Westchester County Detectives Association, Yorktown Heights, NY (2007). Lecture presentation to 160 attendees on subjects including psychological and perceptual distortions and stress reactions of officers involved in shootings; involuntary muscular contraction and accidental discharge of firearms; liability and safety issues of weapon-mounted lights and lasers; officer reluctance to fire; etc.

"Use of Force Legal Theory" class and "Glock Pistol User's Class" conducted for California University of Pennsylvania Police Department. (California, PA 2007). Consulted, and conducted classroom and range instruction for this university police department in its adoption of a service pistol.

Legal & Practical Aspects of Self-Defense with Firearms, Hellertown, PA (Fall 2007). Lecture/demonstration presentation to 30 attendees.

Atlantic County Prosecutor's Office, Firearms Instructor Recertification Course. Atlantic County, NJ (2007). Presented 3-day firearms instructor update (classroom and range) for approximately 30 police firearms instructors.

Pepper Spray User's Course. Conducted pepper spray user training and certification for corporate/industrial security officers. (2008, 2010)

Defensive Handgun, Shotgun and Use of Force Training (Pennsylvania 2008 - 2012). Conducted training for security officers of a major pharmaceutical manufacturer.

2008 IALEFI ATC, Reno, Nevada. Conducted IALEFI Handgun Safety

Curriculum Vitae:
Emanuel Kapelsohn
Page 58

Check for approximately 125 shooters on range.  Taught classes on "Shotgun
Instructor Skills."

Defense Training International, Women's Handgun Class.  Rochester, Indiana
(2008). Served as adjunct instructor for this women-only class.

"Covering Suspects at Gunpoint and Involuntary Muscular Contraction."
Training segment conducted for Greene County Sheriff's Reserve (2008)

Atlantic County Prosecutor's Office, Firearms Instructor Recertification Course.
Atlantic County, NJ (2008).  Presented 3-day firearms instructor update
(classroom and range) for approximately 25 police firearms instructors.

Greene County Sheriff's Department.  Assistant range instructor for dim light
Handgun & rifle qualification;  assisted in developing dim light rifle
qualification course; provided remedial instruction as needed. (2009-2012)

"How Close is Too Close?"  Training segment conducted for Greene County
Sheriff's Reserve (2009)

"Ammunition Inspection Procedures," "Dry Practice Safety Procedures," and
"Safety in Gun Cleaning" training segments conducted for Greene County
Sheriff's Reserve (2009)

Indiana University (Bloomington, IN), Criminal Justice Department.  Taught
3-credit senior seminar, "Police Use of Force."  (2009, 2010)

2009 Conference, International Law Enforcement Educators & Trainers
Association (Chicago, IL):  taught course, "Bulletproofing Your Agency's
Use of Force Policies."

2009 IALEFI Annual Training Conference, West Palm Beach, Florida.
Conducted IALEFI Handgun Safety Check (range drills) for 70-plus
trainees;  taught course, "Management and Investigation of Officer-Involved
Shootings" (two sessions).

Intermediate Defensive Handgun.  Trained female student in defensive handgun
skills in intensive 2-day program.  Hellertown, PA. (2009)

Remedial Handgun Training.  Provided series of remedial training sessions for
two female law enforcement officers.  (Indiana 2009)

Police Patrol Rifle Instructor Course, Reading, PA.  (2009)

Prosecutor's Training, "Police Use of Force," Greene County, IN. (2009)
Developed and presented this mandatory training course for police from
agencies throughout the county.

Atlantic County Prosecutor's Office, Firearms Instructor Recertification Course.

Curriculum Vitae:
Emanuel Kapelsohn
Page 59

Atlantic County, NJ (2009).  Presented 3-day firearms instructor update (classroom and range) for approximately 35 police firearms instructors.

"Police Use of Force."  Citizens' Police Academy, Linton Police Department, Indiana (2010).

Firearms Safety & Home Firearms Storage Safety; Distinguishing Toy Guns and Airguns from "Real" Guns; Dry Practice Safety Protocols; Drawing the

Handgun.  Training segments conducted for Greene County Sheriff's Reserve (2010).

Moderator and Panelist, Panel Discussion:  "Current Issues in Firearms & Tactics Training, 2010 IALEFI Annual Training Conference, San Antonio, TX.  Also, conducted Handgun Safety Check for 120 first-time attendees.

Patrol Rifle Instructor & User's Course, Reading, PA (2010).

