# *ALTERMAN & ASSOCIATES, LLC*

8 South Maple Avenue
Marlton, New Jersey 08053
(856)334-5737 - Phone
(856)334-5731 – Fax
Please forward all correspondence to the Marlton office

*Stuart J. Alterman*
*Arthur J. Murray*
*John (Sandy) A Ferner*

North Jersey Office
11 Muller Place
Little Falls, New Jersey 07424
(973)956-1621 - Phone
(973)956-1421 – Fax

May 10, 2023

**Via E-FILING**
Honorable Joseph H. Rodriguez
Senior United State District Judge
Mitchell H. Cohen Courthouse
One John F. Gerry Plaza
Camden, New Jersey 08101

      **RE:  United States v. Grier**
            **Criminal No. 21-524 (JHR)**
            **Our File No. 5053**

Dear Judge Rodriguez:

     As Your Honor is aware, I am lead counsel, along with co-counsel Stacey Biancamano, Esquire, in the above-captioned matter. I am writing to respectfully request that this matter be rescheduled for an early October, 2023 date. I understand all too well that Your Honor has been gracious and understanding about my health issues. I brought Ms. Biancamano into this case because of same.

     Unfortunately, she is experiencing health issues at present and is recovering. Ms. Biancamano and her firm are in the midst of becoming familiar with the case as well. I just had abdominal surgery and am recovering. My new issue is different from problems relayed to the Court earlier this year. I won't be released to resume my normal schedule until mid-June, and that includes trial work. I have had some complications including significant swelling in my groin area which has not been overly comfortable. I am sending a medical note for review under separate cover.

     We understand Your Honor's frustration but under the circumstances our client needs the full and unfettered ability of his attorneys. We cannot be wounded walking into the Courtroom at the start of Trial. Certainly, health problems are unplanned but as we get older it takes longer from which to recover, baring complications. It would not be fair to John Grier. Mr. Richardson and his entire team will be ready, and we must be not only ready, but healthy enough, to properly defend Mr. Grier. We need to be on our A game, not a C or D game.

In 36 years of practice, I have never been so effected by these types of issues and both Ms. Biancamano and I apologize to Your Honor for this inconvenience. We are respectfully asking for Your Honor's understanding and acceptance of our positions.

Mr. Richardson does not take a position with regard to our request.

Please understand that our client desires his day in court. We are sensitive to that fact.

Consistent with the above, I respectfully request a phone conference to discuss the above.

Respectfully yours,
Alterman and Associates LLC

Stuart J. Alterman, Esquire
salterman@alterman-law.com

SJA/dam
cc: John Grier (Via Email)
Jason M. Richardson, Assistant U.S. Attorney (Via Email)
Stacey Biancamano, Esquire (Via Email)