UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

CAMDEN OFFICE

05/17/2023
DATE OF PROCEEDINGS

JUDGE JOSEPH H. RODRIGUEZ

COURT REPORTER: Camille Pedano

Docket #    CRIM 21-524 (JHR)

TITLE OF CASE:
UNITED STATES OF AMERICA
    v.
JOHN GRIER, III
       DEFENDANT PRESENT

APPEARANCES:
Jason Richardson, AUSA for Government
Stacey A. Biancamano, Esquire for Defendant
Dan Holapfel, Esquire for Defendant
Stuart J. Alterman, Esquire for Defendant

NATURE OF PROCEEDING: Telephone Conference held.
.

Time commenced: 11:00 am             Time Adjourned: 11:15 am

Total time: <u>15 minutes</u>

                                                 s/ *David Bruey*
                                                 DEPUTY CLERK