UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN GRIER, III | Criminal No. 21-524 (JHR)<br><br>ORDER FOR CONTINUANCE |

This matter having come before the Court on the joint application of the United States, by Philip R. Sellinger, United States Attorney for the District of New Jersey (Jason M. Richardson, Assistant U.S. Attorney, appearing), and defendant John Grier, III (Stuart Alterman, Esquire, and Stacy Biancamano, Esquire appearing), for an order granting a continuance of proceedings in the above-captioned matter; and the defendant being aware that he otherwise has the right to have this matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to 18 U.S.C. § 3161(c)(1), not including time that has been excluded from computation pursuant to the Speedy Trial Act of 1974, 18 U.S.C. § 3161 *et seq.*; and the defendant having consented to such continuance and having waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. The failure to grant a continuance would deny counsel for the defendant and counsel for the Government the reasonable time necessary for

effective preparation for trial, taking into account the exercise of due diligence.

2. As a result of the foregoing, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS, therefore, on this 23rd day of May, 2023,

(1) ORDERED that this action be, and hereby is, continued until **November 1, 2023**; and it is further

(2) ORDERED that the period from the date of this order through **November 1, 2023** be and it hereby is excluded in computing time under the Speedy Trial Act of 1974, 18 U.S.C. § 3161 *et seq.*

_____
Honorable Joseph H. Rodriguez
Senior United States District Judge

Consented to as to form and entry:

_____
JASON M. RICHARDSON
Assistant U.S. Attorney

_____
STUART ALTERMAN, Esquire
STACY BIANCAMANO, Esquire
DANIEL HOLZAPFEL, Esquire
Counsel for defendant John Grier