UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Honorable Joseph H. Rodriguez |
| v. | : | |
| | : | Criminal No. 21-524 (JHR) |
| JOHN GRIER, III | : | |

---

# WRITTEN JUROR QUESTIONNAIRE

---

Juror No. _____

# JURY QUESTIONNAIRE

*United States v. John Grier, III* – Criminal No. 21-524 (JHR)

**Instructions:**

You are being considered for jury service in a criminal case involving charges against defendant John Grier.  The indictment in this matter ("the Indictment") charges the Defendant, John Grier, with the following offenses:

- deprivation of rights under color of law
- falsification of records in a federal investigation

The Government alleges that John Grier, III committed the criminal offenses listed above by using mechanical force (Oleoresin Capsicum ("OC") spray, also referred to as "mace" or "pepper spray") on a person while handcuffed during the course of an arrest. The Government also alleges that John Grier authored and submitted a fraudulent Bridgeton Police Department Supplemental Police Report in connection with the arrest.

It is important to remember that the Defendant has denied these charges and pleaded not guilty. The Defendant, like all defendants in this country, is presumed to be innocent of all charges made against him unless and until the Government proves his guilt beyond a reasonable doubt with respect to each element of the offenses charge. A defendant is not required to testify at trial and you must not draw any negative inference should John Grier decide not to testify in this case.

The Court has decided to submit certain questions to you in the form of a questionnaire, rather than asking you these questions in open court.  The questions are designed only to aid the Court and the lawyers in selecting a fair and impartial jury and not to pry unnecessarily into your personal life.  Your answers must be true and complete and will be used only for purposes of selecting a jury in this action.

Do not discuss the questions or answers to these questions with your fellow jurors—it is very important that your answers be your own individual answers.  Do not discuss this case with any of your fellow jurors or with anyone else.  That means that you should not talk about this case with your friends, family, and co-workers; nor should you communicate about this case through social media, such as Facebook, LinkedIn, Twitter, Snapchat, Tumblr, Instagram, or any other communication source.  Do not read anything about the case, watch anything on television about the case, or listen to anything on the radio about the case should it be covered by any media.  Do not conduct any research about this case or the participants in this trial, including through the use of the internet.  What you learn about the case you will learn in Court only.

1

Juror No. _____

Where indicated, check the line for "Yes" or "No."  Provide answers, explanations, or details in the spaces provided.  If you need additional space to answer any of the question, use the last page of the questionnaire, and state the question number.  Do not write on the back of any page.

## I. **BACKGROUND**

1.  Name: _____

2.  Age: _____

3.  Gender: _____

4.  Place of birth: _____

5.  County of residence: _____

6.  Your town or neighborhood: _____

7.  Which of the following applies to your primary residence?

    ☐ Own        ☐ Rent        ☐ Live in parents'/family home        ☐ Other 8.  Prior

to your current residence, where did you live: _____

9.    What is your current employment status?

    ☐ Working full-time

    ☐ Working part-time

    ☐ Unemployed

    ☐ Homemaker

    ☐ Retired

    ☐ Disabled

    ☐ Student

10.  If employed, what is your primary occupation or employment? _____

    _____

Juror No. _____

11.  What is the name of your employer? _____

12.  How long have you worked for that employer or been in that occupation? _____

13.  What are your job responsibilities? _____

14.  Please list any other jobs you have held in the past 10 years: _____

_____

_____


15.  Please indicate your level of education (check all that apply)

☐ Did not graduate from high school (highest grade completed: _____ )

☐ High school diploma or GED

☐ Vocational or trade school

☐ Some college classes

☐ Two-year (Associate) degree

☐ College graduate (Bachelor degree)

☐ Some graduate school

☐ Graduate degree

16.  If you attended school beyond high school (college, graduate school, technical education),

    what school did you attend and what did you study? _____

_____

17.  Have you ever served in the military?  _____ YES  _____ NO

    If YES:

        a.   When? _____

        b.   In what branch did you serve? _____

        c.   What was your rank? _____

Juror No. _____

d.  Were you honorably discharged?   _____ YES   _____ NO

18.  Are you married, living with a partner, or in a relationship?   _____ YES   _____ NO

If YES, please answer:

a.   What is their name? _____

b.   What is his/her primary occupation or employment? _____

c.   What is the name of his/her employer? _____

d.   How long has he/she worked for that employer or been in that occupation? _____

