UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 21-524 (JHR) |
| v. | : | |
| JOHN GRIER III | : | ORDER COMPELLING DISCOVERY |

This matter having come before the Court on the application of the United States of America (Jason M. Richardson and Lindsey R. Harteis, Assistant U.S. Attorneys, appearing) for an order compelling discovery,

IT IS ON this      day of September, 2023,

ORDERED that the defendant provide all materials, evidence, and information reviewed and relied upon by Emanuel Kapelsohn as the bases for his opinions, all items requested in the Government's letter dated April 3, 2023, a supplemental list of cases in which Kapelsohn has testified in the past four years predating this Order, and that Kapelsohn sign and certify his responses, including certifying where no disclosures are provided that none are available, pursuant to Fed. R. Crim. P. 16 no later than September 20, 2023.

---

HON. JOSEPH H. RODRIGUEZ
U.S. District Court Judge