UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 21-524 (JHR) |
| v. | : | |
| JOHN GRIER III | : | ORDER COMPELLING DISCOVERY |

This matter having come before the Court on the application of the United States of America (Jason M. Richardson and Lindsey R. Harteis, Assistant U.S. Attorneys, appearing) for an order compelling discovery,

IT IS ON this ___ day of September, 2023,

ORDERED that the defendant provide all materials, evidence, and information reviewed and relied upon by Emanuel Kapelsohn as the bases for his opinions, all items requested in the Government's letter dated April 3, 2023, a supplemental list of cases in which Kapelsohn has testified in the past four years predating this Order, and that Kapelsohn sign and certify his responses, including certifying where no disclosures are provided that none are available, pursuant to Fed. R. Crim. P. 16 no later than September ___, 2023.

IT IS FURTHER ORDERED THAT the defendant provide the Government with any and all expert disclosures required by Fed. R. Crim. P. 16, whether specifically asked for in writing by the Government or not, and that where the defendant requires clarification whether an item is subject to disclosure, the defendant submit that item to the Court for ex parte review.

_____
HON. JOSEPH H. RODRIGUEZ
U.S. DISTRICT COURT JUDGE