JMR-LRH (AD)/2018R00433

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 21-524 |
| v. | : | |
| JOHN GRIER, III | : | 18 U.S.C. § 242 |

### SUPERSEDING INFORMATION

The defendant having waived in open Court prosecution by Indictment, the United States Attorney for the District of New Jersey charges:

On or about June 18, 2017, in Cumberland County, in the District of New Jersey, and elsewhere, defendant

### JOHN GRIER, III

while acting under color of law, unlawfully sprayed Victim #1 in the face with Oleoresin Capsicum ("OC") spray (also referred to as "mace" or "pepper spray") while Victim #1 was in handcuffs and under the control of another police officer, and shoved Victim #1 into a police vehicle, thereby willfully depriving Victim #1 of the right, secured and protected by the Constitution and laws of the United States, that is, the right to be free from unreasonable seizure by one acting under color of law, which includes the right to be free from the use of unreasonable force.

In violation of Title 18, United States Code, Section 242.

*Philip R. Sellinger by AZ*

PHILIP R. SELLINGER
United States Attorney

CASE NUMBER: 21-524

United States District Court
District of New Jersey

UNITED STATES OF AMERICA

v.

JOHN GRIER, III

SUPERSEDING INDICTMENT FOR

18 U.S.C. § 242

PHILIP R. SELLINGER
U.S. Attorney
Newark, New Jersey

JASON M. RICHARDSON
LINDSEY R. HARTEIS
Assistant U.S. Attorneys
Camden, New Jersey
(856) 757-5026

USA-48AD8
(Ed. 1/97)