Police Firearms Instructor Update, Allentown (PA) Police Academy (2010).

Prosecutor's Training, "Police Use of Force Update," Greene County, IN (2010)

"Use of Force Law & Policy," Berks County (PA) Sheriff's Department (2010)

Atlantic County Prosecutor's Office, Firearms Instructor Recertification Course. Atlantic County, NJ (2010).  Presented two 3-day firearms instructor update courses (classroom and range) for approximately 45 police firearms instructors.

Judgmental Use of Force Training.  Designed and conducted a judgmental use of force training program for law enforcement officers in Greene County, Indiana. Program utilized FATS video simulator, firearms, OC spray, Taser, verbal challenges, use of cover, verbalization with suspects and fellow   officers, preparing and debriefing after writing an incident report on one of the scenarios the trainee experienced, etc.  (Bloomfield, IN 2011).

Judgmental Use of Force Instructor Certification Class.  Trained a cadre of instructors to teach a judgmental use of force program, including the FATS system, report writing, etc.  (Bloomfield, IN 2011)

Clearing Handgun Stoppages.  Training conducted for Greene County Sheriff's Reserve (2011).

One-handed Handgun Operation.  Training conducted for Greene County Sheriff's Reserve (2012)

Police Use of Force, Citizens Police Academy, Linton, IN (2012)

Panelist, Use of Force "Panel of Experts" at 2012 ILEETA Conference, Chicago.

Curriculum Vitae:
Emanuel Kapelsohn
Page 60

Patrol Rifle Instructor Course, Berks County, PA (2012)

FATS Judgmental Firearms Training Program, Greene County, IN (2012). Designed and helped to conduct FATS simulator training for law enforcement officers from countywide agencies.

IALEFI 2012 Annual Training Conference, Nashville, TN. Taught class, "The Firearms Instructor as Expert Witness."

Live-Fire Decision Making Shooting Exercises, Greene County, IN (2012).

IALEFI Shotgun Master Instructor Development Progam, Monroeville, PA (2012)

Firearms Instructor Update & Recertification, Atlantic County, NJ (2012)

Legal & Practical Aspects of Self Defense With Firearms.  Hellertown Sportsmen's Association, Hellertown, PA (2012)

Police Explorers firearms training class.  Berks County, PA (2012)

Berks County Sheriff's Department training and qualification (2012)

North Carolina Justice Academy, Firearms Instructor Update. Lecture "Post Shooting Procedures, Policies and Concerns" (2012).  Presentation to 125 firearms instructors representing law enforcement agencies statewide.

Atlantic County Prosecutor's Office, Firearms Instructor Recertification Course. Atlantic County, NJ (2012).  Presented two 3-day firearms instructor update courses (classroom and range) for approximately 45 police firearms instructors.

2013 IALEFI Annual Training Conference, Mobile, AL.  Conducted IALEFI Handgun Safety Check for approx.. 90 attendees; Presented class: "Encouraging Off-Duty Carry."

Legal & Practical Aspects of Firearms Self-Defense.  Hellertown, PA (2013)

IALEFI Regional Training Conference, Harrisburg Area Community College, Piccola Law Enforcement Training Center.  Conference Coordinator.  Taught courses, "Officer-Involved Shootings:  Policies, Procedures & Concerns" and "Lethal Force Confrontations Instructor."  Assisted in presenting Tavor Rifle Armorer Level I Class.  (2013)

Atlantic County Prosecutor's Office, Firearms Instructor Recertification Course. Atlantic County, NJ (2013).  Presented two 2-day firearms instructor update courses (classroom and range) for approximately 50 police firearms instructors.

Norfolk Southern Railroad Police Training Seminar, "Bulletproofing Your Agency's Use of Force Policy" and "Officer-Involved Shootings:  Policies,

Curriculum Vitae:
Emanuel Kapelsohn
Page 61

Procedures and Concerns."  Brosnan Forest, SC (2014).

Deadly Force Expert Panel, 2014 ILEETA Conference, Lombard, IL. Panelist.

2014 IALEFI Annual Training Conference, Amarillo, TX.  Conducted IALEFI
   Handgun Safety Check for approximately 90 attendees; presented class "Using
   Firearms Experts in Officer-Involved Shooting Cases."

Atlantic County Prosecutor's Office, Firearms Instructor Recertification Course.
   Atlantic County, NJ (2014).  Presented two separate 2-day firearms instructor
   update  courses (classroom and range) for police firearms instructors county-
   wide.