_____

e.   What are his/her job responsibilities? _____

_____

19.  Do you have any children? _____ YES   _____ NO

If YES, please provide the number of children you have, their ages, schools, and/or employers:

_____

_____

_____

20.  Are you now, or have you recently been, under a doctor's care for mental, emotional, or

substance abuse problems?   _____ YES   _____ NO

If YES, please explain:_____

_____

_____

21.  Are you now taking, or do you anticipate taking, any medication that might in any way affect

your attention or your ability to concentrate, understand, consider, and weigh the evidence in

this case?   _____ YES   _____ NO

4

Juror No. _____

If YES, please explain: _____

_____

_____

22. Do you have any difficulty with your sight or hearing that could affect your perception of the

proceedings? _____ YES _____ NO

If YES, please explain: _____

_____

_____

23. Do you have any religious, philosophical, or other beliefs that would make you unable to

render a verdict for reasons unrelated to the law or evidence? _____ YES _____ NO

If YES, please explain: _____

_____

_____

24. It is expected that this trial will require approximately 1-2 weeks to complete, although one

can never be precise as to how long a trial will take.  The Court recognizes that jury service

for this period of time places a burden on those called to serve as jurors.  Nonetheless, the

right to a jury trial is an important constitutional right that does require the Court to call upon

citizens such as yourselves to make personal sacrifice.  Bearing in mind the importance of a

trial by jury, do any of you have any reason why you feel that jury service for this period of

time would pose a particularly severe burden requiring that you be excused from consideration

as a juror?

If YES, please explain: _____

_____

5

Juror No. _____

_____

25. Please list any civic, social, religious, political, or professional organizations, clubs, or associations to which you belong or volunteer your time: _____

_____

_____

26. What are your hobbies or interests outside of work and family? _____

_____

_____

27. Please provide the names of any newspapers, magazine, online news services, websites, or other publications that you read regularly: _____

_____

_____

28. Please provide the names of any radio, television, or internet programs, including podcasts, that you listen to or view regularly: _____

_____

_____

## **General Background**

29. An indictment is a document that charges an individual with a crime after having been considered by a federal grand jury.  An indictment is the means by which the Government gives him notice of the charges against him and brings him before the Court.  An indictment is an accusation, and nothing more.  An indictment is not evidence and the jury may give it no weight in arriving at its verdict.  Will you accept and apply this rule of law?

_____ YES  _____ NO

6

Juror No. _____

If NO, please explain: _____

_____

_____

30. The indictment in this matter ("the Indictment") charges the Defendant, John Grier, with violating an individual's Constitutional Rights and falsifying records in a federal investigation as a police officer with the City of Bridgeton Police Department.  Do you have any reason to believe that the charges in this case that I have just described to you will affect your ability to fairly and impartially evaluate the evidence and apply the law?

_____ YES  _____ NO

If YES, please explain:_____

_____

_____

**Presumption of Innocence and Impartiality**

31. The Defendant is presumed innocent. He cannot be convicted unless the jury, unanimously and based solely on the evidence in this case and the law as the Court instructs, decides his guilt has been proven beyond a reasonable doubt.  The burden of proving the guilt rests entirely with the Government.  The Defendant has no burden of proof at all.  Will you accept and apply this rule of law?  _____ YES  _____ NO

If NO, please explain:_____

_____

_____

Juror No. _____

32. Can you accept that the Defendant is at this moment presumed to be innocent of any and all crimes charged in the Indictment and that he is presumed to be innocent of these charges throughout the course of the trial? _____ YES _____ NO

If NO, please explain: _____

_____

_____

33. Under the law, a defendant need not testify or offer any evidence on his or her behalf.  If a defendant does neither, the jury is not permitted to consider that fact in any way in reaching a decision as to whether a defendant is guilty or not guilty.  Will you accept and apply this rule of law? _____ YES _____ NO

If NO, please explain: _____

_____

_____

34. If you are selected to sit as a juror on this case, would you be willing and able to render a verdict based solely on the facts, exhibits, and documents in evidence, and the law as the Court will give it to you in its instructions, disregarding any other ideas, notions, or beliefs about the law that you previously may have encountered? _____ YES _____ NO

If NO, please explain: _____

_____

_____

35. The law does not permit you to consider any emotions such as sympathy, prejudice, vengeance, fear, or hostility in reaching your verdict.  Can you put these emotions out of your

8

Juror No. _____

mind when you listen to the evidence in this case and while you are deliberating toward

reaching a verdict? _____ YES  _____ NO

If NO, please explain: _____

_____

_____

36. The law does not permit you to consider the issue of sentencing or punishment in reaching

your verdict.  Do you feel that you would be able to deliberate as a juror on the Defendant's

guilt or non-guilt without knowing what punishment he might receive if he was found guilty?