Police Patrol Rifle Instructor Course.  Hosted by Allegheny Township Police
   Department, Duncansville, PA. (2014)

2015 ILEETA Conference, Panelist, "Deadly Force Panel of Experts;" Panelist,
   "Active Shooter Panel." Wheeling, IL.

2015 IALEFI Annual Training Conference, West Palm Beach, FL. Taught two
   classes for 76 students, "Training Gone Wrong."

Police Firearms Instructor Course.  Hosted by Martinsburg Police Department,
   PA. (2015)

Atlantic County Prosecutor's Office, Firearms Instructor Recertification Course.
   Atlantic County, NJ (2015).  Presented 2-day firearms instructor update
   courses (classroom and range) for police firearms instructors county-wide.

Pilot program, "Police Use of Force," Piccola Law Enforcement Training Center,
   Harrisburg Area Community College (2015).  Co-instructed this pilot program
   for mandatory in-service training class to be presented in 2016 to approximately
   25,000 police officers throughout the Commonwealth of Pennsylvania.

IALEFI Regional Training Conference, Freeport Police Range, Long Island, NY
   (2015).  Taught two instructor-level classes on current law enforcement use-of-
   force issues and cases.  Classes attended: see above.

MPOETC Instructor Training Class for 2016 Mandatory In-Service Training
   ("MIST") "Police Use of Force" Class.  Co-instructed this instructor-training
   class for the Pennsylvania MPOETC for approximately 40 instructors at the
   Montgomery County Law Enforcement Training Center, Conshohocken, PA
   (2015).

Basic Defensive Handgun Course, Hellertown, PA 2016.
"Deadly Force Panel of Experts" panelist, 2016 ILEETA Conference, Rosemont,
   IL.

Moderator and Panelist, Panel Discussion, "Firearms Training and Use of Deadly

Curriculum Vitae:
Emanuel Kapelsohn
Page 62

Force," 2016 IALEFI Annual Training Conference, Mobile, AL.

Atlantic County Prosecutor's Office, Firearms Instructor Recertification Course.
Atlantic County, NJ (2016).  Presented two 2-day firearms instructor update
courses (classroom and range) for police firearms instructors county-wide.

Civilian Response to Active Shooter Events (CRASE) Training, Lehigh Valley
Consortium of Professional Organizations (2016)  Presented this Texas State
University program for approximately 40 attendees.

Use of Force and Firearms Training, Upper Macungie Township Police
Department, Pennsylvania.  Provided classroom and range instruction for
this municipal police department (2016).

Firearms Instructor Workshop and Remedial Handgun Training for Northampton
County Sheriff's Department, Pennsylvania (2016).

Rangemaster Tactical Conference, lecture presentation, "Use of Force Legal
Cases: Lessons Learned."  Little Rock, Arkansas (2017).

"Deadly Force Panel of Experts" panelist, 2017 ILEETA Conference, St. Louis,
MO.

"Patrol Rifle Panel" panelist, 2017 ILEETA Conference, St. Louis, MO.

North Carolina Justice Academy, IALEFI Regional Training Conference, lecture
presentation, "Officer-Involved Shootings: When Tiny Details Become
Critical," 2017.

IALEFI 2017 Annual Training Conference, West Palm Beach, FL.  Lecture
presentation, "Legal Update on Officer-Involved Shootings: The Expert
Witness Viewpoint."

Armed Security Officers Training Program, Reading, PA.  Classroom and range
training for two groups of armed security officers for Reading Hospital/Reading
Health System. (2017)

Patrol Rifle Instructor Course, hosted by Muhlenberg Township Police
Department, Reading, PA. (2017)

Firearms training and consulting for church security team.  Berks and Lehigh
County, PA 2017-2021.

Use of force and firearms training and consulting for synagogue security team.
Lehigh County, PA 2017-2021.

Atlantic County Prosecutor's Office, Firearms Instructor Recertification Course.
Atlantic County, NJ (2017).  Presented firearms instructor update
course (classroom and range) for police firearms instructors county-wide (two

Curriculum Vitae:
Emanuel Kapelsohn
Page 63

classes) 2017.

"Deadly Force Panel of Experts" panelist, 2018 ILEETA Conference, St. Louis, MO.

"Active Shooter Panel" panelist, 2018 ILEETA Conference, St. Louis, MO.

"Review of Recent Officer-Involved Shootings," IALEFI ATC, Houston, TX 2018.