_____ YES  _____ NO

If NO, please explain: _____

_____

_____

37. Do you have any beliefs or life experiences that would prevent you from sitting in judgment

of another? _____ YES  _____ NO

If YES, please explain: _____

_____

_____

38. Do you believe that the fact that someone has been arrested means that the person must be

guilty? _____ YES  _____ NO

If YES, please explain: _____

_____

_____

9

Juror No. _____

39. Would you believe or disbelieve the testimony of a defendant, simply because he has been

accused of a crime? _____ YES _____ NO

If YES, please explain:_____

_____

_____


## II.  PRIOR EXPERIENCE WITH LEGAL SYSTEM AND LAW ENFORCEMENT

40. Have you ever served on a trial jury or a grand jury? _____ YES _____ NO

    a.        If YES, please give details of which court: _____

_____

_____

       b. If YES, what type of case? _____

_____

_____

       c. If YES, did the jury deliberate to a final verdict? ___ YES ___ NO

41. Have you ever had your home, office, or any other premises be the subject of a search and

seizure by any federal, state, or local agency or law enforcement department?

___ YES ___ NO

If YES, please explain:_____

_____

_____

42. Have you, any member of your family, close relatives, or friends ever been subjected to service

of a grand jury subpoena by any federal, state, or local agency or law enforcement department

whatsoever? ___ YES ___ NO

Juror No. _____

If YES, please explain: _____

_____

_____

43. Have you ever provided information to, been a cooperating informant or witness for, or provided testimony for any federal, state, or local agency or law enforcement department?

___ YES ___ NO

If YES, please explain: _____

_____

_____

44. Have you ever contacted the United States Attorney=s Office, County Prosecutor=s Office, the police department, or any court, local, county, state or federal law enforcement agency to report a crime? ___ YES ___ NO

If YES, please explain: _____

_____

_____

45. Have you, any member of your family, or any close friend ever been the subject of an investigation by any agency of the United States government, or any state, county, or local government? ___ YES ___ NO

If YES, please explain: _____

_____

_____

46. Have you, any member of your family, or any close friend been arrested or convicted of a crime or offense?___ YES ___ NO

11

Juror No. _____

If YES, please explain: _____

_____

_____

47. Have you, any member of your family, or any close friend ever been a defendant in a suit brought by the federal government or any state, county, or local government?

___ YES   ___ NO

If YES, please explain: _____

_____

_____

48. Have you, anyone in your family, or any close friend ever been the victim of a crime or participated in a criminal case (other than a traffic violation) as a victim, a defendant, or a witness where the case went to court? ___ YES   ___ NO

    a.   If YES, do you believe that the case was handled appropriately?

        _____ YES   _____ NO

    If NO, please explain: _____

_____

_____

    b.   Was there anything about that experience that would affect your ability to fairly and impartially evaluate the evidence in this case?

        _____ YES   _____ NO

    If YES, please explain: _____

_____

Juror No. _____

_____

49. Do you have any opinions or beliefs concerning the criminal justice system, defendants, or criminal defense attorneys that would affect your ability to evaluate the evidence in this case fairly and impartially? ___ YES   ___ NO

    If YES, please explain: _____

    _____

    _____

50. Do you have any opinions or beliefs concerning the police, law enforcement officers or prosecutors that would affect your ability to evaluate the evidence in this case fairly and impartially? ___ YES   ___ NO

    If YES, please explain: _____

    _____

    _____

51. Are you or have you ever been an officer or employee of the United States government or any state, county, or local government? _____ YES   _____ NO

    a.  If YES, would the fact that the United States government is a party to this action in any way influence your judgment in regard to this case?

        _____ YES   _____ NO

        If YES, please explain: _____

        _____

        _____

52. Have you, a family member, or a close friend ever studied or practiced law or worked in a law office? ___ YES   ___ NO

13

Juror No. _____

If YES, please explain: _____

_____

_____

53. You may hear testimony in this case from law enforcement officers, such as federal agents and current and former police officers.  Would you give the testimony of a law enforcement officer or official greater or lesser weight simply because of that person's position?