Patrol Rifle Instructor Course for Assistant Chief of Upper Macungie Township Police Department, 2017-2018 (multiple sessions).

Pepper gel classes, taught for security team members of religious congregations. (2018, 2019)

Class on tactical first aid, including use of Israeli battle dressings, tourniquets, Combat Gauze, and occlusive dressings, taught for teachers and staff of religious congregation.  (2018)

Atlantic County Prosecutor's Office, Firearms Instructor Recertification Course. Atlantic County, NJ.  Presented two firearms instructor update courses (classroom  and range) for police firearms instructors county-wide (2018).

Pepper gel class, taught for employees and family members of professional firm. (2018)

IALEFI ATC, West Palm Beach, FL (2019):  Taught instructor-level course on "Officer-Involved Shootings" to approximately 35 instructors.

Firearms training and tactical first aid classes, taught to security group of religious congregation in Allentown, PA (2019)

Active Shooter/Left of Bang:  Coordinated and assisted in two large lecture presentations on these subjects at Trexlertown, PA, and at Harrisburg Area Community College, Law Enforcement Training Complex for approximately 100 attendees each, with lead lecturer Don Alwes (2019).

Active Shooter/Left of Bang:  Hellertown, PA. Hands-on active shooter response class, Airsoft simulation scenarios and live fire training, co-instructed with Don Alwes.  (2019)

Atlantic County Prosecutor's Office, Firearms Instructor Recertification Course. Atlantic County, NJ.  Presented firearms instructor update courses (classroom and range) for police firearms instructors county-wide, two sessions (2019).

Active Shooter Preparation and Response:  St. John's Church on Morgan Hill, Easton, PA.  Presentation to Consistory Group (2019)

Curriculum Vitae:
Emanuel Kapelsohn
Page 64

Active Shooter Response and the Law:  Presentation for Allentown Barrister's
Inn (attorneys, prosecutors and judges).  Pennsylvania CLE Credit-approved.
Barrister's Club  (2019)

"Firearms Safety, Legal Justification for Use of Force, and Policy" presented for
approximately 30 members of church security team.  Allentown, PA (2020)

Pepper gel training, presented for staff and religious school teachers of a house of
worship.  Allentown, PA (2020)

M4 Carbine Use of Cover and M9 Pistol Training for military personnel at Fort
Myer (Joint Base Myer – Henderson Hall), VA (2020)

Police Firearms Instructor Course, Berks County, PA.  Hosted by Berks County
Sheriff's Office. (2020)

Defensive Handgun and Patrol Rifle, Defense Training International, Sussex, NJ
October 2020.  Assisted in teaching this course.  (John Farnam, chief instructor)

Defensive Handgun Training/Qualification for members of house of worship
security team.  Berks County (2020).

Police Firearms Instructor Course, Blair County, PA.  Hosted by Martinsburg
Police Department (2020).

Atlantic County Prosecutor's Office, Firearms Instructor Recertification Course.
Atlantic County, NJ.  Presented firearms instructor update courses (classroom
and range) for police firearms instructors county-wide, two sessions (2020).

Classroom and range defensive handgun training for security officers of a mining
operation.  Pennsylvania (2021).

"Firearms Safety, Legal Justification for Use of Force, and Policy" presented for
approximately 35 members of church security team.  Allentown, PA (2021)

"Training an Armed Congregant House of Worship Protective Team," "Active
Shooter Discussion Panel" (panel member), and "Deadly Force Discussion
Panel" (panel member), ILEETA Annual Conference, St. Louis, MO (2021)

DTI Defensive Handgun Course, Sussex, New Jersey (2021).  Served as an
Assistant Instructor in this 2-day program for 27 attendees.

Defensive Handgun for House of Worship Protective Team Members,
Allentown, PA.  Lead instructor in two 3-day courses.  (2022)

IALEFI Annual Training Conference, Las Vegas, NV (2022).  Conducted Safety
Check for Attendees.  Courses attended, see above.

Curriculum Vitae:
Emanuel Kapelsohn
Page 65

Use of Force Video Simulator Training.  Conducted 3-day program providing
judgmental use-of-force training for 42 officers.  Allentown, PA (2022)

Plus, numerous basic through advanced and remedial training sessions for
individual students and small groups, including private individuals, corporate
executives and dignitaries, executive protection personnel, security officers,
private investigators, military, federal agents and law enforcement officers at all
levels.  (1978 to present)

**REFERENCES:**         Personal and professional references available on request.