_____ YES   _____ NO

If YES, please explain: _____

_____

_____

54. The Defendant and other potential witnesses were law enforcement officers at the time of the acts alleged in the Indictment.

    b.  Have you, any member of your family, or any close friend ever been employed by a law enforcement agency? ___ YES   ___ NO

    If YES, please explain: _____

_____

_____

    b.  Would your experience (or that of a relative or friend) cause you to sympathize with the Defendant or potential witnesses? ___ YES   ___ NO

    If YES, please explain: _____

_____

_____

14

Juror No. _____

c. Would your experience (or that of a relative or friend) cause you to have bias against the Defendant or potential witnesses in this case because the Defendant and some of the potential witnesses were members of law enforcement? ___ YES ___ NO

If YES, please explain: _____

_____

_____

55. The Defendant was a police officer at the time of the acts alleged in the Indictment. Do you have positive or negative feelings that would make it difficult for you to evaluate such a police officer's testimony fairly and impartially? ___ YES ___ NO

If YES, please explain: _____

_____

_____

56. In this case, you may hear testimony from current or former law enforcement officers from the

City of Bridgeton Police Department and the FBI.

c. Have you ever had any personal experiences with these agencies, or with any other law enforcement agency? ___ YES ___ NO

If YES, please explain the nature and extent of your personal experiences with that agency: _____

_____

_____

d. Do you think that your experience with that agency will affect the way you view the evidence in this case? ___ YES ___ NO

15

Juror No. _____

If YES, please explain the nature and extent of your personal experiences with that

agency: _____

_____

_____

57. Have you, a family member, or a close friend ever had any negative experiences involving

police officers or been the subject of any adverse action taken by police officers?

_____ YES   _____ NO

If YES, please explain: _____

_____

_____

58. Have your feelings or opinions about police officers changed in any way in light of recent

events reported in the media involving police officers? _____ YES   _____ NO

If YES, please explain: _____

_____

_____

59. Are you, any member of your family, or any close friend affiliated, connected with, or a

member of any crime commission or organization engaged in similar work or organizations

that support or provide services for law enforcement agencies or officers?

_____ YES   _____ NO

If YES, please explain: _____

_____

_____

16

Juror No. _____

60. Are you or is any member of your family or any close friend affiliated, connected with, or a member of any organizations that advocate police reform? _____ YES _____ NO

If YES, please explain: _____

_____

_____

61. Have you, or has any family member or close friend, been a member of any group that lobbies or takes public positions on law enforcement issues? _____ YES _____ NO

If YES, please explain: _____

_____

_____

62. Would the fact that the federal government is a party to this action in any way influence your judgment in regard to this case? _____ YES _____ NO

If YES, please explain: _____

_____

_____

63. Have you, anyone in your family, or any close friend ever had any interaction or experience with the federal government or with state or local law enforcement officials that might affect your ability to be fair and impartial in this case? _____ YES _____ NO

If YES, please explain: _____

_____

_____

17

Juror No. _____

### III.  <u>CASE BACKGROUND AND UNDERLYING CHARGES</u>

64.  Do you know, or have you had any dealings, personal or business, with John Grier, or with any relative or close friend of John Grier?

_____ YES _____ NO

If YES, please explain: _____

_____

_____

65.  Defendant John Grier is represented by attorney Stuart Alterman of the law firm of Alterman & Associates, LLC and attorney Stacy Ann Biancamano of the law firm of Biancamano Law, LLC.  The Government is represented by the United States Attorney for the United States Attorney's Office for the District of New Jersey, who is Philip R. Sellinger.  The conduct of the trial will be in the immediate charge of Assistant United States Attorneys Jason Richardson and Lindsey Harties. Also, at the Government's table or seated behind them during the trial will be their paralegal, Anne Defay and Shaunda McQueen, and Special Agent Brittney Ketler of the FBI.

    a.  Do you know or have you had any dealings, personal or business, with any of these individuals? _____ YES _____ NO

    b.  Have you or any relative or close friend ever been employed by or had dealings with any of the parties, entities, or individuals listed above? _____ YES _____ NO

    If YES to either of the above questions, please explain: _____

_____

_____

18

Juror No. _____

66. Have you, a family member, or a close friend had any experience with the following governmental entities, agencies, or law firms?

☐ United States Federal Government

☐ United States Department of Justice

☐ United States Attorney's Office

☐ Federal Bureau of Investigation ("FBI")

☐ Alterman & Associates, LLC

☐ Biancamano Law, LLC

If YES, please explain: _____

_____

_____

67. The following individuals or entities may be called as witnesses at trial or their names may come up during the trial.  Please identify any name if you know, or if you have had any dealings, personal or business, with that person or entity.

☐ Michael Elton

☐ Brittney Ketler

☐ Anthony Bertolini

☐ Ronald Broomall

☐ Heittel Mora

☐ Rich Morris

☐ Donald Young

☐ Jason Hovermann

☐ Paul Genovese

19

Juror No. _____

☐ Thomas Speranza

☐ Richard Zanni

☐ Michael Gaimari

☐ Lisa Ford

☐ Alan Campbell

☐ Marty Drummond

☐ Emmanuel Kapelsohn

**If you identified any names**, please explain your knowledge of or dealings with that person(s) or entity(ies): _____

_____

_____

_____

68.  This case involves alleged events occurring in and around the city of Bridgeton, New Jersey.

Have you ever lived or worked in Bridgeton? ___ YES ___ NO

If YES, please explain: _____

_____

_____

69.  This case involves allegations that the Defendant utilized excessive force and submitted a false police report regarding that force. Do you have such strong views on the subject of excessive force or police conduct that you could not render a fair verdict in this case?  ___ YES

___ NO

If YES, please explain: _____

_____

Juror No. _____

_____

70. Do you have such strong views on the subject of honesty that you could not render a fair

   verdict in this case? ___ YES    ___ NO

   If YES, please explain: _____

   _____

   _____

71. Are you familiar with any newspaper, television, radio, Internet or other forms of news

   coverage regarding this case?  ___ YES    ___ NO

   If YES, please explain:_____

   _____

   _____

## IV. <u>CIVIL RIGHTS</u>

72. In recent months, you may have seen or heard media accounts concerning the federal

   government's involvement in state or local civil rights cases.  Do you have any strong feelings

   or opinions about the federal government's involvement in state or local civil right cases?

   ___ YES    ___ NO

   If YES, please explain: _____

   _____

   _____

73. Do you feel that the federal government goes too far in protecting civil rights?

   ___ YES    ___ NO

   If YES, please explain: _____

21

Juror No. _____

_____

_____

74. Do you feel that the federal government does not go far enough in protecting civil rights?

___ YES    ___ NO

If YES, please explain: _____

_____

_____

75. If the Government fails to prove its case against the Defendant beyond a reasonable doubt, would you have any difficulty returning a not guilty verdict because the Defendant allegedly violated the Victim's civil rights? ___ YES    ___ NO

If YES, please explain: _____

_____

_____

## V. **EXCESSIVE FORCE**

76. Have you or has a close family member or close friend ever been the victim of excessive force or police brutality? ___ YES    ___ NO

If YES, please explain: _____

_____

_____

77. Have you had any encounters with law enforcement officers that left you with a strong positive or negative opinion of law enforcement? ___ YES    ___ NO

If YES, please explain: _____

_____

22

Juror No. _____

_____

78. If the Government proves its case against the Defendant beyond a reasonable doubt, would you have any difficulty returning a guilty verdict because the Defendant was a law enforcement officer at the time of the offense? ___ YES    ___ NO

    If YES, please explain: _____

    _____

    _____

**VI. PERSONAL CIRCUMSTANCES**

79. Would you tend to believe someone or not believe someone because of that person=s ethnic background, race, sex, religion, occupation, or economic status? ___ YES    ___ NO

    If YES, please explain: _____

    _____

    _____

80. Is there any extraordinary personal or business situation, or other distinct hardship, which makes it impossible for you to sit on this jury? ___ YES    ___ NO

    If YES, please explain: _____

    _____

    _____

81. Do you have any medical condition that would make it impossible for you to sit on this jury? ___ YES    ___ NO

    If YES, please explain: _____

    _____

    _____

23

Juror No. _____

82. Do you have any difficulty reading, speaking, or understanding English?

___ YES    ___ NO

If YES, please explain: _____

_____

_____

83. Do you think you may know or be familiar with this Defendant or his family or friends?

___ YES    ___ NO

If YES, please explain: _____

_____

_____

84. Can you think of any reason, even if we have not covered it in these questions, why you would

not be able to render a fair and impartial verdict in this case?___ YES    ___ NO

If YES, please explain: _____

_____

_____

PLEASE MAKE CERTAIN THAT YOUR JUROR NUMBER IS PRINTED AT THE TOP OF
EACH PAGE AND PLEASE SIGN YOUR NAME BELOW:

_____   _____

SIGNATURE                                          DATE

24

Juror No. _____

**EXPLANATION SHEET**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Juror No. _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____